| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| To: | NYSD CourtMail |
| Subject: | Activity in Case 1:24-cv-03370-MKV 20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC et al Appeal Record Sent to USCA - Electronic File |
| Date: | Tuesday, October 28, 2025 9:54:20 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/28/2025 at 9:53 AM EDT and filed on 10/28/2025

**Case Name:** 20230930-DK-Butterfly-1, Inc. v. HBC Investments LLC et al
**Case Number:** 1:24-cv-03370-MKV
**Filer:**
**WARNING: CASE CLOSED on 09/30/2025**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [55] Notice of Appeal, filed by 20230930-DK-Butterfly-1, Inc. were transmitted to the U.S. Court of Appeals. (tp)**

**1:24-cv-03370-MKV Notice has been electronically mailed to:**

Douglas Adam Rappaport     darappaport@akingump.com, nymco@akingump.com

James Austen Hunter     hunter@hunterkmiec.com, kmiec@hunterkmiec.com

Justin M Ellis     jellis@mololamken.com, sdemaio@mololamken.com

Kaitlin Dabbert Shapiro     kshapiro@akingump.com, nymco@akingump.com

Richard James D'Amato     rdamato@akingump.com, nymco@akingump.com

Jennifer Elizabeth Fischell     jfischell@mololamken.com

Michael Chen     mchen@akingump.com, nymco@akingump.com

Sara Tofighbakhsh     stofighbakhsh@mololamken.com

**1:24-cv-03370-MKV Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:24−cv−03370−MKV

20230930−DK−Butterfly−1, Inc. v. HBC Investments LLC et al  
Assigned to: Judge Mary Kay Vyskocil  
Cause: 15:78m(a) Securities Exchange Act  

Date Filed: 05/02/2024  
Date Terminated: 09/30/2025  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question  

**Plaintiff**

**20230930−DK−Butterfly−1, Inc.**  
*formerly known as*  
Bed Bath & Beyond Inc.

represented by **James Austen Hunter**  
Law Office of James A. Hunter  
201 King of Prussia Road, Suite 650  
Radnor, PA 19087  
484−275−2162  
Fax: 646−462−3356  
Email: hunter@hunterkmiec.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HBC Investments LLC**

represented by **Douglas Adam Rappaport**  
Akin Gump Strauss Hauer & Feld ( 1 Battery Pk.)  
One Bryant Park  
New York, NY 10036  
(212)−872−7412  
Fax: (212)−872−1002  
Email: darappaport@akingump.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kaitlin Dabbert Shapiro**  
Akin Gump Strauss Hauer & Feld ( 1 Battery Pk.)  
One Bryant Park  
New York, NY 10036  
(212)−872−8096  
Fax: (212)−872−1002  
Email: kshapiro@akingump.com  
*ATTORNEY TO BE NOTICED*

**Michael Chen**  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
212−872−8003  
Email: mchen@akingump.com  
*ATTORNEY TO BE NOTICED*

**Richard James D'Amato**  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
212−872−8147  
Email: rdamato@akingump.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Hudson Bay Capital Management LP** | represented by | **Douglas Adam Rappaport** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Kaitlin Dabbert Shapiro** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael Chen** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Richard James D'Amato** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Professor Bernard Black** | represented by | **Justin M Ellis** <br> MoloLamken LLP (NYC) <br> 430 Park Avenue <br> New York, NY 10022 <br> (212) 607−8160 <br> Fax: (212)−607−8181 <br> Email: jellis@mololamken.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Jennifer Elizabeth Fischell** <br> MoloLamken LLP <br> 600 New Hampshire Avenue, N.W. <br> Suite 500 <br> Washington, DC 20037 <br> 202−556−2007 <br> Email: jfischell@mololamken.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Sara Tofighbakhsh** <br> MoloLamken LLP <br> 430 Park Avenue <br> New York, NY 10022 <br> 732−789−9427 <br> Email: stofighbakhsh@mololamken.com <br> *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Professor Jonathan R. Macey** | represented by | **Justin M Ellis** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Jennifer Elizabeth Fischell** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Sara Tofighbakhsh** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Professor Adam C. Pritchard** | represented by | |

