**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: October 29, 2025　　　　　　　　　　DC Docket #: 1:24-cv-3370
Docket #: 25-2728　　　　　　　　　　　　DC Court: SDNY (NEW YORK CITY)
Short Title: 20230930-DK-Butterfly-1, Inc. v. HBC　　DC Judge: Trial Judge - Mary Kay Vyskocil
Investments LLC

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_　　Record on Appeal - Certified List

\_\_\_\_　　Record on Appeal - CD ROM

\_\_\_\_　　Record on Appeal - Paper Documents

\_X\_　　Record on Appeal - Electronic Index

\_\_\_\_　　Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8551.