**Justin M Ellis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Elizabeth Fischell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sara Tofighbakhsh**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2024 | 1 | COMPLAINT against HBC Investments LLC, Hudson Bay Capital Management LP. (Filing Fee $ 405.00, Receipt Number 28935)Document filed by 20230930–DK–Butterfly–1, Inc...(gp) (Additional attachment(s) added on 5/3/2024: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit) (jgo). (Main Document 1 replaced on 5/3/2024) (jgo). (Entered: 05/02/2024) |
| 05/02/2024 | 2 | CIVIL COVER SHEET filed..(gp) (jgo). (Entered: 05/02/2024) |
| 05/02/2024 |  | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (gp) (Entered: 05/02/2024) |
| 05/02/2024 | 3 | SEALED DOCUMENT placed in vault..(jus) (Entered: 05/02/2024) |
| 05/02/2024 |  | Case Designated ECF. (gp) (Entered: 05/02/2024) |
| 05/02/2024 |  | ORDER GRANTING EXHIBITS TO BE SEALED IN CASE 1:24–mc–206..(gp) (Entered: 05/02/2024) |
| 05/03/2024 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 05/03/2024) |
| 05/03/2024 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to HBC Investments LLC and Hudson Bay Capital Management LP, re: 1 Complaint,. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 05/03/2024) |
| 05/06/2024 | 6 | ELECTRONIC SUMMONS ISSUED as to HBC Investments LLC, Hudson Bay Capital Management LP. (vf) (Entered: 05/06/2024) |
| 05/09/2024 |  | NOTICE OF CASE REASSIGNMENT to Judge Mary Kay Vyskocil. Judge Jennifer H. Rearden is no longer assigned to the case. (vba) (Entered: 05/09/2024) |
| 05/17/2024 | 7 | CERTIFICATE OF SERVICE. HBC Investments LLC served on 5/14/2024, answer due 6/4/2024. Service was made by Mail. Document filed by 20230930–DK–Butterfly–1, Inc.. (Attachments: # 1 Exhibit A –– U.S. Postal Service Tracking Report).(Hunter, James) (Entered: 05/17/2024) |
| 05/17/2024 | 8 | CERTIFICATE OF SERVICE. Hudson Bay Capital Management LP served on 5/14/2024, answer due 6/4/2024. Service was made by Mail. Document filed by 20230930–DK–Butterfly–1, Inc.. (Attachments: # 1 Exhibit A –– U.S. Postal Service Tracking Report).(Hunter, James) (Entered: 05/17/2024) |
| 05/17/2024 | 9 | SUMMONS RETURNED EXECUTED. HBC Investments LLC served on 5/16/2024, answer due 6/6/2024. Service was accepted by Teresa Grandison, Corporate Specialist for Cogency Global Inc., Registered Agent for Service of Process for HBC Investments LLC. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 05/17/2024) |

| | | | |
|---|---|---|---|
| 05/17/2024 | 10 | | SUMMONS RETURNED EXECUTED. Hudson Bay Capital Management LP served on 5/16/2024, answer due 6/6/2024. Service was accepted by Teresa Grandison, Corporate Specialist for Cogency Global Inc., Registered Agent for Service of Process for Hudson Bay Capital Management LP. Document filed by 20230930−DK−Butterfly−1, Inc...(Hunter, James) (Entered: 05/17/2024) |
| 06/03/2024 | 11 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Tech Opportunities LLC, Corporate Parent HB Fund LLC for HBC Investments LLC. Document filed by HBC Investments LLC..(Rappaport, Douglas) (Entered: 06/03/2024) |
| 06/03/2024 | 12 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Hudson Bay Capital GP LLC for Hudson Bay Capital Management LP. Document filed by Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 06/03/2024) |
| 06/03/2024 | 13 | | NOTICE OF APPEARANCE by Douglas Adam Rappaport on behalf of HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 06/03/2024) |
| 06/03/2024 | 14 | | NOTICE OF APPEARANCE by Kaitlin Dabbert Shapiro on behalf of HBC Investments LLC, Hudson Bay Capital Management LP..(Shapiro, Kaitlin) (Entered: 06/03/2024) |
| 06/03/2024 | 15 | | NOTICE OF APPEARANCE by Michael Chen on behalf of HBC Investments LLC, Hudson Bay Capital Management LP..(Chen, Michael) (Entered: 06/03/2024) |
| 06/03/2024 | 16 | | LETTER MOTION for Conference */ Pre−Motion Conference* addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated June 3, 2024. Document filed by HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 06/03/2024) |
| 06/06/2024 | 17 | | LETTER RESPONSE to Motion addressed to Judge Mary Kay Vyskocil from James A. Hunter dated June 6, 2024 re: 16 LETTER MOTION for Conference */ Pre−Motion Conference* addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated June 3, 2024. . Document filed by 20230930−DK−Butterfly−1, Inc...(Hunter, James) (Entered: 06/06/2024) |
| 07/01/2024 | 18 | | LETTER addressed to Judge Mary Kay Vyskocil from James A. Hunter dated July 1, 2024 re: Request for Entry of Briefing Schedule for Motion to Dismiss. Document filed by 20230930−DK−Butterfly−1, Inc...(Hunter, James) (Entered: 07/01/2024) |
| 07/09/2024 | 19 | | LETTER MOTION for Conference */Pre−Motion Conference* addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated July 9, 2024. Document filed by HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 07/09/2024) |
| 07/09/2024 | 20 | | NOTICE OF APPEARANCE by Richard James D'Amato on behalf of HBC Investments LLC, Hudson Bay Capital Management LP..(D'Amato, Richard) (Entered: 07/09/2024) |
| 07/09/2024 | 21 | | SCHEDULING ORDER granting in part and denying in part 16 Letter Motion for Conference re: 16 LETTER MOTION for Conference */ Pre−Motion Conference* addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated June 3, 2024., 19 LETTER MOTION for Conference */Pre−Motion Conference* addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated July 9, 2024. ; granting in part and denying in part 19 Letter Motion for Conference re: 16 LETTER MOTION for Conference */ Pre−Motion Conference* addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated June 3, 2024., 19 LETTER MOTION for Conference */Pre−Motion Conference* addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated July 9, 2024. After reviewing the arguments set out in the parties' submissions, the request for a pre−motion conference is DENIED, and Defendants are GRANTED leave to file a motion to dismiss on the schedule set forth below. IT IS FURTHER ORDERED that on or before July 10, 2024, Plaintiff shall file a letter informing the Court whether it intends to amend its complaint. This will be Plaintiff's last opportunity to amend the complaint in response to arguments raised in the parties' letters. IT IS FURTHER ORDERED that if Plaintiff does not elect to amend its complaint, consistent with the parties' proposed briefing schedule, Defendants shall |

| | | |
|---|---|---|
| | | file their motion to dismiss on or before July 11, 2024. Plaintiff's opposition shall be due by September 6, 2024. Defendants' reply shall be due by September 27, 2024. IT IS FURTHER ORDERED that if Plaintiff elects to amend its complaint, the amended complaint is due on or before July 23, 2024. Within three business days of the filing of the amended complaint, Defendants shall file a letter informing the Court whether they still seek to file a motion to dismiss. The Court will set deadlines accordingly. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline. The clerk of Court is respectfully requested to terminate docket entries 16 and 19. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 7/9/2024) (tg) (Entered: 07/09/2024) |
| 07/09/2024 | | Set/Reset Deadlines: Amended Pleadings due by 7/23/2024. Motions due by 7/11/2024. Responses due by 9/6/2024 Replies due by 9/27/2024. (tg) (Entered: 07/09/2024) |
| 07/10/2024 | 22 | LETTER addressed to Judge Mary Kay Vyskocil from James A. Hunter dated July 10, 2024 re: Plaintiff's Response per Order of July 9, 2024. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 07/10/2024) |
| 07/10/2024 | 23 | MEMO ENDORSEMENT on re: 22 Letter filed by 20230930–DK–Butterfly–1, Inc. ENDORSEMENT: Briefing shall proceed on the schedule set forth at ECF No. 21. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 7/10/2024) (tg) (Entered: 07/10/2024) |
| 07/11/2024 | 24 | MOTION to Dismiss . Document filed by HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 07/11/2024) |
| 07/11/2024 | 25 | MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss . . Document filed by HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 07/11/2024) |
| 07/11/2024 | 26 | DECLARATION of Kaitlin D. Shapiro in Support re: 24 MOTION to Dismiss .. Document filed by HBC Investments LLC, Hudson Bay Capital Management LP. (Attachments: # 1 Exhibit 1 – February 10, 2023 BBBY Form 8–K/A, # 2 Exhibit 2 – November 8, 1996 Immunogen Form 10–Q).(Rappaport, Douglas) (Entered: 07/11/2024) |
| 07/11/2024 | 27 | LETTER addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated July 11, 2024 re: Request for Oral Argument. Document filed by HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 07/11/2024) |
| 08/30/2024 | 28 | Amicus Curiae APPEARANCE entered by Justin M Ellis on behalf of Bernard Black, Jonathan R. Macey, Adam C. Pritchard..(Ellis, Justin) (Entered: 08/30/2024) |
| 08/30/2024 | 29 | Amicus Curiae APPEARANCE entered by Jennifer Elizabeth Fischell on behalf of Bernard Black, Jonathan R. Macey, Adam C. Pritchard..(Fischell, Jennifer) (Entered: 08/30/2024) |
| 08/30/2024 | 30 | MOTION to File Amicus Brief *of Securities Regulation Professors*. Document filed by Bernard Black, Jonathan R. Macey, Adam C. Pritchard..(Ellis, Justin) (Entered: 08/30/2024) |
| 08/30/2024 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION to File Amicus Brief *of Securities Regulation Professors*. . Document filed by Bernard Black, Jonathan R. Macey, Adam C. Pritchard..(Ellis, Justin) (Entered: 08/30/2024) |
| 08/30/2024 | 32 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT#33)** DECLARATION of Justin M. Ellis in Support re: 30 MOTION to File Amicus Brief *of Securities Regulation Professors*.. Document filed by Bernard Black, Jonathan R. Macey, Adam C. Pritchard. (Attachments: # 1 Exhibit A – Brief of Amici Curiae, # 2 Exhibit B – Summary Chart).(Ellis, Justin) Modified on 8/30/2024 (lb). (Entered: 08/30/2024) |
| 08/30/2024 | 33 | DECLARATION of Justin M. Ellis in Support re: 30 MOTION to File Amicus Brief *of Securities Regulation Professors*.. Document filed by Bernard Black, Jonathan R. Macey, Adam C. Pritchard. (Attachments: # 1 Exhibit A – Brief of Amici Curiae, # 2 |

| | | |
|---|---|---|
| | | Exhibit B – Summary Chart).(Ellis, Justin) (Entered: 08/30/2024) |
| 09/04/2024 | 34 | LETTER addressed to Judge Mary Kay Vyskocil from James A. Hunter dated September 4, 2024 re: Plaintiff's Response to Motion for Leave to File Amicus Brief. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 09/04/2024) |
| 09/06/2024 | 35 | LETTER MOTION to Seal *Plaintiff's Response to Motion to Dismiss, with Redacted Version Filed on Public Docket,* addressed to Judge Mary Kay Vyskocil from James A. Hunter dated September 6, 2024. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 09/06/2024) |
| 09/06/2024 | 36 | DECLARATION of James A. Hunter in Support re: 35 LETTER MOTION to Seal *Plaintiff's Response to Motion to Dismiss, with Redacted Version Filed on Public Docket,* addressed to Judge Mary Kay Vyskocil from James A. Hunter dated September 6, 2024.. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 09/06/2024) |
| 09/06/2024 | 37 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Dismiss ., 35 LETTER MOTION to Seal *Plaintiff's Response to Motion to Dismiss, with Redacted Version Filed on Public Docket,* addressed to Judge Mary Kay Vyskocil from James A. Hunter dated September 6, 2024. *Redacted Version*. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 09/06/2024) |
| 09/06/2024 | 38 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 24 MOTION to Dismiss . *Unredacted Version with Proposed Redactions Highlighted*. Document filed by 20230930–DK–Butterfly–1, Inc., HBC Investments LLC, Hudson Bay Capital Management LP. Motion or Order to File Under Seal: 35 .(Hunter, James) (Entered: 09/06/2024) |
| 09/10/2024 | 39 | LETTER MOTION for Extension of Time to File Response/Reply *in support of Motion to Dismiss* addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated September 10, 2024. Document filed by HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 09/10/2024) |
| 09/12/2024 | 40 | ORDER granting 39 Letter Motion for Extension of Time to File Response/Reply. Granted. SO ORDERED. Replies due by 10/2/2024. (Signed by Judge Mary Kay Vyskocil on 9/12/2024) (tg) (Entered: 09/12/2024) |
| 09/13/2024 | 41 | RESPONSE in Opposition to Motion re: 30 MOTION to File Amicus Brief *of Securities Regulation Professors*. . Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 09/13/2024) |
| 09/20/2024 | 42 | NOTICE OF APPEARANCE by Sara Tofighbakhsh on behalf of Bernard Black, Jonathan R. Macey, Adam C. Pritchard..(Tofighbakhsh, Sara) (Entered: 09/20/2024) |
| 09/20/2024 | 43 | REPLY MEMORANDUM OF LAW in Support re: 30 MOTION to File Amicus Brief *of Securities Regulation Professors*. . Document filed by Bernard Black, Jonathan R. Macey, Adam C. Pritchard..(Ellis, Justin) (Entered: 09/20/2024) |
| 10/02/2024 | 44 | REPLY MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss . . Document filed by HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 10/02/2024) |
| 10/02/2024 | 45 | DECLARATION of Kaitlin D. Shapiro in Support re: 24 MOTION to Dismiss .. Document filed by HBC Investments LLC, Hudson Bay Capital Management LP. (Attachments: # 1 Exhibit 1 – Excerpts from Exhibit 10.1 to Bed Bath & Beyond Inc.'s Form 8–K/A, dated February 10, 2023).(Rappaport, Douglas) (Entered: 10/02/2024) |
| 10/07/2024 | 46 | ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF granting 30 Letter Motion to File Amicus Brief. Accordingly, Defendants are GRANTED leave to file the proposed amicus curiae brief. The brief shall be filed no later than October 11, 2024. The clerk of Court is respectfully requested to terminate the motion pending at docket entry 30. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 10/7/2024) (tg) (Entered: 10/07/2024) |
| 10/07/2024 | | Set/Reset Deadlines: Brief due by 10/11/2024. (tg) (Entered: 10/07/2024) |

| | | |
|---|---|---|
| 10/07/2024 | 47 | BRIEF re: 46 Order on Motion to File Amicus Brief, *Amicus Brief of Securities Regulation Professors*. Document filed by Bernard Black, Jonathan R. Macey, Adam C. Pritchard..(Ellis, Justin) (Entered: 10/07/2024) |
| 10/07/2024 | 48 | DECLARATION of Justin M. Ellis in Support re: 47 Brief. Document filed by Bernard Black, Jonathan R. Macey, Adam C. Pritchard. (Attachments: # 1 Exhibit A – Summary Chart).(Ellis, Justin) (Entered: 10/07/2024) |
| 10/14/2024 | 49 | LETTER MOTION for Leave to File Response to Amicus Brief addressed to Judge Mary Kay Vyskocil from James A. Hunter dated October 14, 2024. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 10/14/2024) |
| 10/15/2024 | 50 | LETTER RESPONSE to Motion addressed to Judge Mary Kay Vyskocil from Douglas A. Rappaport dated October 15, 2024 re: 49 LETTER MOTION for Leave to File Response to Amicus Brief addressed to Judge Mary Kay Vyskocil from James A. Hunter dated October 14, 2024. . Document filed by HBC Investments LLC, Hudson Bay Capital Management LP..(Rappaport, Douglas) (Entered: 10/15/2024) |
| 12/19/2024 | 51 | ORDER granting 49 Letter Motion for Leave to File Document. Accordingly, Plaintiff is GRANTED leave to respond to the amicus curiae brief. The response shall be no longer than 10 pages. The brief shall be filed no later than January 17, 2025. Defendants' motion to respond to Plaintiff's brief, in support of the amicus curiae brief that supports its own position is DENIED. The clerk of Court is respectfully requested to terminate the motion pending at docket entry 49. (Signed by Judge Mary Kay Vyskocil on 12/19/2024) (rro) (Entered: 12/20/2024) |
| 12/19/2024 | | Set/Reset Deadlines: Responses to Brief due by 1/17/2025 (rro) (Entered: 12/20/2024) |
| 01/17/2025 | 52 | RESPONSE re: 47 Brief *of Amici Curiae Securities Regulation Professors*. Document filed by 20230930–DK–Butterfly–1, Inc...(Hunter, James) (Entered: 01/17/2025) |
| 09/30/2025 | 53 | OPINION & ORDER GRANTING MOTION TO DISMISS re: 24 MOTION to Dismiss . filed by HBC Investments LLC, Hudson Bay Capital Management LP, 35 LETTER MOTION to Seal *Plaintiff's Response to Motion to Dismiss, with Redacted Version Filed on Public Docket,* addressed to Judge Mary Kay Vyskocil from James A. Hunter dated September 6, 2024. filed by 20230930–DK–Butterfly–1, Inc.. For the foregoing reasons, IT IS HEREBY ORDERED that the Defendants' motion to dismiss is GRANTED. IT IS FURTHER ORDERED that Plaintiff's motion to seal is GRANTED in part, with the caveat that redacted portions of the Complaint, and the Opposition are unsealed only to the extent that they are revealed in this Opinion. The Court dismisses this case with prejudice. 10 The Clerk of Court is respectfully requested to terminate docket entries 24 and 35 and close this case. (And as further set forth herein.)SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 9/30/2025) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/30/2025) |
| 09/30/2025 | 54 | CLERK'S JUDGMENT re: 53 Memorandum & Opinion. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated September 30, 2025, Defendants' motion to dismiss is GRANTED. Plaintiff's motion to seal is GRANTED in part, with the caveat that redacted portions of the Complaint, and the Opposition are unsealed only to the extent that they are revealed in the Opinion. The Court dismisses this case with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 9/30/2025) (Attachments: # 1 Appeal Package) (km) (Entered: 10/02/2025) |
| 10/28/2025 | 55 | NOTICE OF APPEAL from 54 Clerk's Judgment,, 53 Memorandum & Opinion,,,,. Document filed by 20230930–DK–Butterfly–1, Inc.. Filing fee $ 605.00, receipt number ANYSDC–31908920. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A –– Judgment and Opinion of the District Court, # 2 Exhibit B –– Service List).(Hunter, James) (Entered: 10/28/2025) |
| 10/28/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 55 Notice of Appeal. (tp) (Entered: 10/28/2025) |
| 10/28/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 55 Notice of Appeal, filed by 20230930–DK–Butterfly–1, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/28/2025) |