# 25-2728

## United States Court of Appeals
## For the Second Circuit

20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC.,

Plaintiff-Appellant,

v.

HBC INVESTMENTS LLC and
HUDSON BAY CAPITAL MANAGEMENT LP,

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**BRIEF OF *AMICUS CURIAE* MANAGED FUNDS ASSOCIATION
IN SUPPORT OF DEFENDANTS-APPELLEES AND AFFIRMANCE OF
THE DISTRICT COURT'S DECISION**

Michael C. Keats
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
*Counsel for* Amicus Curiae *Managed
Funds Association*

## DISCLOSURE STATEMENT

Amicus Curiae Managed Funds Association is a corporation incorporated in the State of Illinois that is described in Internal Revenue Code section 501(c)(6).

Managed Funds Association has no parent corporation, and no publicly held corporation holds 10% or more of its stock.

# TABLE OF CONTENTS

Disclosure Statement...................................................................... i

Table of Authorities...................................................................... ii

Interest of *Amicus Curiae* ...........................................................1

Summary of Argument....................................................................1

Argument.....................................................................................4

I.    The Statutory and Regulatory Framework Requires Only that Blockers Foreclose a "Right to Acquire" to Prevent Beneficial Ownership...............................................................................4

      A.    Long-Standing Precedent Establishes that Blocker Validity Is to Be Analyzed Under Principles of Contract Interpretation ...................9

      B.    The Weight of Authority Confirms that Courts Need Not Engage in a Multi-Factor Balancing Test to Determine Whether Blockers are Binding and Effective ......................................................12

          1.    The Court Need Not Give Deference to the SEC's *Levy* Factors.......................................................................14

          2.    The Ability to Waive a Blocker Is Insufficient to Establish a "Right to Acquire"...................................17

          3.    Blockers Need Not Contain an Enforcement Mechanism to Be Valid and Enforceable......................................18

      C.    Contrary to Plaintiff-Appellant's Theory, Rule 13d-3(b) Does Not Restore a "Right" That Never Existed .........................................20

II.    Undermining Unambiguous and Binding Blockers Would Have Severe Consequences for Capital Markets and Market Participants.............24

      A.    Plaintiff-Appellant's Standard Would Destroy the Reliability of Blockers...............................................................................26

      B.    Plaintiff-Appellant's Standard Would Transform Section 16(b) into a Vehicle for Costly and Meritless Strike Litigation...................27

Conclusion ................................................................................29

Certificate of Service .............................................................32

Certificate of Compliance ......................................................33

Appendix ................................................................................1a

# TABLE OF AUTHORITIES

**CASES**                                                          **Page(s)**

*Blau v. Rayette-Faberge, Inc.*,
389 F.2d 469 (2d Cir. 1968) .............................................................27

*Cathay Bank v. Bonilla*,
No. 17-cv-3551, 2023 WL 6812274 (E.D.N.Y. Oct. 16, 2023) .................19, 20

*Chevron U.S.A., Inc. v. Nat. Res. Def. Council*,
467 U.S. 837 (1984).....................................................................16

*Citadel Holding Corp. v. Roven*,
26 F.3d 960 (9th Cir. 1994) ..............................................................11

*CSX Corp. v. Children's Inv. Fund Mgmt. (UK) LLP*,
654 F.3d 276 (2d Cir. 2011) ...............................................21, 22, 23

*Decker v. Advantage Fund, Ltd.*,
362 F.3d 593 (9th Cir. 2004) .............................................................11

*Donoghue v. Bulldog Invs. Gen. P'ship*,
696 F.3d 170 (2d Cir. 2012) ............................................................27

*Foremost-McKesson, Inc. v. Provident Sec. Co.*,
423 U.S. 232 (1976).................................................................5, 9, 29

*Glob. Intellicom, Inc. v. Thomson Kernaghan & Co.*,
No. 99-cv-342, 1999 WL 544708 (S.D.N.Y. July 27, 1999) ............................10

*Klawonn v. YA Glob. Invs., L.P.*,
No. 10-2108, 2011 WL 3502022 (D.N.J. Aug. 10, 2011)...........................15, 16

*Schaffer ex rel. Lasersight Inc. v. CC Invs., LDC*,
115 F. Supp. 2d 440 (S.D.N.Y. 2000) ......................................................10

*Levner v. Prince Alwaleed Bin Talal Bin Abdulaziz Al Saud*,
61 F.3d 8 (2d Cir. 1995) ............................................................10, 11

*Levy v. Southbrook Int'l Invs., Ltd.*,
No. 99 CIV. 1480, 2000 WL 567008 (S.D.N.Y. May 10, 2000) .......................24

iv

*Levy v. Southbrook Int'l Invs., Ltd.*,
263 F.3d 10 (2d Cir. 2001) ................................................................*passim*

*Log On Am., Inc. v. Promethean Asset Mgmt. L.L.C.*,
223 F. Supp. 2d 435 (S.D.N.Y. 2001) ...............................................11

*Loper Bright Enterprises v. Raimondo*,
603 U.S. 369 (2024)............................................................................16

*Olagues v. Perceptive Advisors LLC*,
902 F.3d 121 (2d Cir. 2018) ..............................................................26

*Reliance Elec. Co. v. Emerson Elec. Co.*,
404 U.S. 418 (1972)...............................................................5, 21, 29

*Roth v. Armistice Cap., LLC*,
No. 20-cv-8872, 2024 WL 1313817 (S.D.N.Y. Mar. 27, 2024) .......17

*Roth v. Solus Alt. Asset Mgmt. LP*,
124 F. Supp. 3d 315 (S.D.N.Y. 2015) ...............................................21

*Roth ex rel. YRC Worldwide, Inc. v. Solus Alt. Asset Mgmt. LP*,
258 F. Supp. 3d 364 (S.D.N.Y. 2017) ...............................................22

*Schron v. Troutman Sanders LLP*,
20 N.Y.3d 430 (2013) ..........................................................................2

*Transcon Lines v. A.G. Becker Inc.*,
470 F. Supp. 356 (S.D.N.Y. 1979) ....................................................10

## STATUTES

Securities Exchange Act § 13(d), 15 U.S.C. § 78m(d).............................1, 4, 20, 22

Securities Exchange Act § 16(b), 15 U.S.C. § 78p(b)......................................*passim*

Private Securities Litigation Reform Act of 1995,
Pub. L. No. 104-67, 109 Stat. 737 (1995) .........................................28

## RULES & REGULATIONS

Fed. R. App. P. 29(a) ...............................................................................1

Fed. R. Civ. P. 12(b)(6).........................................................................26

v

17 C.F.R. § 240.13d-3(a) ....................................................................4

17 C.F.R. § 240.13d-3(b) ...........................................................*passim*

17 C.F.R. § 240.13d-3(d)(1) ......................................................*passim*

**OTHER AUTHORITIES**

Arnold S. Jacobs, The Williams Act—
    Tender Offers & Stock Accumulations (2025)...........................20, 23

Br. of SEC as Amicus Curiae Supporting Appellee, *Levy v. Southbrook Int'l Invs., Ltd.*, 263 F.3d 10 (2d Cir. 2001), (No. 00-7630), 2001 WL 34120374........14, 15, 16

Defs.' Resp. to SEC Amicus Letter, Ex. A, *CSX Corp. v. Children's Inv. Fund Mgmt., L.L.P., et al.*, No. 08-cv-2764 (S.D.N.Y. June 6, 2008), Dkt. No. 92-2 .........................................................22, 23

Frank Zarb et al., *A Practical Guide to the Regulation of Hedge Fund Trading Hedge Fund Trading Activities*, PROSKAUER ROSE LLP (Apr. 2, 2024), https://www.proskauer.com/report/a-practical-guide-to-the-regulation-of-hedge-fund-trading-activities-2024 ........................25

Michael H. Dessent, *Weapons to Fight Insider Trading in the 21st Century: A Call for the Repeal of Section 16(b)*, 33 AKRON L. REV. 481 (2000) ...............................................................28

Peter J. Romeo & Alan L. Dye,
    *Section 16 Treatise & Reporting Guide* (6th ed. 2024)...................16, 21, 22, 26

Restatement (Second) of Contracts § 202 (1981)......................................9

Robert W. Hamilton, *Convertible Securities & Section 16(b): The End of an Era*, 44 TEX. L. REV. 1447, 1450 (1966) ...................................28

S. Rep. No. 104-98 (1995) ........................................................28

## INTEREST OF *AMICUS CURIAE* [1]

The Managed Funds Association ("MFA" or "*Amicus*"), based in Washington, D.C., New York City, Brussels, and London, represents the global alternative asset management industry. MFA's mission is to advance the ability of alternative asset managers to raise capital, invest it, and generate returns for their beneficiaries. MFA advocates on behalf of its membership and convenes stakeholders to address global regulatory, operational, and business issues. MFA has more than 180 member fund managers, including traditional hedge funds, private credit funds, and hybrid funds, employing a diverse range of investment strategies. Members help pension plans, university endowments, charitable foundations, and other institutional investors diversify their investments, manage risk, and generate attractive returns throughout the economic cycle.

## SUMMARY OF ARGUMENT

This case presents important questions concerning the application of contractual "blockers" (or "conversion caps") in the context of Sections 13(d) and 16 of the Securities Exchange Act. Blockers limit investors' ability to use convertible and derivative securities to acquire beneficial ownership of an

---

[1] This brief is submitted under Fed. R. App. P. 29(a) with the consent of all parties. Undersigned counsel certify that this brief was not authored in whole or part by counsel for any of the parties; no party or party's counsel contributed money for the brief; and no one other than *Amicus* has made any monetary contribution intended to fund the preparation or submission of this brief.

underlying class of common stock, by contractually prohibiting investors from exercising derivative or convertible securities to the extent that doing so would cause the investor to beneficially own more than a negotiated threshold, typically 9.99% of the relevant issuer's common stock. For nearly four decades, these provisions have been recognized as a legitimate method to prevent investors from exceeding regulatory reporting thresholds, industry ownership concentration limits, change-in-control provisions, and short-swing trading restrictions imposed on certain beneficial owners.

Under Rule 13d-3(d)(1)(i), a "beneficial owner" includes any investor who has "the *right to acquire* beneficial ownership of such security . . . *within sixty days*[.]" 17 C.F.R. § 240.13d-3(d)(1)(i) (emphasis added). A "right" is a legal entitlement, not a theoretical possibility or speculative expectation. Like all contracts, blockers are "enforced according to [their] plain meaning[.]" *Schron v. Troutman Sanders LLP*, 20 N.Y.3d 430, 436 (2013) (citation omitted). Where binding contractual provisions prohibit acquisitions above a set percentage, or render such excess conversions "null and void ab initio," a present "right to acquire" above the threshold cannot be found.

Plaintiff-Appellant's central claim on appeal is that Second Circuit precedent, principally *Levy v. Southbrook International Investments, Ltd.*, 263 F.3d 10 (2d Cir. 2001), mandates an inquiry into whether a blocker improperly elevates form over

substance.  That contention misreads *Levy*, where the Second Circuit resolved the validity of a blocker through ordinary contract interpretation and reserved only the narrow possibility that a provision might be disregarded if it were genuinely "illusory."  Where a blocker denies any right to acquire above a negotiated threshold, there is no divergence between form and substance to investigate and no present "right to acquire" under Rule 13d-3(d)(1)(i).

Plaintiff-Appellant similarly errs in invoking Rule 13d-3(b)'s "scheme to evade" provision.  Rule 13d-3(b) does not apply where beneficial ownership does not already exist, and where a binding blocker prevents an investor from ever possessing a right to acquire securities above a specified threshold, there is no beneficial ownership to "divest" or vesting to "prevent."  Nor do blockers create a "false appearance" of non-ownership; they instead prevent the investor from acquiring beneficial ownership, placing contractually binding blockers squarely within the well-established category of legitimate "avoidance" rather than prohibited "evasion."

Lastly, *Amicus* urges the Court to consider the practical consequences of Plaintiff-Appellant's standard.  Blockers are standard contractual terms routinely relied upon across countless financing arrangements—a reality evidenced by the more than 400 disclosed blocker references identified in publicly available SEC filings in the last six months.  *See infra* Part II.  If generic allegations about

enforcement incentives, theoretical waivability, and settlement timing were sufficient to survive a motion to dismiss, blockers would lose their predictability and provide no reliable protection from strike suits. Undermining the enforceability of such provisions would have severe consequences for capital markets.

## ARGUMENT

### I. The Statutory and Regulatory Framework Requires Only that Blockers Foreclose a "Right to Acquire" to Prevent Beneficial Ownership

Under Rule 13d-3(d), an investor who has or shares voting or investment power over a security is a "beneficial owner" of such security for purposes of Section 13(d)'s disclosure obligations and for determining short-swing profit liability under Section 16(b). 17 C.F.R. § 240.13d-3(a); 15 U.S.C. § 78p(b). An investor is "deemed" a beneficial owner when it has "the *right to acquire* beneficial ownership of such security . . . *within sixty days*[.]" 17 C.F.R. § 240.13d-3(d)(1)(i) (emphasis added). Because Section 16(b) imposes strict liability on beneficial owners of more than 10% of a class of registered equity securities, investors routinely use blockers that deny any right to exercise or convert derivative or convertible securities, or that deny the issuer the ability to effect such an exercise or conversion, to the extent that doing so would result in the investor beneficially owning above a negotiated threshold (typically 9.99%).

The critical language here is "right to acquire." A "right" is a legal entitlement, not a theoretical possibility, practical ability, or speculative expectation.

4

The dispositive question is whether a convertible or derivative security gives an investor a present "right to acquire" in excess of a contractually defined threshold where a binding contract prohibits conversion or exercise if doing so would result in beneficial ownership above the threshold. For more than two decades, courts, including the Second Circuit, have uniformly answered that question in the negative.

The Supreme Court has repeatedly instructed that Section 16(b) must be confined within "narrowly drawn limits" and applied mechanically. *Foremost-McKesson, Inc. v. Provident Sec. Co.*, 423 U.S. 232, 251 (1976). The Supreme Court has likewise held that an investor may deliberately "structure[] his transaction with the intent of avoiding liability under § 16(b)," and that such structuring is lawful and consistent with the statute's purposes. *Reliance Elec. Co. v. Emerson Elec. Co.*, 404 U.S. 418, 422 (1972). That principle applies with particular force where binding contractual provisions foreclose any right to acquire beneficial ownership above a negotiated limit.

The *Levy* decision is the seminal authority on the question raised by Plaintiff-Appellant. *Levy* held that "where a binding conversion cap denies an investor the right to acquire more than 10% of the underlying equity securities of an issuer, at any one time, the investor is not, by virtue of his or her ownership of convertible securities, the beneficial owner of more than 10% of those equity securities." 263 F.3d at 12. The Court resolved the case through contract interpretation, examining

5

the writing "as a whole" and concluding that it created a "clear prohibition" on the ability to convert above the specified threshold. *Id.* at 17–18. The Court did not apply a multi-factor test; instead, in a footnote, it quoted the SEC's statement suggesting that "[w]hen the limitations provided by conversion caps are discovered to be illusory or a sham, they should be disregarded," and a 1970 Seventh Circuit case for the proposition that "the commercial substance of the transaction rather than its form must be considered[.]" *Id.* at 17 n.4. Plaintiff-Appellant now rests its appeal on that footnote and the SEC's suggested considerations.

This appeal presents the Court with an opportunity to reiterate and clarify *Levy*. *Levy*'s holding, decided on straightforward contract interpretation, is correct. *Id.* at 12. But *Levy*'s passing reference—in a footnote—to the possibility that a blocker might prove "illusory or a sham," *id.* at 17 n.4, and its citation to a set of non-exclusive factors suggested in an amicus brief, have been misread by Plaintiff-Appellant as establishing a mandatory form-over-substance inquiry that courts must conduct before giving blockers effect, notwithstanding unambiguous and contrary contractual language. This Court should clarify that the governing standard is as follows:

Where a blocker denies any right to acquire beneficial ownership in excess of a specified ownership cap by prohibiting the issuer from effecting excess exercises or conversions, or otherwise foreclosing the investor's ability to exercise or convert

in excess of the threshold (for example, by rendering such exercises void ab initio), the investor does not possess a "right to acquire" beneficial ownership within the meaning of Rule 13d-3(d)(1)(i) and, as a matter of law, is not a beneficial owner of any securities above that threshold.[2]

*Levy*'s "illusory or sham" exception is properly understood as a narrow one: a blocker may be disregarded only where a plaintiff offers well-pleaded facts demonstrating that a blocker, by its own terms or operation of a contrary agreement between the parties, fails to deny a right to acquire beneficial ownership in excess of the threshold—such as where an investor has the right to unilaterally waive the blocker within 60 days, or where the parties have separately agreed to nullify the blocker's operative restrictions. This inquiry is textual and contractual and is appropriate for resolution at the pleading stage. A blocker is *not* rendered illusory by allegations that the issuer lacked independent means of verifying compliance or the economic incentive to enforce it; that the investor engaged in serial conversions and sales—a cycle expressly contemplated by *Levy*, 263 F.3d at 15; or that the

---

[2] While "null and void ab initio" language often appears in blockers, *Amicus* asserts that such language is not essential to weighing a blocker's effectiveness. The operative inquiry is whether the blocker forecloses a legal entitlement to acquire— not whether the parties have employed any particular contractual language. Giving effect to such provisions also accords with their economic substance, as there is a meaningful economic difference between otherwise equivalent positions where one is subject to a blocker, and one is not.

blocker theoretically could be amended by mutual agreement, an inherent attribute of any contract.

This standard does not overrule *Levy*; it clarifies it. *Levy* held that blockers are enforceable when "binding." This Court can now specify what "binding" means in this context. Plaintiff-Appellant would read "binding" to require not only a facially valid contractual prohibition but also an independent enforcement apparatus, proof that the issuer had the practical capacity and economic incentive to monitor compliance, and a demonstration that no party could prospectively waive or amend the provision. Br. & Special App. for Pl.-Appellant ("Pl.-Appellant Br.") at 17–18, 26–41. That reading finds no support in the text of Rule 13d-3(d)(1)(i), *Levy*, or ordinary principles of contract law. The standard *Amicus* proposes is clear and administrable: if a blocker denies any right to acquire beneficial ownership in excess of some threshold, the contract is "binding" as a matter of law and the inquiry ends at the pleading stage.

Precedent establishes three propositions that, taken together, support this standard and resolve this appeal: (1) the validity of an unambiguous blocker is to be analyzed under principles of contract interpretation, and a blocker that denies any right to acquire beneficial ownership in excess of a negotiated threshold is binding as a matter of law; (2) courts need not engage in a mandatory form-over-substance or multi-factor balancing test before giving effect to a facially unambiguous blocker;

8

and (3) Rule 13d-3(b) does not "restore" a "right to acquire" that the contract never conferred in the first instance, because that provision addresses concealment of a preexisting right, not contractual prohibitions on acquisition.

### A. Long-Standing Precedent Establishes that Blocker Validity Is to Be Analyzed Under Principles of Contract Interpretation

*Levy* resolved the question of blocker enforceability through ordinary contract interpretation, examining the writing "as a whole," applying the Restatement (Second) of Contracts § 202 (1981), and concluding that the blocker created a "clear prohibition" on the investor's legal right "to convert shares to the extent that conversion" would result in the investor "owning in excess of 4.9% of [the issuer's] outstanding common stock." 263 F.3d at 17–18. The Court did not analyze whether the blocker contained a separate enforcement mechanism, whether the issuer independently verified compliance, or whether the blocker hypothetically, and prospectively, could be waived. Having determined that the blocker was binding as a matter of contract law, the Court held that the investor lacked any "right to acquire" shares above the threshold and that "beneficial ownership is determined at any one time, not cumulatively." *Id.* at 16 (citing *Foremost-McKesson*, 423 U.S. at 251).

Contrary to Plaintiff-Appellant's framing, *Levy*'s governing framework does not establish a per se rule of enforceability, but carries out the intent of the regulatory language. Pl.-Appellant Br. at 18, 41–43. Courts first determine, as a matter of state contract law, whether the blocker "effectuates a clear prohibition" on excess

9

conversions or exercises. *Levy*, 263 F.3d at 18. If the blocker imposes a prohibition, then the investor lacks the present "right to acquire" excess shares as a matter of federal securities law. The state-law inquiry is the predicate to the federal-law conclusion. This reflects ordinary operation of a federal statutory scheme incorporating and giving effect to private contract rights and obligations.

This analytical framework predates *Levy*. In *Levner v. Prince Alwaleed Bin Talal Bin Abdulaziz Al Saud*, 61 F.3d 8, 9–10 (2d Cir. 1995), the Second Circuit affirmed summary judgment on a Section 16(b) short-swing profits action where binding legal constraints, contractually memorialized and reinforced by banking regulations, foreclosed defendant's ability to acquire beneficial ownership exceeding 10% because the securities were not "presently convertible." The Second Circuit treated these contractual limitations as dispositive, rejecting plaintiff's attempt to recharacterize conditional conversion rights as present rights. *Id.*; *see also Schaffer ex rel. Lasersight Inc. v. CC Invs., LDC*, 115 F. Supp. 2d 440, 442 (S.D.N.Y. 2000) (granting motion to dismiss 16(b) suit where "contractual conversion caps restricted their ability to convert . . ."); *Glob. Intellicom, Inc. v. Thomson Kernaghan & Co.*, No. 99-cv-342, 1999 WL 544708, at *16 (S.D.N.Y. July 27, 1999) (granting motion to dismiss 16(b) claim where convertible debenture and preferred purchase agreements included an undertaking by purchaser not to convert in excess of 4.99% other than on 75 days' notice); *Transcon Lines v. A.G. Becker Inc.*, 470 F. Supp. 356,

370–71 (S.D.N.Y. 1979) (investor's "reasonable expectation" of a future transfer does not constitute a "right to acquire"). *Levner* confirms the Second Circuit's approach of looking beyond speculative future contingencies to binding legal limitations.[3]

Since *Levner*, courts both within and outside this Circuit have followed this framework. *See Decker v. Advantage Fund, Ltd.*, 362 F.3d 593, 597 (9th Cir. 2004) (alterations added) (quoting *Levy*, 263 F.3d at 15–16) (holding that conversion caps "automatically stripped [investors] of their 'right to acquire beneficial ownership of such security' once that threshold was reached"); *Log On Am., Inc. v. Promethean Asset Mgmt. L.L.C.*, 223 F. Supp. 2d 435, 445–48 (S.D.N.Y. 2001) (upholding blocker and rejecting argument that sequential conversions circumvented the cap).

*Levy*'s admonition that "beneficial ownership is determined at any one time, not cumulatively," 263 F.3d at 16, also forecloses Plaintiff-Appellant's settlement-timing theory. Contrary to *Levy*, Plaintiff-Appellant suggests that shares sold remained beneficially owned until settlement because title had not yet formally transferred. Pl.-Appellant Br. at 36–41. But pendency of settlement does not alter *Levy*'s analysis where an investor irrevocably parts with all indicia of beneficial

---

[3] Other circuits have taken a similar approach. *See, e.g.*, *Citadel Holding Corp. v. Roven*, 26 F.3d 960, 967 (9th Cir. 1994) (options not "presently exercisable" where federal bank board approval or stock sales required to avoid 10% ceiling for federal reporting requirements).

ownership upon sale and is *contractually obligated* to deliver its shares.  SPA-31–32.

The principle unifying these authorities is that the "right to acquire" under Rule 13d-3(d)(1)(i) concerns legal entitlement, not practical ability, theoretical possibility, or expectation that future negotiations might yield a different result.  A "right" is possessed as a matter of law, enforceable without counterparty consent or cooperation.  Where the governing instruments explicitly deny such a right, the analysis is complete.  Accordingly, where a court must determine a blocker's effectiveness, the only question it should consider is whether the contractual language forecloses that legal entitlement.  If so, no "right to acquire" above the ownership limitation exists, and the inquiry ends.

### B.   The Weight of Authority Confirms that Courts Need Not Engage in a Multi-Factor Balancing Test to Determine Whether Blockers are Binding and Effective

Plaintiff-Appellant's principal contention on appeal is that *Levy* requires courts to look beyond the four corners of a blocker to its "commercial substance," and that the District Court erred by subjecting the SEC's suggested factors to textual analysis rather than crediting the complaint's "well-pleaded" allegations about the blockers' operation.  Pl.-Appellant Br. at 18, 25, 41–43.  According to Plaintiff-Appellant, because "any competently drafted blocker" can satisfy the District Court's textual standard, the decision below collapses into a "per se rule" that is

12

irreconcilable with *Levy*'s admonition not to elevate form over substance. *Id.* at 18, 42. This argument fundamentally misreads *Levy*.

*Levy*'s footnote reference to "commercial substance" quoted a 1970 Seventh Circuit case involving sham transactions designed to disguise the real parties in interest. The form-over-substance principle protects against arrangements that create a "false appearance," *see infra* Part I.C, in which the parties' actual arrangement differs entirely from the contract. It does not permit courts to override a clear, self-executing contractual blocker based on allegations that the counterparty *could have* done more to monitor compliance or that the issuer *lacked the will* to enforce it. Where a blocker unambiguously denies any right to acquire above the threshold, the transaction's "commercial substance" simply includes no legal entitlement to acquire excess securities and there is no gap between form and substance. Plaintiff-Appellant's argument that the effectiveness of a blocker cannot be determined based on its text, *see* Pl.-Appellant Br. at 25, confuses contractual interpretation with an inquiry into whether extrinsic allegations contradict the contract. Where the contractual language is unambiguous, giving effect to the contract's terms is not—as Plaintiff-Appellant suggests—"proving the truth" of the document; it is applying contract law.

The District Court, though not required to, considered the factors suggested by the SEC in *Levy* and correctly concluded that the blockers imposed unambiguous,

legally operative limits on the right to acquire. SPA-18. This Court should clarify that such an inquiry is unnecessary where contractual language is facially binding and self-executing. The relevant inquiry is contractual: do the blocker's terms impose a binding prohibition on conversion or exercise above a cap? Where that is the case, the investor has no "right to acquire" under Rule 13d-3(d)(1)(i), and the analysis is complete.

While the SEC's amicus brief in *Levy* may offer useful guidance in assessing allegedly illusory blockers, this Court, as explained below, need not defer to those considerations. But even if this Court agrees with the District Court that such factors *may* be considered when analyzing allegedly illusory blockers, *Amicus* asks this Court to recognize that the theoretical ability to waive a blocker prospectively is insufficient to establish a present "right to acquire" and the absence of an independent enforcement mechanism does not render a binding contractual provision illusory.

        1.    ***The Court Need Not Give Deference to the SEC's* Levy *Factors***

Although the SEC took "no position" on the ultimate validity of the blockers in *Levy*, it submitted an amicus brief suggesting possible factors that "may indicate" whether a blocker is binding or illusory. Br. of SEC as Amicus Curiae Supporting Appellee, *Levy v. Southbrook Int'l Invs., Ltd.*, 263 F.3d 10 (2d Cir. 2001), (No. 00-7630), 2001 WL 34120374, at *24–25 ("SEC *Levy* Amicus"). These factors include

whether the blocker "is easily waivable by the parties (particularly the holder of the convertible securities)," "lacks an enforcement mechanism," "has not been adhered to in practice," or "can be avoided by transferring the securities to an affiliate of the holder." *Id.* at *25.[4]

Two preliminary points bear emphasis. *First*, the *Levy* Court *did not* apply the SEC's factors.[5] As the District Court of New Jersey observed, "there is no indication in the *Levy* opinion that the Second Circuit paid any attention to the SEC's lists of factors." *Klawonn v. YA Glob. Invs., L.P.*, No. 10-2108, 2011 WL 3502022, at *4 (D.N.J. Aug. 10, 2011). Rather, "[t]he Second Circuit made a judgment on whether the conversion cap was valid and binding, and it did so based on its interpretation of the writing as a whole." *Id.* A leading treatise on Section 16, cited by both parties below, observes that "[m]ost courts" addressing the validity of blockers "have not expressly applied the criteria set forth in the SEC's amicus brief,"

---

[4] The SEC also suggested factors that "may indicate that a cap is binding," including whether it "is provided in the certificate of designation or the issuer's governing instruments," "reflects limitations established by another regulatory scheme applicable to the issuer," or "is the product of bona fide negotiations between the parties." *Id.*

[5] Both parties appear to agree that *Levy* did not explicitly apply the SEC's factors. *See* Pl.-Appellant Br. at 27 n.6. The District Court, however, weighed them, explaining that the "SEC's 'non-exclusive' list of potential factors" does not conflict with *Levy*. SPA-18. The District Court also cited the "dearth of case law in this Circuit on the issue of sham or illusory blockers" and its "textual analysis of the contract" as bases for considering the SEC's proposed factors, but only "to the extent they are persuasive and applicable." SPA-17.

15

and that those courts that have addressed the SEC's criteria "have not been uniform in their application." Peter J. Romeo & Alan L. Dye, *Section 16 Treatise and Reporting Guide* § 2.03[5][l][ii] at 163 (6th ed. 2024) ("Romeo & Dye").[6]

Plaintiff-Appellant's reading of *Levy* proves too much. If the *Levy* Court endorsed a mandatory form-over-substance inquiry beyond the contract's text, one would expect it to have conducted such an inquiry. It did not. The most natural reading of *Levy* is not that it established a mandatory analytical framework, but that it reserved for review the question of how to address allegedly illusory blockers—a question that this Court now has the opportunity to answer.

*Second*, even assuming that *Levy* represents the official agency position today, to the extent the SEC *Levy* Amicus was afforded deference in earlier decisions, the doctrinal basis for that deference has been undermined. Indeed, the District Court recognized that "the general requirement that courts defer to agency interpretations, which was in place when *Levy* was decided, has since been overruled." SPA-17 n.5 (citing *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369, 385 (2024)). Though "the Court is not required to defer to the [SEC *Levy* Amicus]" submitted a quarter-century ago, it "may still consider it to the extent that it has 'power to persuade.'"

---

[6] While Romeo & Dye conclude that *Klawonn* "applied an incorrect standard of review" in determining the level of deference due to the SEC *Levy* Amicus, Romeo & Dye § 2.03[5][l][ii] at 164 n.283, that criticism was premised on the now-overturned *Chevron U.S.A., Inc. v. Natural Resources Defense Council*, 467 U.S. 837 (1984).

*Roth v. Armistice Cap., LLC*, No. 20-cv-8872, 2024 WL 1313817, at *11 n.5 (S.D.N.Y. Mar. 27, 2024) (citations omitted), *aff'd*, 151 F.4th 21 (2d Cir. 2025).

This Court should now hold that any additional consideration is unwarranted where the contractual language is facially binding. Courts confronted with an unambiguous blocker that denies any right to acquire beneficial ownership in excess of the negotiated threshold should resolve the question on the face of the contract, without proceeding to a multi-factor inquiry that *Levy* itself did not employ.

### 2. *The Ability to Waive a Blocker Is Insufficient to Establish a "Right to Acquire"*

Plaintiff-Appellant argues that blockers are inherently deficient where the parties could hypothetically amend or waive them. Pl.-Appellant Br. at 26–30. This argument conflates the theoretical possibility of future contractual modification with the existence of a present legal entitlement. Rule 13d-3(d)(1)(i) asks whether the investor has a present "right to acquire," not whether the investor might persuade its counterparty to later modify the agreement.

This distinction is fundamental. Every contract is, in theory, susceptible to amendment by mutual agreement; this is a truism of contract law that is not unique to blockers.[7] If the hypothetical future waivability of a contract were sufficient to negate its present legal effect, then no limitation could ever be given effect under

---

[7] Plaintiff-Appellant appears to recognize this. Pl.-Appellant Br. at 32 n.7.

Rule 13d-3(d)(1)(i), because every such limitation is theoretically susceptible to amendment. That result is inconsistent with *Levy* and the long line of cases before and after *Levy*, which have upheld blockers as binding even where amendment was possible. 263 F.3d at 14, 17.[8] The District Court correctly rejected as "nonsensical" Plaintiff-Appellant's contrary argument, which would render every contract illusory. SPA-22.

As the standard set forth above makes clear, a blocker is not rendered illusory by the bare allegation that the parties could theoretically agree to modify it. The "illusory or sham" exception asks whether blockers impose binding obligations, not whether parties retain the inherent contractual power to renegotiate them.

### 3. *Blockers Need Not Contain an Enforcement Mechanism to Be Valid and Enforceable*

Plaintiff-Appellant also suggests that blockers are deficient where they lack a sufficient enforcement mechanism. *See* Pl.-Appellant Br. at 26–30. This argument conflates two distinct concepts—the existence of legal rights and the separate

---

[8] Under Plaintiff-Appellant's logic, any investor who *might* agree tomorrow to acquire securities from a counterparty has a "right to acquire" them today for purposes of satisfying Rule 13d-3. Under that tortured interpretation, there is simply no limit to who might be a beneficial owner at any given time. To the extent that the issuer (the counterparty) is required to affirmatively consent to any modification, such a requirement would only reinforce that conclusion.

mechanism for policing compliance—and seeks to graft onto Rule 13d-3(d)(1)(i) a requirement found nowhere in its text or Second Circuit precedent.

As Plaintiff-Appellant acknowledges, an "independent compliance function" cannot be a requirement for an effective and binding blocker, and the Second Circuit has never held otherwise. Pl.'s Mem. in Opp'n to Defs.' Mot. to Dismiss at 13 (S.D.N.Y. Sept. 6, 2024), Dkt. No. 37; *Levy*, 263 F.3d at 16–17. Under Rule 13d-3(d)(1)(i), beneficial ownership hinges upon whether a present legal entitlement exists. Where conversion is legally impossible, the investor possesses no present "right to acquire" securities beyond the threshold and no present legal entitlement exists. The absence of that right is not contingent on the existence of a separate enforcement mechanism: a contract that extinguishes the legal entitlement itself leaves nothing to enforce. *See Cathay Bank v. Bonilla*, No. 17-cv-3551, 2023 WL 6812274, at *13–14 (E.D.N.Y. Oct. 16, 2023) (citations omitted) (transfer of securities "nullified and set aside" where agreement deemed them "invalid, null and void, and of no force or effect").

The *Levy* Court's analysis is instructive. The blocker in *Levy* was self-policing: the investor initiated conversions, and the blocker prohibited conversions above the threshold. 263 F.3d at 17–18. The plaintiff argued that a clause permitting, but not requiring, the investor to revoke an excess conversion rendered the blocker a sham because it imposed no obligation to cure breaches. *Id*. The Second Circuit

19

rejected this argument, holding that the clause was "properly interpreted as an exception to the irrevocability provision," a mechanism that strengthened the cap by allowing the investor to unwind inadvertent excess conversions—not a loophole that undermined it. *Id.* at 18. The Second Circuit did not require, or even discuss the need for, an independent enforcement mechanism beyond the contractual language itself.

### C. Contrary to Plaintiff-Appellant's Theory, Rule 13d-3(b) Does Not Restore a "Right" That Never Existed

Plaintiff-Appellant further argues that blockers used "as part of a plan or scheme to evade the reporting requirements" of Section 13(d) should be disregarded under the anti-evasion provision of Rule 13d-3(b). Pl.-Appellant Br. at 44; 17 C.F.R. § 240.13d-3(b). This argument misconstrues both the relationship between Rule 13d-3(b) and Rule 13d-3(d)(1)(i), and the concept of a "scheme to evade."

There is no statutory definition of the phrase "scheme to evade," and courts have had few occasions to opine on what circumstances satisfy that standard. *See* Arnold S. Jacobs, The Williams Act—Tender Offers & Stock Accumulations § 2:13 (2025). The text of Rule 13d-3(b), however, presupposes the concealment of a previously existing right. Its focus on "divesting" or "preventing the vesting of" beneficial ownership presupposes that beneficial ownership exists or is in the process of vesting, and that affirmative steps are being taken to conceal or suppress such ownership. 17 C.F.R. § 240.13d-3(b). Where a binding contractual provision

prevents an investor from ever obtaining a "right to acquire," however, there is no ownership to "divest" and no vesting to "prevent." The rule addresses concealment of existing rights, not contractual prohibitions on the acquisition of such rights. Romeo & Dye § 2.03[5][m] at 177–78 ("[T]he better view seems to be that a scheme to evade requires some degree of effort to 'conceal' actual beneficial ownership."); *CSX Corp. v. Children's Inv. Fund Mgmt. (UK) LLP*, 654 F.3d 276, 305 (2d Cir. 2011) (Winter, J., concurring) ("The intent to avoid disclosure cannot constitute a violation of the statute when the underlying transaction does not provide the party with the substantial equivalence of the rights of ownership relevant to control. That is clearly the meaning of *Reliance Electric*.").

The weight of authority distinguishes "avoidance" from "evasion." The Supreme Court has held that an investor may "structure[] his transaction with the intent of avoiding liability under § 16(b)," and that "[t]he question is . . . whether the method used to 'avoid' liability is one permitted by the statute." *Reliance Elec.*, 404 U.S. at 422. Blockers are permitted, "[a]s long as such a cap is binding[.]" *Roth v. Solus Alt. Asset Mgmt. LP*, 124 F. Supp. 3d 315, 323 (S.D.N.Y. 2015); *Levy*, 263 F.3d at 16. These provisions define the investor's rights at the outset of the transaction through negotiated, bilateral contractual terms, not through artifice, concealment, or post-hoc manipulation. *See* Romeo & Dye § 2.03[5][m] at 178 ("[A] purchaser of convertible preferred stock who negotiates a blocker provision prohibiting

21

[conversion] if, after conversion, the purchaser would beneficially own more than five [or ten] percent . . . of the underlying common stock, should not be deemed to have engaged in a scheme to evade"); *see also id.* at 177 ("Rule 13d-3(b) . . . should not be read broadly to prevent investors from structuring legitimate transactions in a way that is designed to avoid becoming subject to Section 13(d) (or Section 16).").[9]

The most developed treatment of Rule 13d-3(b) in this Circuit occurred in *CSX*. While the *CSX* panel could not reach consensus on the circumstances sufficient to establish a "scheme to evade," 654 F.3d at 279, 282, Judge Winter issued a lengthy concurrence outlining his analysis of Rule 13d-3(b). Judge Winter endorsed the reasoning of the SEC's then-Deputy Director of the Division of Corporation Finance, reflected in a letter submitted at the district court's request. Defs.' Resp. to SEC Amicus Letter, Ex. A, *CSX Corp. v. Children's Inv. Fund Mgmt., L.L.P., et al.*, No. 08-cv-2764 (S.D.N.Y. June 6, 2008), Dkt. No. 92-2 ("CorpFin Amicus Letter"). The CorpFin Amicus Letter expressed the view that the requisite mental state contemplated by Rule 13d-3(b) is an "intent to enter into an arrangement that creates

---

[9] *Roth*'s procedural history is illustrative. There, the court initially deemed a blocker—put in place as a post-hoc, "one-time divestment mechanism"—as "inherently suspect," but ultimately gave effect to the blocker as a binding contractual limitation. *Roth ex rel. YRC Worldwide, Inc. v. Solus Alt. Asset Mgmt. LP*, 258 F. Supp. 3d 364, 369–71 (S.D.N.Y. 2017). In contrast, the blockers here were not post-hoc divestment mechanisms but negotiated and embedded in the transaction documents from the outset.

a false appearance," or, more specifically, a "false appearance of non-ownership of a security." CorpFin Amicus Letter at 3. Judge Winter drew the critical line: "'evasion' suggests a transaction with the ownership characteristics and benefits intended to be regulated, or steps to create a false appearance of the transaction or the persons entering into it, to avoid compliance with the regulation's reporting requirements." *CSX*, 654 F.3d at 306 (Winter, J., concurring) (internal citation omitted).

Judge Winter's concurrence is instructive and supports the conclusion that blockers do not constitute a "scheme to evade." A binding blocker (even assuming it is publicly disclosed) does not create a "false appearance" of anything. It transparently defines the limit on an investor's rights. The investor's position is exactly what it appears to be: the investor holds derivative securities convertible into common stock only up to a negotiated threshold. There is no concealment, no artifice, and no "illusion . . . contrary to the actual situation." CorpFin Amicus Letter at 3.

Plaintiff-Appellant's Rule 13d-3(b) argument is simply a repackaging of its claim that the blockers are unenforceable. *See* Jacobs, *supra*, § 2:13 ("Given the breadth of . . . Rule 13d-3(d)(1)(i), Rule 13d-3(b) is a good failsafe but is not an important weapon in a plaintiff's arsenal."). If the blockers are binding, as established by *Levy* and its progeny, then there is no "scheme to evade," because the

investor lacks the ownership characteristics that Rule 13d-3(b) is designed to prevent parties from concealing. Conversely, where blockers are illusory, they simply fail under the standard *Levy* analysis without any need to invoke Rule 13d-3(b). Either way, Rule 13d-3(b) does not provide an independent basis for relief; it adds nothing to the contract-interpretation inquiry already required by *Levy*.

The district court in *Levy* reached the same conclusion, rejecting plaintiff's Rule 13d-3(b) argument because "there [was] no factual basis to support the existence of such a plan or scheme to evade," nor was there any allegation "that [the investor] failed to disclose any aspects of the … transaction in applicable regulatory filings, or that defendant ever attempted to conceal any matter for the purpose of avoiding its reporting obligations." *Levy v. Southbrook Int'l Invs., Ltd.*, No. 99 CIV. 1480, 2000 WL 567008, at *5 (S.D.N.Y. May 10, 2000) (alterations added), *aff'd*, 263 F.3d 10 (2d Cir. 2001). The same is true here: the blocker provisions were set forth in publicly filed transaction documents and were disclosed to the market. Recharacterizing that as a "scheme to evade" does not change the result.

## II. Undermining Unambiguous and Binding Blockers Would Have Severe Consequences for Capital Markets and Market Participants

*Amicus* respectfully urges the Court to consider the practical consequences of the standard Plaintiff-Appellant advocates. Considered the "most common method

for blocking beneficial ownership,"[10] blockers are widely used, standard market infrastructure. Blockers enable investors to participate in PIPEs, registered direct offerings, and convertible note financings without triggering Section 16(b)'s strict liability regime, and are essential for securing issuer financing, particularly for distressed and smaller, thinly capitalized issuers who need it most.

Market participants such as *Amicus*'s members (who collectively manage billions in assets) routinely participate in transactions involving blockers and are entitled to order their affairs in reliance on their plain meaning. Counsel, with the approval of *Amicus*, conducted a review of publicly available SEC filings and identified more than 400 *disclosed* blockers in the last six months alone.[11] Indeed, this is not a marginal or isolated practice. Blockers are embedded in routine financing transactions, and participants price, negotiate, and allocate risk on the settled understanding that blockers will be honored. Destabilizing that assumption would inject uncertainty into countless transactions dependent on blockers.

---

[10] Frank Zarb et al., *A Practical Guide to the Regulation of Hedge Fund Trading Activities* 30, PROSKAUER ROSE LLP (Apr. 2, 2024), https://www.proskauer.com/report/a-practical-guide-to-the-regulation-of-hedge-fund-trading-activities-2024.

[11] For full disclosure, a chart reflecting this information is included in the accompanying Appendix, which compiles references to blocker provisions by unique issuer and reporting party pairings in publicly available filings made on the SEC's EDGAR system from August 11, 2025–February 11, 2026.

### A. Plaintiff-Appellant's Standard Would Destroy the Reliability of Blockers

Plaintiff-Appellant's proposed standard is not a refinement of existing doctrine but a formula for ensuring that no blocker survives a motion to dismiss, regardless of its legal force. Under that standard, any complaint could survive a Rule 12(b)(6) motion by alleging that a blocker is "illusory" because: (i) the issuer lacked "incentive" to enforce the cap—a claim that could be made about *any* willing seller of securities; (ii) the parties "could" hypothetically agree to amend the blocker—a proposition true of *any* bilateral contract; (iii) the issuer could not independently verify compliance—true whenever investors make open market trades; or (iv) settlement timing prevented disposition—true of any traded security where there is an ongoing ministerial act of transferring shares. Such allegations could plausibly be made of virtually every blocker, no matter how carefully drafted.[12]

If such generic allegations routinely survive motions to dismiss, blockers would no longer provide reliable protection against Section 16(b) litigation. *Cf. Olagues v. Perceptive Advisors LLC*, 902 F.3d 121, 131 (2d Cir. 2018) ("[T]he Supreme Court has recognized and tolerated . . . insiders to work around Section 16(b)"); *see also* Romeo & Dye § 9.01[7][b] at 855 (noting that courts "allow the

---

[12] That result is particularly anomalous because blockers are transparent market instruments. *See* Appendix (identifying blockers across more than 400 disclosed transactions in a six-month period).

insider to plan and execute transactions for the purpose of avoiding short-swing liability"). The present "right to acquire" inquiry, which the Second Circuit established in *Levy* as a question of legal entitlement, not practical capacity, would be converted into an unpredictable multi-factor balancing test in which no investor could be confident at the time of contracting. For example, investment advisers— as fiduciaries acting in their clients' best interests—could no longer confidently rely on blockers to avoid Section 16(b) litigation, reducing capital availability to issuers and increasing transaction costs. Most troublingly, Plaintiff-Appellant's approach would create perverse incentives by allowing issuers to solicit investments on the promise that blockers preclude Section 16(b) exposure, only to later sue investors after retaining the benefit of their capital—yielding what the Second Circuit has described as "essentially a windfall" recovery where the issuer has suffered no harm. *Blau v. Rayette-Faberge, Inc.*, 389 F.2d 469, 474 (2d Cir. 1968) (citation omitted). The result would diminish both investor confidence and issuer access to capital.

### B. Plaintiff-Appellant's Standard Would Transform Section 16(b) into a Vehicle for Costly and Meritless Strike Litigation

Adopting Plaintiff-Appellant's standard would convert Section 16(b) from a narrow prophylactic rule into an engine for opportunistic strike suits. Section 16(b) "was crafted as a 'blunt instrument' to impose[] a form of strict liability," dispensing with any requirement that a plaintiff prove scienter, misuse of inside information, or actual injury. *Donoghue v. Bulldog Invs. Gen. P'ship*, 696 F.3d 170, 174 (2d Cir.

2012) (internal citations omitted). Its enforcement mechanism magnifies that breadth: any shareholder may sue derivatively on the issuer's behalf after acquiring a single share. That structure creates powerful incentives to pursue alleged technical violations divorced from genuine insider abuse—incentives amplified by implied, non-statutory entitlement to attorneys' fees. *See* Robert W. Hamilton, *Convertible Securities and Section 16(b): The End of an Era*, 44 TEX. L. REV. 1447, 1450 (1966); *see also* Michael H. Dessent, *Weapons to Fight Insider Trading in the 21st Century: A Call for the Repeal of Section 16(b)*, 33 AKRON L. REV. 481, 493 (2000). Expanding the statute's reach beyond its core anti-insider trading purpose invites costly, meritless litigation, burdening issuers and harming the very shareholders Section 16(b) was designed to protect.

These features make the pleading standard a matter of acute practical importance. If courts routinely permit challenges to facially valid blockers based on generic allegations, plaintiffs could use such suits to extract settlements regardless of merit. Congress, in enacting the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995), expressly recognized that private Exchange Act litigation creates structural incentives for abuse, allowing plaintiffs' attorneys to extract settlements from defendants through the cost and burden of discovery. *See* S. Rep. No. 104-98, at 688–90, 693 (1995). The resulting calculus is asymmetric: plaintiffs bear minimal costs in filing suit, while defendants face the

prospect of lengthy litigation and potentially staggering disgorgement disproportionate to any alleged or proven harm.

Plaintiff-Appellant's standard also would impose fundamentally unworkable burdens on courts at the pleading stage. This proposed, mandatory form-over-substance inquiry—including assessing the issuer's enforcement "incentive," the parties' theoretical ability to amend, the adequacy of self-policing enforcement mechanisms, and compliance with settlement-timing mechanics—requires precisely the type of fact-intensive investigation that courts cannot resolve on a motion to dismiss. This result would subject all Section 16(b) cases involving a blocker to costly discovery, regardless of facial validity or any allegation of actual breach. Nothing in Section 16(b), a statute that the Supreme Court has repeatedly confined within "narrowly drawn limits," *Foremost-McKesson*, 423 U.S. at 251, justifies that result. On the contrary, a binding, unambiguous blocker that extinguishes the legal right to exceed the ownership threshold is dispositive. Investors *may* legitimately structure their transactions to avoid Section 16(b) exposure. *Reliance Elec.*, 404 U.S. at 422. That principle applies with full force to blockers as transparent contractual mechanisms designed to achieve statutorily permitted results.

## CONCLUSION

*Amicus* urges the Court to affirm long-standing Second Circuit precedent finding that valid and binding blockers are sufficient to prevent an investor from

possessing a "right to acquire" within the meaning of Rule 13d-3(d)(1)(i); that the theoretical waivability of blockers is irrelevant to whether they are valid and binding; that such provisions need not contain an independent enforcement mechanism to be given effect; that settlement delay does not prolong beneficial ownership after divestment; and that where a binding blocker prevents an investor from possessing a right to acquire, Rule 13d-3(b) provides no independent basis for liability.

Respectfully submitted,

Dated: March 2, 2026
      New York, New York

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By: _____ /s/ Michael C. Keats _____
     Michael C. Keats, Counsel of Record
     Jason D'Andrea*
     FRIED, FRANK, HARRIS, SHRIVER
      & JACOBSON LLP
     One New York Plaza
     New York, New York 10004
     (212) 859-8000
     michael.keats@friedfrank.com
     jason.dandrea@friedfrank.com

     Nathan M. Erickson*
     FRIED, FRANK, HARRIS, SHRIVER
      & JACOBSON LLP
     801 17th Street NW
     Washington, DC 20006
     (202) 639-7000
     nathan.erickson@friedfrank.com

     *Not Admitted in Second Circuit

     *Counsel for* Amicus Curiae
     *Managed Funds Association*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 2, 2026, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants, resulting in service upon all counsel of record.

/s/ Michael C. Keats
Michael C. Keats

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using 14-point Times New Roman, a proportionally spaced typeface.

I further certify that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because it contains 6,970 words, excluding parts of the brief exempted under Rule 32(f), according to the count of Microsoft Word.

Dated: March 2, 2026

/s/ Michael C. Keats
Michael C. Keats

# APPENDIX

|  | | | | | |
|---|---|---|---|---|---|
| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | | | |
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 1 | SCHEDULE 13G/A | BIOFRONTERA INC. | 8/11/2025 | . . . [Fund] L.P. may have been deemed to have the beneficial ownership of 976,448 shares of common stock representing the beneficial ownership of approximately 9.63% of the common stocks as mentioned above, which excludes the 13,455,624 shares issuable upon the exercise of preferred shares and convertible debt because they contain a **blocker provision** under which the holder thereof does not have the right to exercise any of the preferred shares/convertible debt to the extent that such exercise would result in beneficial ownership by the holder in excess of 9.99% of the Common Stock. | https://www.sec.gov/Archives/edgar/data/1622627/000157920625000007/xslSCHEDULE_13G_X01/primary_doc.xml |
| 2 | SCHEDULE 13G/A | INSPIREMD, INC. | 8/11/2025 | . . . upon exercise of such reported securities and do not give effect to **blocker provisions**. Therefore, the actual number of shares of Common Stock beneficially owned by such Reporting Person, after giving effect to such **blockers**, is less than the number of securities reported in rows 6, 8, and 9. . . . [U]pon the exercise of pre-funded and standard warrants because they contain a **blocker provision** under which the holder thereof does not have the right to exercise any of the warrant to the extent that such exercise would result in beneficial ownership by the holder in excess of 9.99% of the Common Stock. | https://www.sec.gov/Archives/edgar/data/1433607/000157920625000005/xslSCHEDULE_13G_X01/primary_doc.xml |
| 3 | SCHEDULE 13G/A | MYOMO, INC. | 8/11/2025 | . . . upon the exercise of pre-funded warrants because they contain a **blocker provision** under which the holder thereof does not have the right to exercise any of the warrant to the extent that such exercise would result in beneficial ownership by the holder in excess of 9.99% of the Common Stock. | https://www.sec.gov/Archives/edgar/data/1369250/000157920625000009/xslSCHEDULE_13G_X01/primary_doc.xml |

* This chart reflects representative references to blocker provisions by unique issuer and reporting party pairings in publicly available Schedule 13G and 13D filings made on the SEC's EDGAR system from August 11, 2025–February 11, 2026. The chart was compiled through a search of EDGAR for Schedule 13G and 13D filings referencing "blocker provisions," "blockers," or otherwise containing language referencing beneficial ownership caps "in excess of" a 9.99% reporting threshold. Amendment filings believed to reference the same blocker provisions have been excluded.

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 4 | SCHEDULE 13G/A | CEMTREX INC | 8/12/2025 | The foregoing excludes (I) 1,671,598 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock and (II) 142,778 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. Without such **blocker provisions**, each of the Reporting Persons may have been deemed to have beneficial ownership of 2,151,177 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1435064/000121390025075074/xslSCHEDULE_13G_X01/primary_doc.xml |
| 5 | SCHEDULE 13G/A | IMUNON, INC. | 8/12/2025 | The foregoing excludes 1,155,028 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 1") because [] Warrant 1 is not exercisable until the effective date of stockholder approval of the issuance of the shares of Common Stock issuable upon exercise of [] Warrant 1 (and [] Warrant 1 also contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock). Without such **blocker provision** (and assuming [] 1 was currently exercisable), each of the Reporting Persons may have been deemed to have beneficial ownership of 2,222,224 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/749647/000121390025075077/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 6 | SCHEDULE 13G/A | INNOVATIVE EYEWEAR INC | 8/12/2025 | The foregoing excludes (I) 1,910,400 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 102,698 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (III) 4,721 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390025075079/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 7 | SCHEDULE 13G/A | MICROBOT MEDICAL INC. | 8/12/2025 | The foregoing excludes (I) 973,139 shares of Common Stock issuable upon exercise of [] Warrant 2 because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 207,224 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock and (III) 2,314,286 shares of Common Stock issuable upon exercise of a fourth warrant held by [] ("[] Warrant 4") because [] Warrant 4 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 4 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/883975/000121390025075084/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 8 | SCHEDULE 13G/A | MUSTANG BIO, INC. | 8/12/2025 | The foregoing excludes (I) 478,925 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock and (II) 664,452 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. Without such **blocker provisions**, each of the Reporting Persons may have been deemed to have beneficial ownership of 1,328,904 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1646799/000121390025075080/xslSCHEDULE_13G_X01/primary_doc.xml |
| 9 | SCHEDULE 13G/A | PROCESSA PHARMACEUTICALS, INC. | 8/12/2025 | The foregoing excludes 2,092,750 shares of Common Stock issuable upon exercise of the [] Warrant because the [] Warrant contains a **blocker provision** under which the holder thereof does not have the right to exercise the [] Warrant to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock. Without such **blocker provision**, each of the Reporting Persons may have been deemed to have beneficial ownership of 5,000,000 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1533743/000121390025075086/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 10 | SCHEDULE 13G/A | SILO PHARMA, INC. | 8/12/2025 | The foregoing excludes (I) 828,587 shares of Common Stock issuable upon exercise of [] Warrant 2 because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 344,037 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock and (III) 381,819 shares of Common Stock issuable upon exercise of a fourth warrant held by [] ("[] Warrant 4") because [] Warrant 4 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 4 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/1514183/000121390025075089/xslSCHEDULE_13G_X01/primary_doc.xml |
| 11 | SCHEDULE 13G/A | ZETA NETWORK GROUP | 8/12/2025 | The foregoing excludes 238,346 shares of Common Stock issuable upon exercise of [] Warrant 3 because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. Without such **blocker provision**, each of the Reporting Persons may have been deemed to have beneficial ownership of 1,786,267 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1646799/000121390025075065/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 12 | SCHEDULE 13G/A | BIOTRICITY INC. | 8/12/2025 | Ownership consists of (i) 493,492 shares of Common Stock held by the reporting person and (ii) an aggregate of up to 2,346,438 shares of Common Stock (the "Conversion Shares") issuable upon conversion of shares of Series B Convertible Preferred Stock, par value $0.001 per share, of the issuer (the "Preferred Stock") directly held by the reporting person, further conversions of which are subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**") contained in the issuer's Amended Certificate of Designations of the Preferred Stock (the "Certificate of Designations"). | https://www.sec.gov/Archives/edgar/data/1630113/000175392625001292/xslSCHEDULE_13G_X01/primary_doc.xml |
| 13 | SCHEDULE 13G/A | SENESTECH, INC. | 8/12/2025 | . . . the Reported Warrants are subject to the 9.99% **Blocker** (as defined in Item 4) and the percentages set forth above give effect to the 9.99% **Blocker**. However, each position reported above is the number of shares of Common Stock that would be issuable upon the full exercise of the Reported Warrants at such time and do not give effect to the 9.99% **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by such Reporting Person at such time, after giving effect to the 9.99% **Blocker**, is less than the positions reported above. . . The percentage set forth in this Schedule 13G . . . and assumes the exercise of the Reported Warrants held by the Trust, subject to the 9.99% **Blocker** (as defined below). Pursuant to the terms of the Reported Warrants, the Reporting Persons cannot exercise any of the Reported Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Stock (the "9.99% **Blocker**") and the percentage set forth on the cover page for each Reporting Person gives effect to the 9.99% **Blocker**. Consequently, at this time, the Reporting Persons are not able to exercise all of such Reported Warrants due to the 9.99% **Blocker**. | https://www.sec.gov/Archives/edgar/data/1680378/000090266425003495/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|------|---------|-------------|------------------------------------------|---------------------------|
| 14 | SCHEDULE 13G/A | MEDIWOUND LTD. | 8/12/2025 | . . . upon the exercise of warrants because they contain a **blocker provision** under which the holder thereof does not have the right to exercise any of the warrant to the extent that such exercise would result in beneficial ownership by the holder in excess of 9.99% of the Common Stock. | https://www.sec.gov/Archives/edgar/data/1593984/000157920625000011/xslSCHEDULE_13G_X01/primary_doc.xml |
| 15 | SCHEDULE 13G/A | CNBX PHARMACEUTICALS INC. | 8/13/2025 | . . . which conversion is subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**"). . . . Beneficial ownership consists of 12,217,438 shares of Common Stock held indirectly by the reporting person and 1,355,678 shares of Common Stock issuable upon conversion of the Note held indirectly by the reporting person, which conversion is subject to a 9.99% **Blocker**. . . . [LP] holds (i) 12,217,438 shares of Common Stock and (ii) the Note in the principal amount of approximately $752,255, which is convertible into up to 1,355,678 shares of Common Stock, assuming conversion at the alternate conversion price of the Note as of June 30, 2025, as a result of the triggering of the 9.99% **Blocker** contained in the Note . . . | https://www.sec.gov/Archives/edgar/data/1343009/000175392625001322/xslSCHEDULE_13G_X01/primary_doc.xml |
| 16 | SCHEDULE 13G | APTEVO THERAPEUTICS INC. | 8/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1671584/000164117225023309/xslSCHEDULE_13G_X01/primary_doc.xml |
| 17 | SCHEDULE 13G/A | DAMON INC. | 8/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000164117225023305/xslSCHEDULE_13G_X01/primary_doc.xml |
| 18 | SCHEDULE 13G | GLOBAVEND HOLDINGS LTD | 8/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000164117225023292/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 19 | SCHEDULE 13G/A | GREENLANE HOLDINGS, INC. | 8/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000164117225023315/xslSCHEDULE_13G_X01/primary_doc.xml |
| 20 | SCHEDULE 13G/A | IMUNON, INC. | 8/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants is subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/749647/000164117225023310/xslSCHEDULE_13G_X01/primary_doc.xml |
| 21 | SCHEDULE 13G | NANO LABS LTD | 8/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000164117225023298/xslSCHEDULE_13G_X01/primary_doc.xml |
| 22 | SCHEDULE 13G/A | SEASTAR MEDICAL HOLDING CORP | 8/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000164117225023319/xslSCHEDULE_13G_X01/primary_doc.xml |
| 23 | SCHEDULE 13G/A | VYOME HOLDINGS, INC | 8/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1427570/000164117225023313/xslSCHEDULE_13G_X01/primary_doc.xml |
| 24 | SCHEDULE 13G | WESTWATER RESOURCES, INC. | 8/13/2025 | The issuable shares of Common Stock related to the conversion of the Note are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/839470/000164117225023303/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 25 | SCHEDULE 13G/A | ALGORHYTHM HOLDINGS, INC. | 8/13/2025 | . . . and do not give full effect to the exercise of the Series A common stock purchase warrants of the issuer (the "Warrants") directly owned by the reporting person, further exercise of which is subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**"). . . . As more fully described in Item 4 of this Amendment No. 2, such shares and percentage are based on 2,514,571 shares of Common Stock outstanding as of May 14, 2025, as disclosed in the Form 10-Q, and do not give full effect to the exercise of the Warrants indirectly owned by the reporting person, further exercise of which is subject to a **Blocker**. . . . [LLC] holds Warrants exercisable for up to 283,412 shares of Common Stock, of which 279,086 shares of Common Stock issuable upon exercise of the Warrants may be deemed beneficially owned by [] as a result of the triggering of the **Blocker** in the Warrants, which prohibits [LLC] from exercising the Warrants for shares of Common Stock if, as a result of such exercise, the holder thereof, together with its affiliates and any persons acting as a group together with such holder or any of such affiliates, would beneficially own more than 9.99% of the total number of shares of Common Stock then issued and outstanding immediately after giving effect to any such exercise. | https://www.sec.gov/Archives/edgar/data/923601/000175392625001323/xslSCHEDULE_13G_X01/primary_doc.xml |
| 26 | SCHEDULE 13G/A | JET.AI INC. | 8/13/2025 | . . . conversions of which are subject to the **Blocker** contained in the Certificate of Designations, assuming a conversion price of $2.50 per share, which **Blocker** provides that [LLC] is prohibited from converting all such shares of Preferred Stock held into shares of Common Stock if, as a result of such conversion . . . together with its affiliates and any persons acting as a group together with [LLC] or any of such affiliates, would beneficially own more than 9.99% of the total number of shares of Common Stock then issued and outstanding immediately after giving effect to such conversion. | https://www.sec.gov/Archives/edgar/data/1769419/000175392625001324/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 27 | SCHEDULE 13G/A | GREAT ELM GROUP, INC. | 8/13/2025 | . . . after giving effect to the 9.9% **conversion cap** set forth in the Letter Agreement, dated as of June 13, 2025, . . . Item 11 is calculated based upon an aggregate of (i) 27,940,476 shares of common stock outstanding as of May 2, 2025, as reported on the Issuer's Form 10-Q, filed on May 7, 2025, as increased by (ii) 3,070,041 shares of common stock issuable upon the conversion of the Convertible Notes after giving effect to the **conversion cap** described above. . . . However, pursuant to the Letter Agreement, the Convertible Notes held by [] LLC are subject to a 9.9% **conversion cap**, and as a result . . . | https://www.sec.gov/Archives/edgar/data/1805255/000121390025075664/xslSCHEDULE_13G_X01/primary_doc.xml |
| 28 | SCHEDULE 13G/A | KIORA PHARMACEUTICALS INC | 8/13/2025 | . . . upon the exercise of pre-funded warrants because they contain a **blocker provision** under which the holder thereof does not have the right to exercise any of the warrant to the extent that such exercise would result in beneficial ownership by the holder in excess of 9.99% of the Common Stock. | https://www.sec.gov/Archives/edgar/data/1372514/000157920625000012/xslSCHEDULE_13G_X01/primary_doc.xml |
| 29 | SCHEDULE 13G/A | POLYPID LTD. | 8/13/2025 | . . . upon the exercise of warrants and warrant shares because they contain a **blocker provision** under which the holder thereof does not have the right to exercise any of the warrant to the extent that such exercise would result in beneficial ownership by the holder in excess of 9.99% of the Common Stock. | https://www.sec.gov/Archives/edgar/data/1611842/000157920625000013/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 30 | SCHEDULE 13G/A | BIOCARDIA, INC. | 8/13/2025 | All of the Warrants are subject to a **blocker provision** pursuant to which the warrantholder does not have the right to exercise such Warrants if such exercise would result in beneficial ownership by the Reporting Person, together with his affiliates and any other persons acting as a group together with the Reporting Person, of more than 9.99% of the Common Stock outstanding upon such exercise, except for 17,317 Warrants that are not subject to any **blocker provisions**. Upon exercise, 59,262 of the Warrants (the "Sole Power Warrants"), all of which are subject to the **blocker provision** described above, would result in the issuance of shares of Common Stock over which the Reporting Person would have sole voting and dispositive power. The 592,144 shares of Common Stock reported on this Schedule 13G . . . which collectively represent the Reporting Person's maximum beneficial ownership permissible under the applicable **blocker provisions**, or 9.99%. Due to field limitations of the EDGAR filing system, the percentage listed in Row 11 has been rounded down to 9.9%. This Schedule 13G assumes that the 126,147 Warrants so exercised would include all Warrants not subject to any **blocker provisions** and all Sole Power Warrants. | https://www.sec.gov/Archives/edgar/data/925741/000110465925077544/xslSCHEDULE_13G_X01/primary_doc.xml |
| 31 | SCHEDULE 13G/A | AYTU BIOPHARMA, INC | 8/13/2025 | The Prefunded Warrants, the Tranche A Warrants and the Tranche B Warrants are each subject to a 9.99% **beneficial ownership limitation**. The percentage reported herein is calculated based on 8,976,314 shares of Common Stock outstanding on June 9, 2025, as reported in the Form 8-K filed by the Issuer on June 9, 2025. . . . The Prefunded Warrants, the Tranche A Warrants and the Tranche B Warrants are each subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1385818/000093583625000496/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 32 | SCHEDULE 13G/A | SURROZEN, INC./DE | 8/13/2025 | Percentage calculated based on (a) (1) 306,029 shares of Common Stock, and (2) 202,658 shares of Common Stock issuable on exercise of Series A Warrants, Series B Warrants and Series E Warrants beneficially owned by the reporting person, subject to a 9.9% **beneficial ownership limitation**, and (b) 8,570,355 shares of Common Stock outstanding on August 4, 2025, as reported in the Form 10-Q filed by the Issuer for the quarter ended June 30, 2025. | https://www.sec.gov/Archives/edgar/data/1440771/000093583625000493/xslSCHEDULE_13G_X01/primary_doc.xml |
| 33 | SCHEDULE 13G/A | ODYSSEY MARINE EXPLORATION INC | 8/13/2025 | The total number of warrants and rights that would, in the absence of the beneficial ownership **blocker**, relate to the Shares include . . . | https://www.sec.gov/Archives/edgar/data/798528/000131586325000604/xslSCHEDULE_13G_X01/primary_doc.xml |
| 34 | SCHEDULE 13G/A | FEMTO TECHNOLOGIES INC. | 8/14/2025 | The Reporting Persons are subject to a **blocker** (the " Warrant **Blocker**") and as a result cannot exercise the Series A Warrants to the extent the Reporting Persons would beneficially own, after any such conversion or exercise, more than 4.99% of the outstanding shares of Common Stock. However, the securities reported in rows (6), (8) and (9) show the number of shares of Common Stock that would be issuable upon full conversion and exercise of such Series A Warrants and does not give effect to the Warrant **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by each such Reporting Person, after giving effect to such Warrant **Blocker**, is less than the number of securities reported in rows (6), (8) and (9). | https://www.sec.gov/Archives/edgar/data/1746382/000200032425002748/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 35 | SCHEDULE 13G/A | GREENLANE HOLDINGS, INC. | 8/14/2025 | The Series A Warrants are subject to a 4.99% **blocker** (the "Warrant **Blocker**"). The Reporting Persons are subject to a Warrant **Blocker** and as a result cannot exercise the Series A Warrants to the extent the Reporting Persons would beneficially own, after any such conversion or exercise, more than 4.99% of the outstanding shares of Common Stock. However the securities reported in rows (6), (8) and (9) show the number of shares of Common Stock that would be issuable upon full conversion and exercise of such Warrants and does not give effect to the Warrant **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by each such Reporting Person, after giving effect to such Warrant **Blocker**, is less than the number of securities reported in rows (6), (8) and (9). | https://www.sec.gov/Archives/edgar/data/1743745/000200032425002747/xslSCHEDULE_13G_X01/primary_doc.xml |
| 36 | SCHEDULE 13G/A | LOGICMARK, INC. | 8/14/2025 | The Series A Warrants are subject to a 9.99% **blocker** (the "Warrant **Blocker**"). The Reporting Persons are subject to a Warrant **Blocker** and as a result cannot exercise the Series A Warrants to the extent the Reporting Persons would beneficially own, after any such conversion or exercise, more than 9.99% of the outstanding shares of Common Stock. However the securities reported in rows (6), (8) and (9) show the number of shares of Common Stock that would be issuable upon full conversion and exercise of such Warrants and does not give effect to the Warrant **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by each such Reporting Person, after giving effect to such Warrant **Blocker**, is less than the number of securities reported in rows (6), (8) and (9). | https://www.sec.gov/Archives/edgar/data/1566826/000200032425002745/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 37 | SCHEDULE 13G/A | SHARPS TECHNOLOGY INC. | 8/14/2025 | The Reporting Persons are subject to a Warrant **Blocker** and as a result cannot exercise the Series A Warrants to the extent the Reporting Persons would beneficially own, after any such conversion or exercise, more than 9.99% of the outstanding shares of Common Stock. The Series A Warrants (the "Warrants") are subject to a 9.99% **blocker** (the "Warrant **Blocker**") which prevents the Reporting Persons from exercising the Warrants to the extent the Reporting Persons would beneficially own, after any such conversion or exercise, more than 9.99% of the outstanding shares of Common Stock. However, the securities reported in rows (6), (8) and (9) show the number of shares of Common Stock that would be issuable upon full conversion and exercise of such Warrants and does not give effect to the Warrant **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by each such Reporting Person, after giving effect to such Warrant **Blocker**, is less than the number of securities reported in rows (6), (8) and (9). | https://www.sec.gov/Archives/edgar/data/1737995/000200324250 02754/xslSCHEDULE_13G_X01/primary_doc.xml |
| 38 | SCHEDULE 13G/A | 22ND CENTURY GROUP, INC. | 8/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 4.99% of the outstanding Common Stock. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/1347858/0000950170251 09217/xslSCHEDULE_13G_X01/primary_doc.xml |
| 39 | SCHEDULE 13G/A | BNB PLUS CORP. | 8/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 4.99% or 9.99% of the outstanding Common Stock. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/744452/00009501702510 9203/xslSCHEDULE_13G_X01/primary_doc.xml |
| 40 | SCHEDULE 13G | CHANSON INTERNATIONAL HOLDING | 8/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 9.99% of the outstanding Class A Ordinary Shares. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/1491072/0000950170251 09216/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 41 | SCHEDULE 13G/A | GREENWAVE TECHNOLOGY SOLUTIONS, INC. | 8/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 4.99% of the outstanding Common Stock. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/1491072/000095017025109214/xslSCHEDULE_13G_X01/primary_doc.xml |
| 42 | SCHEDULE 13G/A | HEPION PHARMACEUTICALS, INC. | 8/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 4.99% of the outstanding Common Stock. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/1491072/000095017025109202/xslSCHEDULE_13G_X01/primary_doc.xml |
| 43 | SCHEDULE 13G | TAOWEAVE, INC. | 8/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 4.99% or 9.99% of the outstanding Common Stock. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/746210/000095017025109208/xslSCHEDULE_13G_X01/primary_doc.xml |
| 44 | SCHEDULE 13G/A | BIORESTORATIVE THERAPIES, INC. | 8/14/2025 | The foregoing excludes 2,045,870 shares of Common Stock issuable upon exercise of the Warrants because the Warrants contain a **blocker provision** under which the holder does not have the right to exercise the Warrants to the extent that together with the holder's affiliates and any other person or entity acting as a group together with the holder of any or the holder's affiliates, owns more than 9.99% of the Common Stock. The foregoing also excludes 1,398,158 shares of Common Stock issuable upon the conversion of Series B Preferred Stock because the securities contain a **blocker**. . . . Without such **blocker provisions**, the Fund may have been deemed to have beneficial ownership of 4,228,683 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1505497/000160486725000015/xslSCHEDULE_13G_X01/primary_doc.xml |

| \* | \* | \* | \* | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\* | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 45 | SCHEDULE 13G/A | BEYOND AIR, INC. | 8/14/2025 | Each of the Reporting Persons may be deemed to be the beneficial owner of approximately 9.99% of the Shares, calculated based on 92,794,777 Shares outstanding as of June 19, 2025, as reported in the Issuer's Annual Report on Form 10-K filed with the Securities and Exchange Commission on June 20, 2025 and assumes the exercise of certain pre-funded warrants and common warrants (the "Warrants") to purchase Common Stock of the Company held by Reporting Persons up to the 9.99% **Blocker** (as defined below). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise any of the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Stock (the "9.99% **Blocker**") and the percentage set forth in Row (11) of the cover page for each Reporting Person gives effect to the 9.99% **Blocker**. Consequently, at this time, the Reporting Persons are not able to exercise all of such Warrants due to the 9.99% **Blocker**. | https://www.sec.gov/Archives/edgar/data/1218710/000119312525180302/xslSCHEDULE_13G_X01/primary_doc.xml |
| 46 | SCHEDULE 13G | LEXEO THERAPEUTICS, INC. | 8/14/2025 | Each of the Reporting Persons may be deemed to be the beneficial owner of approximately 9.99% of the Shares, calculated based on 33,196,997 Shares outstanding as of May 12, 2025, as reported in the Issuer's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on May 15, 2025 and assumes the exercise of certain pre-funded warrants and common warrants (the "Warrants") to purchase Common Stock of the Company held by Reporting Persons up to the 9.99% **Blocker** (as defined below). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise any of the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Stock (the "9.99% **Blocker**") and the percentage set forth in Row (11) of the cover page for each Reporting Person gives effect to the 9.99% **Blocker**. Consequently, at this time, the Reporting Persons are not able to exercise all of such Warrants due to the 9.99% **Blocker**. | https://www.sec.gov/Archives/edgar/data/1218710/000119312525180317/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 47 | SCHEDULE 13G/A | VERASTEM, INC. | 8/14/2025 | Each of the Reporting Persons may be deemed to be the beneficial owner of approximately 9.99% of the Shares, based on 54,949,170 Shares outstanding as of May 12, 2025, as reported in the Issuer's Quarterly Report on Form 10-K filed with the Securities and Exchange Commission on May 13, 2025 and assumes the exercise of certain pre-funded warrants and common warrants (the "Warrants") to purchase Common Stock of the Company held by Reporting Persons up to the 9.99% **Blocker** (as defined below). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise any of the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Stock (the "9.99% **Blocker**") and the percentage set forth in Row (11) of the cover page for each Reporting Person gives effect to the 9.99% **Blocker**. Consequently, at this time, the Reporting Persons are not able to exercise all of such Warrants due to the 9.99% **Blocker**. | https://www.sec.gov/Archives/edgar/data/1218710/000119312525180304/xslSCHEDULE_13G_X01/primary_doc.xml |
| 48 | SCHEDULE 13G/A | CIDARA THERAPEUTICS, INC. | 8/14/2025 | . . . subject to a conversion **blocker** that prohibits the conversion of any shares of Series A Convertible Voting Preferred Stock if, as a result of such conversion, the Reporting Person would, together with its attribution parties, **beneficially own in excess of** 9.99% of the outstanding shares of Common Stock immediately after giving effect to such conversion (the "Beneficial Ownership **Blocker**"). Accordingly, pursuant to Rule 13d-3 of the Act, the Reporting Person may be deemed to beneficially own 9.99% of the outstanding shares of Common Stock, representing 2,500,680 shares of Common Stock as of the close of business on June 30, 2025. The percentage of the outstanding shares of Common Stock held by the Reporting Person is based on . . . (ii) 1,797,600 shares of Common Stock issuable upon the conversion of 25,680 shares of Series A Convertible Voting Preferred Stock, which reflects the maximum number of shares of Series A Convertible Voting Preferred Stock that can be converted subject to the Beneficial Ownership **Blocker**. | https://www.sec.gov/Archives/edgar/data/1610618/000095017025108820/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 49 | SCHEDULE 13G | NORTHPOINTE BANCSHARES INC | 8/14/2025 | Such number of shares of Voting Common Stock includes . . . and (ii) the maximum number of shares (i.e., 628,162 shares) of Voting Common Stock issuable to Fund [] and its affiliates upon conversion of the non-voting common stock of the Issuer ("Non-Voting Common Stock") held by Fund [] taking into consideration the 9.9% contractual and regulatory **ownership cap** to which Fund [] is subject (the "**Ownership Cap**"). . . . Since Fund [] does not presently, and will not within the next 60 days, have the right to acquire Voting Common Stock in respect of such Non-Voting Common Stock and/or such depositary shares (due in part to the **Ownership Cap**), those underlying shares are not included in the amount reported herein. | https://www.sec.gov/Archives/edgar/data/1336706/000110465925078886/xslSCHEDULE_13G_X01/primary_doc.xml |
| 50 | SCHEDULE 13G | COGENT BIOSCIENCES, INC. | 8/14/2025 | ...(the "Issuer"), consisting of (i) 3,450,000 shares of Common Stock (ii) 2,352,000 shares of Common Stock underlying Series B Non-Voting Convertible Preferred Stock, which is subject to a **beneficial ownership limitation** of 9.99%, and (iii) 606,060 shares of Common Stock underlying a warrant which is subject to a **beneficial ownership limitation** of 9.99%. . . . Ownership percentages are based on 113,928,492 Common Shares reported as issued and outstanding as of June 30, 2025 in the Issuer's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on August 5, 2025, plus 2,352,000 shares of Common Stock underlying Series B Non-Voting Convertible Preferred Stock and 606,060 shares of Common Stock which the Filers may acquire upon the exercise of the warrants, subject to the **beneficial ownership limitation** of 9.99%. | https://www.sec.gov/Archives/edgar/data/1622229/000183194225000016/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 51 | SCHEDULE 13G/A | ENLIVEN THERAPEUTICS, INC. | 8/14/2025 | ...(the "Issuer"), which is subject to a **beneficial ownership limitation** of 9.99% (the "**Beneficial Ownership Limitation**"). The foregoing excludes 195,792 shares of Common Stock underlying the Pre-Funded Warrant, which is subject to the **Beneficial Ownership Limitation**. . . . Ownership percentages are based on 58,959,717 shares of the Issuer's Common Stock outstanding as of June 12, 2025 as issued in the Issuer's Rule 424(b)(5) Prospectus Supplement filed with the Securities and Exchange Commission on June 16, 2025, plus 1,330,148 shares of Common Stock which the Filers may acquire upon the exercise of the Pre-Funded Warrant, subject to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1672619/000183194225000011/xslSCHEDULE_13G_X01/primary_doc.xml |
| 52 | SCHEDULE 13G | I-80 GOLD CORP. | 8/14/2025 | Calculation is based upon (i) 811,358,811 Shares outstanding as of June 30, 2025, per the Prospectus Supplement Amendment No.1 filed by the Issuer with the SEC on May 14, 2025, the Form 8-K filed by the Issuer with the SEC on May 16, 2025, and the Form 8-K filed by the Issuer with the SEC on May 30, 2025 and (ii) 1,171,808 Shares issuable upon the exercise of warrants or conversion of debentures . . . both of which are subject to a "**blocker**" agreement that limits the combined shareholdings . . . and their affiliates in the Issuer to less than 10% of the then-outstanding common shares of the Issuer. | https://www.sec.gov/Archives/edgar/data/1847739/000110465925078739/xslSCHEDULE_13G_X01/primary_doc.xml |
| 53 | SCHEDULE 13G/A | ZURA BIO LTD | 8/14/2025 | The Issuer shall not effect the exercise of any portion of the Pre-Funded Warrants and Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Ordinary Shares outstanding immediately after giving effect to such exercise | https://www.sec.gov/Archives/edgar/data/1855644/000117266125003269/xslSCHEDULE_13G_X01/primary_doc.xml |
| 54 | SCHEDULE 13G/A | VYNE THERAPEUTICS INC. | 8/14/2025 | . . . provided that the Warrants may not be exercised if such exercise would cause the holder to **beneficially own in excess of** 9.99% of the number of shares of the Issuer's Common Stock then outstanding. . . . The Warrants would be exercisable for up to 5,287,413 shares of Common Stock, subject to the limitation on exercise. If not for such limitation on exercise, the Reporting Persons would **beneficially own in excess of** 9.99% of the Issuer's Common Stock. | https://www.sec.gov/Archives/edgar/data/1442891/000158064225005147/xslSCHEDULE_13G_X01/primary_doc.xml |

| \#  | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| | | | | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\*** | |
| 55 | SCHEDULE 13G/A | OUTLOOK THERAPEUTICS, INC. | 8/14/2025 | . . . however, the provisions of such warrants restrict the exercise of such warrants to the extent that, after giving effect to such exercise, the holder of the warrants and its affiliates, together with any other person or entities with which such holder would constitute a group, would **beneficially own in excess of** 9.99% of the number of shares of Common Stock outstanding immediately after giving effect to such exercise (the "Beneficial **Ownership Cap**"). | https://www.sec.gov/Archives/edgar/data/1281446/000117266125003535/xslSCHEDULE_13G_X01/primary_doc.xml |
| 56 | SCHEDULE 13G/A | PROMIS NEUROSCIENCES INC. | 8/14/2025 | The percentage set forth in Row (11) . . . which is the sum of (i) . . . and (ii) 689,392 shares of Common Stock issuable upon exercise of Warrants held by the reporting persons (subject to the Beneficial **Ownership Cap**). . . . As a result of the Beneficial **Ownership Cap**, 241,287 shares underlying such Warrants are exercisable, which constitutes 0.72% of the shares of Common Stock outstanding, computed in accordance with Rule 13d-3 . . . however, the provisions of such Warrants restrict the exercise of such Warrants to the extent that, after giving effect to such exercise, the holder of the Warrants and its affiliates, together with any other person or entities with which such holder would constitute a group, would **beneficially own in excess of** 9.99% of the number of shares of Common Stock outstanding immediately after giving effect to such exercise (the "Beneficial **Ownership Cap**"). | https://www.sec.gov/Archives/edgar/data/1281446/000117266125003533/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 57 | SCHEDULE 13G/A | VISTAGEN THERAPEUTICS, INC. | 8/14/2025 | The percentage set forth in Row (11) . . . are based on a total of 29,157,733 shares outstanding, . . . and 2,055,834 shares of the Common Stock issuable upon exercise of warrants held by the reporting persons (subject to the Beneficial **Ownership Cap**). . . . As a result of the Beneficial **Ownership Cap**, all shares underlying such warrants are exercisable, which constitutes 2.31% of the shares of Common Stock outstanding, computed in accordance with Rule 13d-3 . . . however, the provisions of such warrants restrict the exercise of such warrants to the extent that, after giving effect to such exercise, the holder of the warrants and its affiliates, together with any other person or entities with which such holder would constitute a group, would **beneficially own in excess of** 9.99% of the number of shares of Common Stock outstanding immediately after giving effect to such exercise (the "Beneficial **Ownership Cap**"). | https://www.sec.gov/Archives/edgar/data/1281446/000117266125003534/xslSCHEDULE_13G_X01/primary_doc.xml |
| 58 | SCHEDULE 13G/A | FORTE BIOSCIENCES, INC. | 8/14/2025 | The figures in Items 6, 8, and 9 include 141,224 shares of Common Stock that may be acquired by the Reporting Persons within 60 days pursuant to warrants held by the Reporting Persons, the exercise of which are subject to certain restrictions on the ability of the Reporting Persons to convert such warrants if, upon such conversion, the number of shares of Common Stock then beneficially owned by the Reporting Persons would exceed 4.99% of the outstanding shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1419041/000095017025108914/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 59 | SCHEDULE 13G/A | 22ND CENTURY GROUP, INC. | 8/14/2025 | . . . the Warrants are subject to a 4.99% **blocker** and the percentage set forth in row (11) gives effect to such **blockers**. . . . Therefore, the actual number of shares of Common Stock beneficially owned by such Reporting Person, after giving effect to such **blockers**, is less than the number of securities reported in rows (6), (8) and (9). . . . As of the date of the event which requires filing of this statement, [] Ltd. held 0 shares of Common Stock and Reported Warrants to purchase 195,703 shares of Common Stock (subject to the **Blockers**), and [LLC] held 0 shares of Common Stock and Reported Warrants to purchase 362,447 shares of Common Stock (subject to the **Blockers**). Pursuant to the terms of the Reported Warrants, the Reporting Persons cannot exercise the Reported Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 4.99% of the outstanding shares of Common Stock (collectively, the "**Blockers**"). | https://www.sec.gov/Archives/edgar/data/1347858/000093041325002462/xslSCHEDULE_13G_X01/primary_doc.xml |
| 60 | SCHEDULE 13G/A | PERASO INC. | 8/14/2025 | . . . the Warrants are subject to a 9.99% **blocker** and the percentage set forth in row (11) gives effect to such **blockers**. . . . Pursuant to the terms of the Reported Warrants, the Reporting Persons cannot exercise the Reported Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding shares of Common Stock (collectively, the "**Blockers**"). | https://www.sec.gov/Archives/edgar/data/890394/000093041325002458/xslSCHEDULE_13G_X01/primary_doc.xml |
| 61 | SCHEDULE 13G/A | SCWORX CORP. | 8/14/2025 | . . . the Convertible Notes and certain Warrants are subject to a 4.99% Beneficial Ownership **Blocker** and certain Warrants are subject to a 9.99% Beneficial Ownership **Blocker**, and the percentage set forth in row (11) gives effect to such Beneficial Ownership **Blockers** (as defined in Item 4). The shares reported in rows (6), (8) and (9) show the number of shares of Common Stock issuable upon conversion and/or exercise of such reported securities, giving effect to the Beneficial Ownership **Blockers**. | https://www.sec.gov/Archives/edgar/data/1481867/000093041325002456/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 62 | SCHEDULE 13G/A | STABLEX TECHNOLOGIES, INC. | 8/14/2025 | . . . the Preferred Stock is subject to a 9.99% **blocker**, and the percentage set forth in row (11) gives effect to such **blocker**. The shares reported in rows (6), (8) and (9) show the number of shares of Common Stock issuable upon conversion of such reported securities, giving effect to the 9.99% **blocker**. . . . As of the date of the event which requires filing of this statement, [Ltd.] held 1,231 shares of Common Stock and 1,183.35 shares of Preferred Stock convertible into shares of Common Stock (subject to the **blocker**). [LLC] held 7,034 shares of Common Stock and 2,134.16 shares of Preferred Stock convertible into shares of Common Stock (subject to the 9.99% **blocker**). Accordingly, the amount of shares reported in Items 6, 8 and 9 include 499,634 of shares of Common Stock issuable upon conversion of such reported securities, giving effect to the 9.99% **blocker**. | https://www.sec.gov/Archives/edgar/data/1086745/000093041325002457/xslSCHEDULE_13G_X01/primary_doc.xml |
| 63 | SCHEDULE 13G/A | APTEVO THERAPEUTICS INC. | 8/14/2025 | The amounts in Row (5), (7) and (9) represent 164,300 Warrants, which are subject to a 4.99% **beneficial ownership limitation**. The amounts do not include an additional 1,345,075 Warrants, which are subject to a 4.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1671584/000107997325001313/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 64 | SCHEDULE 13G/A | PROTARA THERAPEUTICS, INC. | 8/14/2025 | One series of Pre-Funded Warrants, which are exercisable for up to 500,000 shares, contain provisions (the "9.99% Beneficial Ownership **Blocker**"), which precludes the exercise of such Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the Common Stock outstanding. The other series of Pre-Funded Warrants, which are exercisable for up to 900,144 shares, contain a provision (the "4.99% Beneficial Ownership **Blocker**"), which precludes the exercise of such Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 4.99% of the Common Stock outstanding. By virtue of the 4.99% Beneficial Ownership **Blocker**, the Fund is currently prohibited from exercising these Pre-Funded Warrants to the extent that such exercise would result in beneficial ownership of more than 1,971,765 shares of Common Stock . . . | https://www.sec.gov/Archives/edgar/data/1346824/000141588925022020/xslSCHEDULE_13G_X01/primary_doc.xml |
| 65 | SCHEDULE 13D/A | SOLID BIOSCIENCES INC. | 8/14/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. The Fund is currently prohibited from exercising the Pre-Funded Warrants to the extent that such exercise would result in beneficial ownership of more than 7,997,510 shares of common stock. | https://www.sec.gov/Archives/edgar/data/1346824/000141588925022028/xslSCHEDULE_13D_X01/primary_doc.xml |
| 66 | SCHEDULE 13G/A | TAYSHA GENE THERAPIES, INC. | 8/14/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the Common Stock outstanding. . . . Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, each Reporting Person's beneficial ownership percentage was 9.99% as of June 30, 2025. | https://www.sec.gov/Archives/edgar/data/1346824/000141588925022033/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 67 | SCHEDULE 13G/A | RAPT THERAPEUTICS, INC. | 8/14/2025 | Subject to the Beneficial Ownership **Blocker** (as defined below), [LLC] may also be deemed to beneficially own 1,957,432 shares of Common Stock issuable upon exercise of certain pre-funded warrants to purchase Common Stock (the "Warrants"). Pursuant to the terms of the Warrants, the Issuer may not effect any exercise of the Warrant, and a holder of a Warrant does not have the right to exercise the Warrant held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the "**Beneficial Ownership Limitation**") of the number of shares of Common Stock outstanding immediately after giving effect to the issuance of shares of Common Stock issued upon exercise of the Warrant (the "Beneficial Ownership **Blocker**"). The **Beneficial Ownership Limitation** may be changed at a holder's election upon 61 days' notice to the Issuer | https://www.sec.gov/Archives/edgar/data/1425738/000110465925078636/xslSCHEDULE_13G_X01/primary_doc.xml |
| 68 | SCHEDULE 13G/A | REGENXBIO INC. | 8/14/2025 | Subject to the Beneficial Ownership **Blocker** (as defined below), [LLC] may also be deemed to beneficially own 1,125,440 shares of Common Stock issuable upon exercise of certain pre-funded warrants to purchase Common Stock (the "Warrants"). Pursuant to the terms of the Warrants, the Issuer may not effect any exercise of the Warrant, and a holder of a Warrant does not have the right to exercise the Warrant held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the "**Beneficial Ownership Limitation**") of the number of shares of Common Stock outstanding immediately after giving effect to the issuance of shares of Common Stock issued upon exercise of the Warrant (the "Beneficial Ownership **Blocker**"). The **Beneficial Ownership Limitation** may be changed at a holder's election upon 61 days' notice to the Issuer. | https://www.sec.gov/Archives/edgar/data/1425738/000110465925078638/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 69 | SCHEDULE 13D/A | ORIC PHARMACEUTICALS, INC. | 8/14/2025 | Such percentage was calculated based on 97,223,442 shares of Common Stock, which includes the sum of (i) 97,122,987 shares of Common Stock reported by the Issuer to be outstanding as of August 5, 2025, on the Issuer's Form 10-Q filed with the Securities Exchange Commission on August 12, 2025 and (ii) the number of shares of Common Stock underlying Pre-Funded Warrants such Reporting Person is deemed to beneficially own (taking into account the **Beneficial Ownership Limitation**). | https://www.sec.gov/Archives/edgar/data/1796280/000095017025108850/xslSCHEDULE_13D_X01/primary_doc.xml |
| 70 | SCHEDULE 13G/A | TENAX THERAPEUTICS, INC. | 8/14/2025 | The Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Warrants to the extent that, following exercise . . . together with their affiliates and other attribution parties, would own more than 9.99% of the Common Stock outstanding of the Issuer. . . . Due to the Beneficial Ownership **Blocker** listed in the Warrants, each Reporting Person's beneficial ownership percentage was 9.99% as of June 30, 2025. | https://www.sec.gov/Archives/edgar/data/34956/000141588925021998/xslSCHEDULE_13G_X01/primary_doc.xml |
| 71 | SCHEDULE 13G/A | ZURA BIO LTD | 8/14/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that . . . together with their affiliates and other attribution parties, would own more than 9.99% of the outstanding Class A Ordinary Shares of the Issuer. . . . Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, each Reporting Person's beneficial ownership percentage was 9.99% as of June 30, 2025. | https://www.sec.gov/Archives/edgar/data/1738048/000141588925021992/xslSCHEDULE_13G_X01/primary_doc.xml |
| 72 | SCHEDULE 13G/A | TENAYA THERAPEUTICS, INC. | 8/14/2025 | . . . the reported warrants are subject to the 4.99% **Blocker** (as defined in Item 4) and the percentage set forth on row (11) gives effect to the 4.99% **Blocker**. However, rows (5), (7) and (9) show the number of shares of Common Stock that would be issuable upon the full exercise of the reported warrants and does not give effect to the 4.99% **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by such Reporting Person, after giving effect to the 4.99% **Blocker**, is less than the number of securities reported on rows (5), (7) and (9). | https://www.sec.gov/Archives/edgar/data/1784547/000090266425003594/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 73 | SCHEDULE 13D/A | CF BANKSHARES INC. | 8/15/2025 | Fund [] is deemed to beneficially own 585,059 shares of the Voting Common Stock, which represents approximately 9.9% of the Voting Common Stock. Such number of shares of Voting Common Stock includes (i) the 447,572 shares of Voting Common Stock held by Fund [] and (ii) the maximum number of shares (i.e., 137,487 shares) of Voting Common Stock issuable to Fund [] and its affiliates upon conversion of the Non-Voting Common Stock held by Fund [] taking into consideration the **Ownership Cap**. . . .  Since Fund [] does not presently, and will not within the next 60 days, have the right to acquire Voting Common Stock in respect of such Non-Voting Common Stock (due in part to the **Ownership Cap**), those underlying shares are not included in the amount reported herein. | https://www.sec.gov/Archives/edgar/data/1070680/000110465925079245/xslSCHEDULE_13D_X01/primary_doc.xml |
| 74 | SCHEDULE 13G | ASSEMBLY BIOSCIENCES, INC. | 8/15/2025 | ...(the "Issuer"), which is subject to a **beneficial ownership limitation** of 9.99% (the "**Beneficial Ownership Limitation**"). The foregoing excludes (i) 424,839 shares of Common Stock underlying the Pre-Funded Warrant, which is subject to the **Beneficial Ownership Limitation**, (ii) Series A Warrants to purchase up to 1,020,410 shares of Common Stock because the exercise of the Series A Warrants is subject to a **beneficial ownership limitation** of 9.99%, and (iii) Series B Warrants to purchase up to 1,020,410 shares of Common Stock because the exercise of the Series B Warrants is subject to a **beneficial ownership limitation** of 9.99%. . . . Ownership percentages are based on 15,560,009 shares of the Issuer's Common Stock outstanding as of August 8, 2025 as issued in the Issuer's Rule 424(b)(5) Prospectus Supplement filed with the Securities and Exchange Commission on August 11, 2025, plus 615,981 shares of Common Stock which the Filers may acquire upon the exercise of the Pre-Funded Warrant, subject to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1426800/000183194225000017/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 75 | SCHEDULE 13G | LONGEVERON INC. | 8/15/2025 | The foregoing excludes (I) 2,597,724 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 212,766 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (III) 175,532 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock and . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390025077521/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 76 | SCHEDULE 13G/A | PETROS PHARMACEUTICALS, INC. | 8/15/2025 | . . . the Preferred Shares and certain Warrants are subject to a 4.99% Beneficial Ownership **Blocker** and certain Warrants are subject to a 9.99% Beneficial Ownership **Blocker**, and the percentage set forth in row (11) gives effect to such Beneficial Ownership **Blockers** (as defined in Item 4). The shares reported in rows (6), (8) and (9) show the number of shares of Common Stock issuable upon conversion and/or exercise of such reported securities, giving effect to the Beneficial Ownership **Blockers**. . . .The Reporting Persons' ownership of the Issuer's securities includes: (i) . . certain Warrants are subject to a 4.99% Beneficial Ownership **Blocker** and certain Warrants are subject to a 9.99% Beneficial Ownership **Blocker** (as defined below) . . . all of which are subject to a 4.99% Beneficial Ownership **Blocker**. The Warrants and Preferred Shares contain provisions which precludes the exercise of such Warrants or the conversion of such Preferred Shares to the extent that, following exercise or conversion, as applicable, the holder, together with its affiliates and other attribution parties, would own more than 4.99% of the Common Stock outstanding with respect to the Preferred Shares and certain Warrants and 9.99% of the Common Stock outstanding with respect to certain Warrants (collectively, the "Beneficial Ownership **Blockers**"). | https://www.sec.gov/Archives/edgar/data/1481867/000093041325002483/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 77 | SCHEDULE 13D | X4 PHARMACEUTICALS, INC | 8/18/2025 | As a result of the Beneficial Ownership **Blocker** (as defined below), the Reporting Persons are precluded from exercising the pre-funded warrant into shares of Common Stock to the extent that the Reporting Persons would, after such exercise, collectively **beneficially own in excess of** 9.99% of the outstanding Common Stock of the Issuer. . . . The calculation of the beneficial ownership of the Reporting Persons is based on . . . and (iii) 2,372,145 shares of Common Stock issuable upon the exercise of the pre-funded warrant held by the Reporting Persons, which reflects the Beneficial Ownership **Blocker**. . . . Exercise of each pre-funded warrant is prohibited if, as a result of such exercise, the holder, together with its affiliates and other persons whose beneficial ownership would be aggregated with the holder's for purposes of Section 13(d) of the Act, would beneficially own more than 9.99% of the total number of shares of Common Stock then issued and outstanding immediately after giving effect to the exercise (the "Beneficial Ownership **Blocker**"). | https://www.sec.gov/Archives/edgar/data/1501697/000110465925079821/xslSCHEDULE_13D_X01/primary_doc.xml |
| 78 | SCHEDULE 13G | ASSEMBLY BIOSCIENCES, INC. | 8/18/2025 | The Warrants contain a provision (the "Beneficial Ownership **Blocker**") which precludes exercise of the Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. . . . Because the Fund has divested voting and investment power over the reported securities it holds and may not revoke that delegation on less than 61 days' notice, the Fund disclaims beneficial ownership of the securities it holds for purposes of Section 13(d) of the Act. | https://www.sec.gov/Archives/edgar/data/1346824/000141588925022200/xslSCHEDULE_13G_X01/primary_doc.xml |
| 79 | SCHEDULE 13G | X4 PHARMACEUTICALS, INC | 8/18/2025 | . . . which contain an issuance limitation that prohibits the holder from exercising the Warrants to the extent that after giving effect to such issuance after the exercise, the holder (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates, including the other Filers) would **beneficially own in excess of** 9.99% of the Shares outstanding immediately after giving effect to the issuance of the Shares issuable upon exercise of the Warrants. | https://www.sec.gov/Archives/edgar/data/1501697/000164117225024646/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 80 | SCHEDULE 13D | PLYMOUTH INDUSTRIAL REIT, INC. | 8/18/2025 | The number of shares of Common Stock into which the Warrants are exercisable is limited pursuant to the terms of such Warrants to that number of shares of Common Stock that would result in the Reporting Persons and their affiliates having aggregate beneficial ownership of no more than 9.99% of the total issued and outstanding shares of Common Stock (the "Ownership Limitation"). . . . Due to the Ownership Limitation, as of the date of this filing, the Reporting Persons disclaim beneficial ownership with respect to the remaining 6,815,079 shares of Common Stock into which such Warrants would otherwise be exercisable. | https://www.sec.gov/Archives/edgar/data/1515816/000095017025109856/xslSCHEDULE_13D_X01/primary_doc.xml |
| 81 | SCHEDULE 13D/A | OSISKO DEVELOPMENT CORP. | 8/19/2025 | Calculation is based upon . . . and (iv) 1,927,968 Shares issuable upon the exercise of warrants . . ., which are subject to a **"blocker"** agreement that limits the combined shareholdings . . . and their affiliates in the Issuer to 9.99% of the then-outstanding common shares of the Issuer. . . . On June 30, 2025, [acquirer] acquired 158,000 common Share purchase warrants (each, a "Warrant") entitling the holder thereof to purchase one common Share of the Issuer at a price per share of $3.00, subject to a **"blocker"** agreement that limits . . . | https://www.sec.gov/Archives/edgar/data/1431852/000110465925080441/xslSCHEDULE_13D_X01/primary_doc.xml |
| 82 | SCHEDULE 13G | X4 PHARMACEUTICALS, INC | 8/19/2025 | The Issuer shall not effect the exercise of any portion of the Pre-Funded Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise. | https://www.sec.gov/Archives/edgar/data/1526119/000117266125005221/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 83 | SCHEDULE 13G | AZITRA, INC. | 8/20/2025 | . . . the Fund may acquire Shares (or securities convertible into or excercisable for Shares) in accordance with the respective terms and subject to the respective conditions and limitations contained therein.  One of such limitations is that the Fund is prohibited from acquiring any Shares under the Commitment Warrants, which, when aggregated with all other Shares then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 9.99% of the Shares outstanding (the "Warrant Ownership Limitation"). . . . Furthermore, under the Purchase Agreement, at the Issuer's sole discretion, the Fund may be required to purchase Shares, in accordance with the terms and subject to the conditions and limitations of the Purchase Agreement. One of such limitations is that the Fund is prohibited from acquiring any Shares under the Purchase Agreement, which, when aggregated with all other Shares then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 4.99% of the Shares outstanding (the "Purchase Agreement Ownership Limitation"). The Fund may increase the Purchase Agreement Ownership Limitation up to 9.99% (a) with the Issuer's consent that shall not be unreasonably withheld, upon sixty-one (61) days prior written notice to the Issuer, or (b) upon written agreement of the Fund and the Issuer. . . . As such, the percent of class reported herein is giving effect to the Warrant Ownership Limitation and is based upon the Issuer's Quarterly Report on Form 10-Q filed with the SEC on August 11, 2025 that there were 23,476,354 Shares outstanding as of August 11, 2025 plus the approximate total number of Shares that the Reporting Persons may acquire at the direction of the Issuer and/or upon exercise of all Commitment Warrants (subject to the Warrant Ownership Limitation (and the Purchase Agreement Ownership Limitation if it is increased to 9.99%)) in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1701478/000121390025079093/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 84 | SCHEDULE 13G | JET.AI INC. | 8/20/2025 | Ownership consists of up to 361,959 shares of Common Stock issuable upon conversion of 450 shares of Series B Convertible Preferred Stock, par value $0.0001 per share, of the issuer (the "Preferred Stock") held directly by the reporting person, further conversions of which are subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**") contained in the issuer's Certificate of Designations of the Preferred Stock (the "Certificate of Designations"). . . . Ownership consists of up to 361,959 shares of Common Stock issuable upon conversion of 450 shares of Preferred Stock held indirectly by the reporting person, further conversions of which are subject to the **Blocker** . . . | https://www.sec.gov/Archives/edgar/data/1861622/000175392625001369/xslSCHEDULE_13G_X01/primary_doc.xml |
| 85 | SCHEDULE 13G | ZETA NETWORK GROUP | 8/20/2025 | The foregoing excludes (I) 12,366 Ordinary Shares issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Ordinary Shares, (II) 658,508 Ordinary Shares issuable upon conversion of a convertible note held by [] (the "[] Convertible Note") because the [] Convertible Note contains a **blocker provision** under which the holder thereof does not have the right to convert the [] Convertible Note to the extent (but only to the extent) that such conversion would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Ordinary Shares, (III) 131 Ordinary Shares issuable upon exercise of a warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390026012251/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 86 | SCHEDULE 13G/A | CERVOMED INC. | 8/20/2025 | The Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the Common Stock outstanding. . . . Due to the Beneficial Ownership **Blocker**, each Reporting Person's beneficial ownership percentage was 9.99% as of June 30, 2025. Such percentage is based upon the sum of . . . | https://www.sec.gov/Archives/edgar/data/1053691/000141588925022464/xslSCHEDULE_13G_X01/primary_doc.xml |
| 87 | SCHEDULE 13G | LM FUNDING AMERICA, INC. | 8/25/2025 | The foregoing excludes (I) 375,440 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 1") because [] Warrant 1 is not exercisable until the effective date of stockholder approval of the issuance of the shares of Common Stock issuable upon exercise of [] Warrant 1 (and [] Warrant 1 also contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock), (II) 454,433 shares of Common Stock issuable upon exercise of a warrant to be issued to [] at the closing of the transaction contemplated by the [agreement] ("[] Warrant 2") because [] Warrant 2 is not exercisable until the effective date of stockholder approval of the issuance of the shares of Common Stock issuable upon exercise of [] Warrant 2 (and [] Warrant 2 also contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock) and . . . | https://www.sec.gov/Archives/edgar/data/1640384/000121390025080365/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 88 | SCHEDULE 13G | LM FUNDING AMERICA, INC. | 8/25/2025 | The amounts do not include 1,410,790 warrants to purchase shares of common stock, which are subject to shareholder approval and a 4.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1640384/000107997325001380/xslSCHEDULE_13G_X01/primary_doc.xml |
| 89 | SCHEDULE 13G | GUERRILLA RF, INC. | 8/25/2025 | . . . the reporting person beneficially owns 712,769 shares of Common Stock and warrants to purchase another 400,000 shares of Common Stock subject to a 9.99% **beneficial ownership limitation**. On March 28, 2024, the reporting person acquired 400,000 shares of Common Stock and warrants to acquire 400,000 shares of Common Stock subject to a 9.99% **beneficial ownership limitation** in a private placement from the Issuer . . . | https://www.sec.gov/Archives/edgar/data/1105806/000093583625000560/xslSCHEDULE_13G_X01/primary_doc.xml |
| 90 | SCHEDULE 13D/A | ELECTRA BATTERY MATERIALS CORP | 8/25/2025 | Shared voting and dispositive power includes an aggregate 1,644,051 Common Shares (as defined herein) obtainable upon the exercise of the Warrants (as defined herein) and the conversion of the Notes (as defined herein) beneficially owned by the Reporting Person, with each subject to the 9.9% **Blocker** (as defined herein). | https://www.sec.gov/Archives/edgar/data/1257391/000090514825003101/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 91 | SCHEDULE 13G | IBIO, INC. | 8/26/2025 | . . . issuable upon exercise of warrants (the "Warrants") within the next sixty (60) days, subject to a **beneficial ownership limitation** of 9.99% of the number of shares of Common Stock of the Issuer outstanding immediately after giving effect to the issuance of the shares issuable upon exercise of the Warrants (the "**Beneficial Ownership Limitation**"). The percentage set forth in Row 11 of the cover page for each reporting person gives effect to such **Beneficial Ownership Limitation**, and the number of shares of Common Stock of the Issuer reported as being issuable upon exercise of the Warrants in Rows 6, 8 and 9 of the cover page for each reporting person includes the full number of shares of Common Stock of the Issuer that would be issuable upon full exercise of the Warrants and does not give effect to the **Beneficial Ownership Limitation**. Therefore, as of the date hereof, some of the Warrants are not presently exercisable due to the **Beneficial Ownership Limitation**, and the actual number of shares of Common Stock beneficially owned by the reporting persons, after giving effect to the **Beneficial Ownership Limitation**, is less than the number of shares of Common Stock of the Issuer reported in Rows 6, 8 and 9 . . . | https://www.sec.gov/Archives/edgar/data/1420720/000199937125012053/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 92 | SCHEDULE 13D/A | SHATTUCK LABS, INC. | 8/26/2025 | Subject to the Beneficial Ownership **Blocker** (as defined below), [LLC] may also be deemed to beneficially own 11,296,283 shares of Common Stock issuable upon exercise of certain pre-funded warrants and common warrants (the "Warrants"), including the Warrants purchased by [purchaser] and certain other [] Funds in the private placement (the "PIPE"). Pursuant to the terms of the Warrants, the Issuer may not effect any exercise of the Warrants, and a holder of a Warrants may not exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, any other persons deemed to be acting as a group together with the holder or any of its affiliates, or any other persons whose beneficial ownership of Common Stock would or could be aggregated with the holder's and/or its affiliates' for purposes of Section 13(d) or Section 16 of the Exchange Act), would **beneficially own in excess of** 9.99% (the "**Beneficial Ownership Limitation**") of the number of shares of Common Stock outstanding immediately after giving effect to the issuance of shares of Common Stock issued upon exercise of the Warrant (the "Beneficial Ownership **Blocker**"). The **Beneficial Ownership Limitation** may be changed at a holder's election upon 61 days' notice to the Issuer. | https://www.sec.gov/Archives/edgar/data/1425738/000110465925083135/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 93 | SCHEDULE 13G | TREASURE GLOBAL INC | 8/27/2025 | . . . in accordance with the respective terms and subject to the respective conditions and limitations contained therein.  One of such limitations is that the Fund is prohibited from acquiring any Shares under the Commitment Warrants, which, when aggregated with all other Shares then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 4.99% of the Shares outstanding (the "Warrant Ownership Limitation").  The Fund may increase the Warrant Ownership Limitation up to 9.99% (a) upon sixty-one (61) days prior written notice to the Issuer, or (b) upon written agreement of the Fund and the Issuer. . . .  [T]he Fund is prohibited from acquiring any Shares under the Purchase Agreement, which, when aggregated with all other Shares then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 4.99% of the Shares outstanding (the "Purchase Agreement Ownership Limitation"). The Fund may increase the Purchase Agreement Ownership Limitation up to 9.99% upon written agreement of the Fund and the Issuer. . . . As such, the percent of class reported herein is giving effect to the Warrant Ownership Limitation and the Purchase Agreement Ownership Limitation as if either was increased to 9.99% . . . | https://www.sec.gov/Archives/edgar/data/1905956/000121390025081283/xslSCHEDULE_13G_X01/primary_doc.xml |
| 94 | SCHEDULE 13D/A | RYTHM, INC. | 8/27/2025 | . . . subject to a 4.99% **beneficial ownership limitation**; (f) 18,614 shares of Common Stock underlying warrants issued as a payment of interest pursuant to the November 2024 Note (as defined in Item 4), subject to a 49.99% **beneficial ownership limitation**; (g) 1,147,471 shares of Common Stock underlying the May 2025 Note (as defined in Item 4) . . . | https://www.sec.gov/Archives/edgar/data/1800637/000121390025081214/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 95 | SCHEDULE 13D | OSISKO DEVELOPMENT CORP. | 8/28/2025 | The warrants are subject to a **"blocker"** agreement that limits the shareholdings . . . As a result of the **"blocker"** agreement, the reporting persons own or are deemed to beneficially own only 47,476,245 shares. Without giving effect to the **"blocker"** agreement, the reporting persons would own or would be deemed to beneficially own 56,364,000 Shares. . . . The Warrants are subject to a Supplementary Agreement dated August 15, 2025 . . . (the **"Blocker** Agreement"), such that [LP] may not exercise any Warrants[.] . . . The foregoing descriptions of the Warrant Indenture and **Blocker** Agreement do not purport to be complete and are qualified in their entirety by the contents of the Warrant Indenture and **Blocker** Agreement, respectively, copies of which are each attached hereto as Exhibit 99.2 and Exhibit 99.3 and are incorporated herein by reference . . . . | https://www.sec.gov/Archives/edgar/data/1431852/000106299325015044/xslSCHEDULE_13D_X01/primary_doc.xml |
| 96 | SCHEDULE 13G/A | PMGC HOLDINGS INC. | 8/29/2025 | The amounts in Row (5), (7) and (9) include 165,580 shares of Common Stock purchased on August 25, 2025 in connection with the issuer's warrant inducement agreement reducing the exercise price of existing Warrants in exchange for the Reporting Person and other Warrant holders exercising the Warrants at the new exercise price of $2.015 per share. . . . The amounts reported do not include 165,580 shares of Common Stock underlying the new Warrants, which are subject to a 4.99% **beneficial ownership limitation** and are subject to shareholder approval. | https://www.sec.gov/Archives/edgar/data/1702202/000107997325001402/xslSCHEDULE_13G_X01/primary_doc.xml |
| 97 | SCHEDULE 13G | INVIVYD, INC. | 8/29/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. The Fund is currently prohibited from exercising a portion of the Pre-Funded Warrants to the extent that such exercise would result in beneficial ownership of more than 21,338,288 shares of common stock. . . . Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, each Reporting Person's beneficial ownership percentage was 9.99% as of August 22, 2025. | https://www.sec.gov/Archives/edgar/data/1346824/000141588925023305/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 98 | SCHEDULE 13D | AUREUS GREENWAY HOLDINGS INC | 9/2/2025 | . . . pursuant to the warrant agreements relating to the [] Warrants, the [] Warrants are subject to 4.99% (or, at the election of the holder, 9.99%) **beneficial ownership limitation**s or "**blockers**" . . . For purposes of calculating the **blockers**, the number of shares of common stock beneficially owned by . . . The aggregate number of shares of common stock and the percentage of total outstanding shares of common stock beneficially owned by the Reporting Persons gives effect to this beneficial ownership **blocker** pursuant to Rule 13d-3(d)(1)(i). | https://www.sec.gov/Archives/edgar/data/2009312/000121390025083454/xslSCHEDULE_13D_X01/primary_doc.xml |
| 99 | SCHEDULE 13G | FINANCE OF AMERICA COMPANIES INC. | 9/2/2025 | . . . Shares (as defined below) issuable upon the conversion of convertible notes (the "Convertible Notes") . . . which may not be converted into Shares to the extent that the Reporting Person would beneficially own more than 9.99% of the Issuer's outstanding Shares after giving effect to such conversion (such restriction, the "**Blocker**"). Subject to the terms of the **Blocker**, the Convertible Notes are convertible into 789,473 Shares at a price of $19.00 per Share. | https://www.sec.gov/Archives/edgar/data/898382/000094562125000841/xslSCHEDULE_13G_X01/primary_doc.xml |
| 100 | SCHEDULE 13D | SHATTUCK LABS, INC. | 9/2/2025 | The Warrants contain an exercise limitation that prohibits the holder from exercising the Warrants to the extent that after giving effect to such issuance after exercise the holder would **beneficially own in excess of** 9.99% of the number of Shares outstanding immediately after giving effect to the issuance of the Shares issuable upon exercise of the Warrants (the "**Blocker**"). . . . As a result of the **Blocker**, as of the date hereof, the Warrants beneficially owned by the Reporting Persons are not presently exercisable. . . . The Pre-Funded Warrants are not exercisable due to the **Blocker**. . . . The Pre-Funded Warrants and Common Warrants are not presently exercisable due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1055951/000094787125000841/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 101 | SCHEDULE 13G | FEMASYS INC | 9/4/2025 | Under the Common Warrants and Pre-Funded Warrants, the Fund may acquire Shares (or securities convertible into or exercisable for Shares) in accordance with the respective terms and subject to the respective conditions and limitations contained therein.  One of such limitations is that the Fund is prohibited from acquiring any Shares under the Common Warrants and Pre-Funded Warrants, which, when aggregated with all other Shares then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 4.99% of the Shares outstanding (the "Warrant Ownership Limitation").  The Fund may increase the Warrant Ownership Limitation up to 9.99% (a) upon sixty-one (61) days prior written notice to the Issuer, or (b) upon written agreement of the Fund and the Issuer. . . . Furthermore, under the Purchase Agreement, at the Issuer's sole discretion, the Fund may be required to purchase Shares, in accordance with the terms and subject to the conditions and limitations of the Purchase Agreement.  One of such limitations is that the Fund is prohibited from acquiring any Shares under the Purchase Agreement, which, when aggregated with all other Shares then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 4.99% of the Shares outstanding (the "Purchase Agreement Ownership Limitation"). The Fund may increase the Purchase Agreement Ownership Limitation up to 9.99% (a) upon written notice to the Issuer, or (b) upon written agreement of the Fund and the Issuer. . . . As such, the percent of class reported herein is giving effect to the Warrant Ownership Limitation and the Purchase Agreement Ownership Limitation as if either was increased to 9.99% . . . | https://www.sec.gov/Archives/edgar/data/1339005/000121390025084691/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 102 | SCHEDULE 13G | PERFECT MOMENT LTD. | 9/4/2025 | . . . to be issued upon the exercise of the Warrants (as defined herein) beneficially owned by the Reporting Person, subject to the **Blocker** (as defined herein). . . . The Reporting Person is deemed to be the beneficial owner of 3,172,858 shares of the issuer's common stock ("Common Stock"), as a result of its ownership of (i) 3,172,858 shares of Common Stock . . . but subject to the **Blocker** (as defined herein). The Warrants are subject to a **blocker** which prevents the holder from exercising the Warrants to the extent that, upon such exercise, the holder would **beneficially own in excess of** 9.9% of the Common Stock outstanding as a result of the exercise (the "**Blocker**"). As of August 27, 2025, the Reporting person is deemed to beneficially own 9.9% of the Issuer's outstanding shares of Common Stock. Percent of class is calculated based on 32,049,075 shares of Common Stock outstanding as of such date as provided by the Issuer, subject to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1844136/000110465925087384/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 103 | SCHEDULE 13G/A | POLYPID LTD. | 9/8/2025 | . . . and the percentage shown in row 11, show the number of ordinary shares that would be issuable upon full exercise of all such warrants beneficially owned by the Reporting Person (as all are currently exercisable) and do not give effect to "**blocker**" clauses in the warrants that limit exercise of warrants to the extent it would result in beneficial ownership above 9.9% at any given time. Therefore, the actual number of ordinary shares that may be beneficially owned by the Reporting Person at one time, after giving effect to such **blockers**, is less than the number of securities reported in rows 5, 7 and 9 and the percentage shown in row 11. . . . The aggregate number and percentage of Ordinary Shares beneficially owned includes Ordinary Shares issuable upon exercise of the foregoing warrants, without giving effect to the "**blocker**" provisions in such warrants that limit exercise to the extent it would result in beneficial ownership above 9.9% at any given time. As a result, the actual number and percentage of Ordinary Shares that may be beneficially owned by each Reporting Person at any one time, after giving effect to such **blocker provisions**, is less than the aggregate number and percentage reported herein. | https://www.sec.gov/Archives/edgar/data/1611842/000117891325003266/xslSCHEDULE_13G_X01/primary_doc.xml |

| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|------|---------|-------------|------------------------------------------|---------------------------|
| 104 | SCHEDULE 13G | BNB PLUS CORP. | 9/8/2025 | The foregoing excludes (I) 292,181 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock and (II) 250 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. Without such **blocker provisions**, each of the Reporting Persons may have been deemed to have beneficial ownership of 435,767 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/744452/000121390025085271/xslSCHEDULE_13G_X01/primary_doc.xml |
| 105 | SCHEDULE 13G | VTV THERAPEUTICS INC. | 9/8/2025 | . . . and (z) 23,586 Common Warrants, subject to the **Beneficial Ownership Limitation** (described below). As of August 29, 2025, due to the **Beneficial Ownership Limitation**, the Reporting Persons collectively beneficially owned 348,083 Shares, consisting of an aggregate of 163,000 Shares and 185,083 Warrants, representing 9.99% of the issued and outstanding Shares. . . . Each [holder] is prohibited from exercising the Warrants if, as a result of such exercise, it, together with its affiliates and certain other persons for whom beneficial ownership would be aggregated, would beneficially own more than 9.99% of the total number of Shares then issued and outstanding immediately after giving effect to the exercise (the "**Beneficial Ownership Limitation**"), which percentage may be changed at a holder's election upon 61 days' notice to the Issuer. | https://www.sec.gov/Archives/edgar/data/1641489/000200536925000046/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 106 | SCHEDULE 13D/A | MINERALYS THERAPEUTICS, INC. | 9/8/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**") which precludes exercise of the warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. The Reporting Persons are currently prohibited from exercising the Pre-Funded Warrants to the extent that the exercise would result in beneficial ownership of more than . . . | https://www.sec.gov/Archives/edgar/data/1346824/000141588925023895/xslSCHEDULE_13D_X01/primary_doc.xml |
| 107 | SCHEDULE 13G | VTV THERAPEUTICS INC. | 9/8/2025 | . . . each of which contain an issuance limitation that prohibits the holder from exercising the Warrants to the extent that after giving effect to such issuance after the exercise, the holder (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates, including the other Filers) would **beneficially own in excess of** 9.99% of the Shares outstanding immediately after giving effect to the issuance of the Shares issuable upon exercise of the Warrants. | https://www.sec.gov/Archives/edgar/data/1641489/000164117225026895/xslSCHEDULE_13G_X01/primary_doc.xml |
| 108 | SCHEDULE 13G | PURPLE BIOTECH LTD. | 9/9/2025 | All ownership percentages set forth in this Schedule 13G are . . . described in the Issuer's Prospectus filed pursuant to Rule 424(b)(4) with the Securities and Exchange Commission on September 5, 2025, the Reporting Person cannot exercise any of the pre-funded or Series B warrants to the extent the Reporting Person would beneficially own, after any such exercise, more than 4.99% of the Issuer's outstanding Ordinary Shares, including Ordinary Shares . . . (the "4.99% **Blocker**"). | https://www.sec.gov/Archives/edgar/data/1614744/000149315225012906/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 109 | SCHEDULE 13G | AETHLON MEDICAL INC | 9/10/2025 | The foregoing excludes (I) 267,131 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock and (II) 555,555 shares of Common Stock issuable upon exercise of a second warrant to be issued to [LLC] at the closing of the transaction contemplated by the [agreement] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock. Without such **blocker provisions** . . . | https://www.sec. gov/Archives/ed gar/data/882291/ 00012139002508 6628/xslSCHED ULE_13G_X01/ primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 110 | SCHEDULE 13G | PURPLE BIOTECH LTD. | 9/10/2025 | The foregoing excludes (I) 132,731,485 Ordinary Shares issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Ordinary Shares and (II) 400,000,000 Ordinary Shares issuable upon exercise of a second warrant to be issued to [] at the closing of the transaction contemplated by the [agreement] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Ordinary Shares. Without such **blocker provisions**, each of the Reporting Persons may have been deemed to have beneficial ownership of 600,000,000 Ordinary Shares. | https://www.sec.gov/Archives/edgar/data/1614744/000121390025086630/xslSCHEDULE_13G_X01/primary_doc.xml |
| 111 | SCHEDULE 13G | YOUXIN TECHNOLOGY LTD | 9/11/2025 | The amounts in Row (5), (7) and (9) include 4,285,700 Class A Ordinary Shares and 352,500 Series A Warrants to purchase shares of common stock, which are subject to a 9.99% **beneficial ownership limitation**. The amounts do not include 3,933,200 Series A Warrants to purchase shares of common stock nor 4,285,700 Series B Warrants to purchase shares of common stock, each of which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1702202/000155335025000095/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\*** | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 112 | SCHEDULE 13G/A | KAZIA THERAPEUTICS LTD | 9/12/2025 | . . . in accordance with the terms and subject to the conditions and limitations of the Purchase Agreement. One such limitation is that the Fund is prohibited from acquiring any [shares], when aggregated with all other [shares] then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 9.99% of the Shares outstanding (the "Ownership Limitation"). . . . As such, the percent of class reported herein is giving effect to the Ownership Limitation and is based upon the Issuer's representation in the prospectus supplement of the Issuer filed on July 25, 2025 pursuant to Rule 424(b)(5)) . . . | https://www.sec.gov/Archives/edgar/data/1075880/000121390025087043/xslSCHEDULE_13G_X01/primary_doc.xml |
| 113 | SCHEDULE 13G | YOUXIN TECHNOLOGY LTD | 9/12/2025 | The amounts in Row (5), (7) and (9) include 4,285,700 Class A Ordinary Shares and 352,500 Series A Warrants to purchase shares of common stock, which are subject to a 9.99% **beneficial ownership limitation**. The amounts do not include 3,933,200 Series A Warrants to purchase shares of common stock nor 4,285,700 Series B Warrants to purchase shares of common stock, each of which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1890802/000155335025000103/xslSCHEDULE_13G_X01/primary_doc.xml |
| 114 | SCHEDULE 13G | PROFESSIONAL DIVERSITY NETWORK, INC. | 9/12/2025 | [LLC] has rights, under a Secured Pre-Paid Purchase #1, to own an aggregate number of shares of the Issuer's common stock which, except for a contractual cap on the amount of outstanding shares that [LLC] may own, would exceed such a cap. [LLC]'s current **ownership cap** is 9.9%. Thus, the number of shares of the Issuer's common shares beneficially owned by [LLC] as of the date of this filing was 247,468 shares, which is 9.9% of the 2,499,683 shares outstanding on August 14, 2025 (as reported in the Issuer's 10-Q filed on that date). | https://www.sec.gov/Archives/edgar/data/1546296/000185141625000021/xslSCHEDULE_13G_X01/primary_doc.xml |

| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 115 | SCHEDULE 13G | GCL GLOBAL HOLDINGS LTD | 9/15/2025 | As of the date which required this filing, the Holding Company held convertible debt which is subject to a **blocker** which prevents the Holding Company from converting into Shares to the extent that, upon such conversion, the Holding Company, together with its affiliates, would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such conversion (the "**Blocker**"). As such, the percent of class reported herein is giving effect to the **Blocker** and is based upon a statement in the Issuer's Form F-1/A filed on September 5, 2025 that there were 122,572,978 Shares outstanding plus the approximate total number of Shares that the Reporting Persons have acquired and/or can acquire upon the conversion of convertible debenture subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1947975/000194797525000011/xslSCHEDULE_13G_X01/primary_doc.xml |
| 116 | SCHEDULE 13G | SILEXION THERAPEUTICS CORP | 9/15/2025 | . . . and excludes 262,500 Ordinary Shares issuable upon the exercise of warrants held by the Reporting Person, subject to the 4.99% **blocker** (defined below). Pursuant to the terms of the warrants, as described in the Issuer's Prospectus filed pursuant to Rule 424(b)(4) with the Securities and Exchange Commission on September 12, 2025, the Reporting Person cannot exercise any of the warrants to the extent the Reporting Person would beneficially own, after any such exercise, more than 4.99% of the Issuer's outstanding Ordinary Shares (the "4.99% **Blocker**"). | https://www.sec.gov/Archives/edgar/data/2022416/000149315225013532/xslSCHEDULE_13G_X01/primary_doc.xml |
| 117 | SCHEDULE 13G | EIGHTCO HOLDINGS INC. | 9/16/2025 | The Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Warrants to the extent that, following exercise . . . would own more than 9.99% of the Common Stock outstanding. | https://www.sec.gov/Archives/edgar/data/1892492/000208474425000003/xslSCHEDULE_13G_X01/primary_doc.xml |

| | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 118 | SCHEDULE 13G | CAMP4 THERAPEUTICS CORP | 9/16/2025 | The securities exclude shares of Common Stock issuable upon exercise of a pre-funded warrant in excess of the **beneficial ownership limitation** of 9.99%. . . . Percentage calculated based on 20,161,073 shares of Common Stock outstanding on August 5, 2025, as reported in the Form 10-Q filed by the Issuer for the quarter ended June 30, 2025, plus 26,681,053 shares of Common Stock issued in a private placement transaction, which closed on September 11, 2025. The securities exclude shares of Common Stock issuable upon exercise of a pre-funded warrant in excess of the **beneficial ownership limitation** of 9.99%. | https://www.sec.gov/Archives/edgar/data/1736730/000117266125004132/xslSCHEDULE_13G_X01/primary_doc.xml |
| 119 | SCHEDULE 13D/A | HYPERION DEFI, INC. | 9/17/2025 | As more fully described in Item 5, aggregate beneficial ownership by the Reporting Persons is limited to a 9.99% **blocker**, and the aggregate amount beneficially owned in row 11 and the percentage set forth in row 13 give effect to such **blocker** for each Reporting Person. (2) Percent of class is based on 5,694,659 shares of Issuer's common stock outstanding as of August 11, 2025, as reported on Issuer's Form 10-Q for the quarter ending June 30, 2025. . . . Such warrant is exercisable at any time at Fund II's option at a per share exercise price of $4.00. As more fully described in Item 5, aggregate beneficial ownership by the Reporting Persons is limited to a 9.99% **blocker** . . . . The Reporting Persons are subject to a **blocker** that limits their beneficial ownership to 9.99% of the outstanding shares of Common Stock of the Issuer (the "**Blocker**"). The aggregate beneficial ownership by each Reporting Person gives effect to the **Blocker** and therefore excludes shares of common stock issuable upon exercise of the Warrants. The **Blocker** of 9.99% . . . | https://www.sec.gov/Archives/edgar/data/1682639/000182912625007447/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|------|---------|-------------|------------------------------------------|---------------------------|
| 120 | SCHEDULE 13G | SILEXION THERAPEUTICS CORP | 9/17/2025 | The foregoing excludes (I) 81,297 Ordinary Shares issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Ordinary Shares, (II) 162,500 Ordinary Shares issuable upon exercise of a second warrant to be issued to [] at the closing of the transaction contemplated . . . because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Ordinary Shares, (III) 162,500 Ordinary Shares issuable upon exercise of a third warrant to be issued to [] at the closing of the transaction . . . because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390025088637/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 121 | SCHEDULE 13G | NEXTTRIP, INC. | 9/18/2025 | . . . in accordance with the terms and subject to the conditions and limitations of the Purchase Agreement. One such limitation is that the Fund is prohibited from acquiring any Shares under the Purchase Agreement, which, when aggregated with all other Shares then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 4.99% of the Shares outstanding (the "Purchase Agreement Ownership Limitation"). The Fund may increase the Purchase Agreement Ownership Limitation up to 9.99% upon written agreement of the Fund and the Issuer. . . . As such, the percent of class reported herein is giving effect to the Purchase Agreement Ownership Limitation as if it was increased to 9.99% and is based upon the Issuer's Amendment No. 2 to its Registration Statement on Form S-1 filed with the SEC on August 19, 2025 that there were 8,033,469 Shares outstanding as of August 13, 2025 plus the approximate total number of Shares that the Reporting Persons may acquire at the direction of the Issuer (subject to the Purchase Agreement Ownership Limitation) in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/788611/000121390025089091/xslSCHEDULE_13G_X01/primary_doc.xml |
| 122 | SCHEDULE 13D | FORWARD INDUSTRIES, INC. | 9/18/2025 | The Pre-Funded Warrants may not be exercised if the aggregate number of shares of Common Stock beneficially owned by the holder thereof (together with its affiliates) immediately following such exercise would exceed a specified **beneficial ownership limitation**; provided, however, that a holder may increase or decrease the **beneficial ownership limitation** by giving notice to the Issuer (61 days' notice for increases), but not to any percentage in excess of 9.99%... | https://www.sec.gov/Archives/edgar/data/38264/000119312525207730/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 123 | SCHEDULE 13G | SOLUNA HOLDINGS, INC | 9/18/2025 | The Warrants are subject to a **beneficial ownership limitation** of 9.99% of the number of shares of Common Stock outstanding immediately after giving effect to the issuance of the shares of Common Stock upon exercise of the Warrants (the "**Beneficial Ownership Limitation**"). As such, the amount reported herein does not include 654,171 shares of Common Stock, which are subject to the **Beneficial Ownership Limitation**. The percentage set forth in Row 11 . . . as reported in the Issuer's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on August 14, 2025, and 3,345,829 shares of Common Stock issuable upon exercise of the Warrants, which due to the **Beneficial Ownership Limitation** is the maximum number of shares of Common Stock that would be issued upon exercise of the Warrants. | https://www.sec.gov/Archives/edgar/data/64463/000121390025088985/xslSCHEDULE_13G_X01/primary_doc.xml |
| 124 | SCHEDULE 13D | FORWARD INDUSTRIES, INC. | 9/18/2025 | In addition, [Ltd.] may not exercise any portion of the Lead Investor Warrant to the extent that [Ltd.] Cayman, together with any persons whose beneficial ownership of Common Stock would be aggregated with [Ltd.] for purposes of Section 13(d) of the Act, would **beneficially own in excess of** 9.99% of the shares of Common Stock outstanding immediately after giving effect to such exercise (the "**Blocker**"). Upon 61 days' prior notice to the Issuer, [Ltd.] Cayman, as the holder of the Lead Investor Warrant, may increase or decrease the **Blocker**, provided that the **Blocker** . . . | https://www.sec.gov/Archives/edgar/data/38264/000208670125000004/xslSCHEDULE_13D_X01/primary_doc.xml |
| 125 | SCHEDULE 13D | FORWARD INDUSTRIES, INC. | 9/18/2025 | The Lead Investor Warrants include an exercise limitation that prohibits the holder from exercising the Lead Investor Warrants in an amount in excess of the specified ownership threshold of 9.99% of the issued and outstanding shares of Common Stock (the "**Blocker**"). The ability to exercise the Lead Investor Warrants at any given time is subject to the **Blocker** which applies to the beneficial ownership of the Reporting Persons in the aggregate. As a result of the **Blocker**, as of the date hereof, any attempted exercise of the Lead Investor Warrants beneficially owned by Reporting Persons will not be effected by the Company. | https://www.sec.gov/Archives/edgar/data/38264/000110465925091229/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 126 | SCHEDULE 13D/A | ORUKA THERAPEUTICS, INC. | 9/19/2025 | The exercise of the Pre-Funded Warrants is subject to a **beneficial ownership limitation** of 9.99% of the outstanding Common Stock and . . . the **beneficial ownership limitation** with respect to the Series B Preferred Stock will automatically reduce to 9.99%. . . . In aggregate, the Reporting Persons have voting and dispositive power over 11,162,741 shares of Common Stock of the Company, which is comprised of (a) . . . , (b) Pre-Funded Warrants to purchase up to 1,253,572 shares of Common Stock, the exercise of which is subject to a **beneficial ownership limitation** of 9.99% of the outstanding Common Stock (and excluding shares of Common Stock issuable upon exercise of the Pre-Funded Warrants in excess of the **beneficial ownership limitation**) . . . | https://www.sec.gov/Archives/edgar/data/907654/00011046592509 1774/xslSCHEDULE_13D_X01/primary_doc.xml |
| 127 | SCHEDULE 13D | ARTELO BIOSCIENCES, INC. | 9/19/2025 | The Warrants are exercisable immediately, subject to the **Beneficial Ownership Limitation** (as defined below). A holder of the Warrants may not exercise any such Warrants to the extent that such exercise would result in the number of Shares beneficially owned by such holder and his or its affiliates exceeding 4.99% of the total number of Shares outstanding immediately after giving effect to the exercise, except that upon at least 61 days' prior notice from the holder to the Issuer, the holder may increase the **beneficial ownership limitation** to up to 9.99% of the number of Shares outstanding immediately after giving effect to the exercise (the "**Beneficial Ownership Limitation**"). The Reporting Person's **Beneficial Ownership Limitation** is currently set at 4.99% and, accordingly, the Reporting Person cannot exercise the Warrants and does not beneficially own any of the Shares underlying the Warrants... | https://www.sec.gov/Archives/edgar/data/1621221/0000921895250 02596/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 128 | SCHEDULE 13G | BIONANO GENOMICS, INC. | 9/19/2025 | The foregoing excludes (I) 525,000 shares of Common Stock issuable upon exercise of a warrant to be issued to [] at the closing of the transaction contemplated by the [agreement] ("[] Warrant 1") because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (II) 525,000 shares of Common Stock issuable upon exercise of a second warrant to be issued to [] at the closing of the transaction contemplated by the [agreement] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock and (III) 7,278 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** . . . | https://www.sec.gov/Archives/edgar/data/1411690/000121390025089580/xslSCHEDULE_13G_X01/primary_doc.xml |
| 129 | SCHEDULE 13G | STRIVE, INC. | 9/19/2025 | The reported holding includes 5,785,290 shares held in warrants convertible to Class A Common Stock with a **blocker** preventing conversion that would cause the holder to exceed 9.99%. | https://www.sec.gov/Archives/edgar/data/1595888/000159588825000129/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |
|---|

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 130 | SCHEDULE 13G/A | FUTURE FINTECH GROUP INC. | 9/19/2025 | The [agreement] contains a provision limiting beneficial ownership of the Reporting Persons which provision states, in effect, that the Company shall not effect the exercise any portion of the Series A Rights Shares or the Series B Rights Shares pursuant to the terms and conditions of the [agreement] if and to the extent that after giving effect to such exercise, the Reporting Persons, individually or in the aggregate, would **beneficially own in excess of** 9.99% of the shares of Common Stock outstanding immediately after giving effect to such exercise. | https://www.sec.gov/Archives/edgar/data/1066923/000168316825007149/xslSCHEDULE_13G_X01/primary_doc.xml |
| 131 | SCHEDULE 13D | EIGHTCO HOLDINGS INC. | 9/19/2025 | . . . has no right to exercise any portion of the Strategic Advisor Warrant to the extent that, giving effect to such exercise, [LLC] or its affiliates would **beneficially own in excess of** 9.99% of the Issuer's outstanding Common Stock. . . . As compensation for services rendered. . . the Issuer issued warrants (the "Strategic Advisor Warrants") to [LLC] to purchase up to 9,917,844 shares of Common Stock, subject to a limit on exercising the Strategic Advisor Warrants to extent that, giving effect to such exercise, [LLC] or its affiliates would **beneficially own in excess of** 9.99% of the Issuer's outstanding Common Stock. | https://www.sec.gov/Archives/edgar/data/1892492/000149315225014292/xslSCHEDULE_13D_X01/primary_doc.xml |
| 132 | SCHEDULE 13D | SKYLINE BUILDERS GROUP HOLDING LTD | 9/22/2025 | All warrants held by the Reporting Person are subject to a 9.99% **beneficial ownership limitation**. The percentage of the Reporting Person's beneficial ownership is based on 11,089,314 Class A Ordinary Shares issued and outstanding, according to information provided by the Issuer (as defined below) in its Registration Statement on Form F-1 filed on September 10, 2025, and assumes exercise of the Warrants purchased by [] LLC (as described in the footnote above). | https://www.sec.gov/Archives/edgar/data/1921865/000147793225006902/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 133 | SCHEDULE 13G | VOR BIOPHARMA INC. | 9/23/2025 | Exercisability of the Warrants is subject to a **beneficial ownership limitation** of 9.99% of the number of shares of Common Stock to be outstanding immediately after giving effect to the issuance of the shares issuable upon exercise (the "**Beneficial Ownership Limitation**"). The percentage set forth in Row 11 of the cover page for each Reporting Person gives effect to such **Beneficial Ownership Limitation**, but the number of shares of Common Stock of the Issuer reported as being issuable upon exercise of the Warrants in Rows 6, 8 and 9 of the cover page for each Reporting Person includes the full number of shares of Common Stock of the underlying the Warrants and does not give effect to the **Beneficial Ownership Limitation**. As such, some of the Warrants are not presently exercisable due to the **Beneficial Ownership Limitation** . . . | https://www.sec.gov/Archives/edgar/data/1817229/000119312525213274/xslSCHEDULE_13G_X01/primary_doc.xml |
| 134 | SCHEDULE 13D/A | JASPER THERAPEUTICS, INC. | 9/23/2025 | The Warrants are also subject to a 9.99% beneficial ownership **blocker provision**. Certain of the Reporting Persons entered into the Lock-up Agreement, as defined and described in Item 4 above, which is attached hereto as Exhibit 99.1 and is incorporated herein by reference. | https://www.sec.gov/Archives/edgar/data/1788028/000092189525002600/xslSCHEDULE_13D_X01/primary_doc.xml |
| 135 | SCHEDULE 13G | BIOCARDIA, INC. | 9/24/2025 | The foregoing excludes (I) 600,000 shares of Common Stock issuable upon exercise of a warrant to be issued to [] at the closing of the transaction contemplated by the [agreement] ("[] Warrant 1") because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock . . . | https://www.sec.gov/Archives/edgar/data/925741/000121390025091195/xslSCHEDULE_13G_X01/primary_doc.xml |

| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 136 | SCHEDULE 13G | ENVERIC BIOSCIENCES, INC. | 9/24/2025 | The foregoing excludes (I) 266,668 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 1") because [] Warrant 1 is not exercisable until the effective date of stockholder approval of the issuance of the shares of Common Stock issuable upon exercise of [] Warrant 1 (and [] Warrant 1 also contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock), (II) 266,668 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 is not exercisable until the effective date of stockholder approval of the issuance of the shares of Common Stock issuable upon exercise of [] Warrant 2 (and [] Warrant 2 also contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock) and . . . | https://www.sec.gov/Archives/edgar/data/890821/000121390025091199/xslSCHEDULE_13G_X01/primary_doc.xml |
| 137 | SCHEDULE 13D/A | REVIVA PHARMACEUTICALS HOLDINGS, INC. | 9/24/2025 | . . . or any of the holder's affiliates, including the other Reporting Persons) would **beneficially own in excess of** 4.99% of the shares of Common Stock outstanding immediately after giving effect to the issuance of the shares of Common Stock issuable upon exercise of the warrants. | https://www.sec.gov/Archives/edgar/data/1015823/000149315225014806/xslSCHEDULE_13D_X01/primary_doc.xml |

| | | | | | |
|---|---|---|---|---|---|
|  | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** |
| **#** | **Form** | **Company** | **Filing Date** | **Blocker References - Excerpts from Forms** | **Direct Link to SEC Filing** |
| 138 | SCHEDULE 13G | NETSKOPE INC | 9/24/2025 | The Reporting Persons are prohibited from converting their Class B Shares into Class A Shares to the extent that, following such conversion, the Reporting Persons (and their attribution parties) would collectively **beneficially own in excess of** 9.99% of the outstanding Class A Shares. As of the date hereof, each Reporting Person's beneficial ownership includes 4,656,708 Class B Shares that are convertible into Class A shares within 60 days. | https://www.sec.gov/Archives/edgar/data/1471497/000119312525216052/xslSCHEDULE_13G_X01/primary_doc.xml |
| 139 | SCHEDULE 13D/A | MATINAS BIOPHARMA HOLDINGS, INC. | 9/25/2025 | The securities owned by the Reporting Person are subjected to a 4.99 **blocker provision**. | https://www.sec.gov/Archives/edgar/data/1640384/000175392626000262/xslSCHEDULE_13G_X01/primary_doc.xml |
| 140 | SCHEDULE 13D/A | MGT CAPITAL INVESTMENTS, INC. | 9/25/2025 | Both the 2022 Note and the Warrants were subject to a contractual beneficial ownership **blocker provision**, which limited [LLC]'s ability to convert or exercise such securities to the extent that doing so would result in beneficial ownership exceeding a specified threshold. | https://www.sec.gov/Archives/edgar/data/1001601/000149315225014989/xslSCHEDULE_13D_X01/primary_doc.xml |
| 141 | SCHEDULE 13G | VOR BIOPHARMA INC. | 9/25/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise . . . together with their affiliates and other attribution parties, would own more than 9.99% of the outstanding shares of common stock. . . . Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, each Reporting Person's beneficial ownership percentage is 9.99%. | https://www.sec.gov/Archives/edgar/data/1738048/000173804825000003/xslSCHEDULE_13G_X01/primary_doc.xml |
| 142 | SCHEDULE 13G | VOR BIOPHARMA INC. | 9/26/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise, the Reporting Person, together with its affiliates and other attribution parties, would own more than 9.99% of the outstanding shares of common stock. . . . Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, the Reporting Person's beneficial ownership percentage is 9.99%. | https://www.sec.gov/Archives/edgar/data/1817229/000208834425000003/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 143 | SCHEDULE 13G | WORK MEDICAL TECHNOLOGY GROUP LTD | 9/29/2025 | The amount does not include 5,102,230 Class A Ordinary Shares issuable upon exercise of Pre-Funded Warrants, which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1288478/000092189525002633/xslSCHEDULE_13G_X01/primary_doc.xml |
| 144 | SCHEDULE 13G | FUSION FUEL GREEN PLC | 9/29/2025 | The Warrants are exercisable immediately, subject to the **Beneficial Ownership Limitation** (as defined below). A holder of the Warrants may not exercise any such Warrants to the extent that such exercise would result in the number of Shares beneficially owned by such holder and his or its affiliates exceeding 4.99% of the total number of Shares outstanding immediately after giving effect to the exercise, except that upon at least 61 days' prior notice from the holder to the Issuer, the holder may increase **beneficial ownership limitation** to up to 9.99% of the number of Shares outstanding immediately after giving effect to the exercise (the **"Beneficial Ownership Limitation"**). The Reporting Person's **Beneficial Ownership Limitation** is currently set at 4.99% and, accordingly, the Reporting Person cannot exercise the Warrants and does not beneficially own any of the Shares underlying the Warrants. | https://www.sec.gov/Archives/edgar/data/1819794/000121390025093301/xslSCHEDULE_13G_X01/primary_doc.xml |
| 145 | SCHEDULE 13G | PMGC HOLDINGS INC. | 9/29/2025 | [LLC] has rights, under a Secured Pre-Paid Purchase #1, to own an aggregate number of shares of the Issuer's common stock which, except for a contractual cap on the amount of outstanding shares that [LLC] may own, would exceed such a cap. [LLC]'s current **ownership cap** is 9.9%. Thus, the number of shares of the Issuer's common stock beneficially owned by [LLC] as of the date of this filing was 90,452 shares, which is 9.9% of the 913,664 shares outstanding on September 19, 2025 (as reported in the Issuer's S-1 filed on that date). | https://www.sec.gov/Archives/edgar/data/1840563/000185141625000023/xslSCHEDULE_13G_X01/primary_doc.xml |
| 146 | SCHEDULE 13G/A | BRENMILLER ENERGY LTD. | 9/30/2025 | The aggregate amount in Row 9 represents the maximum amount of shares that Alpha Capital Anstalt can beneficially control under a contractually stipulated 9.99% ownership restriction. The full conversion and/or exercise of [company's] securities would exceed this restriction. | https://www.sec.gov/Archives/edgar/data/1140358/000121390025093897/xslSCHEDULE_13G_X01/primary_doc.xml |

| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 147 | SCHEDULE 13G | RYTHM, INC. | 9/30/2025 | Includes . . . and (ii) 247,200 shares of common stock underlying pre-funded warrants, subject to a **beneficial ownership limitation** of 9.99%. The shares of common stock listed as beneficially owned in Rows 6, 8 and 9 and the percentage set forth in Row 11 give effect to such limitation. . . . The pre-funded warrants held by [LLC] contain provisions which precludes the exercise of such pre-funded warrants to the extent that, following exercise, . . . would own more than 9.99% of the common stock outstanding immediately following exercise. | https://www.sec.gov/Archives/edgar/data/1800637/000208912025000001/xslSCHEDULE_13G_X01/primary_doc.xml |
| 148 | SCHEDULE 13D | BRERA HOLDINGS PLC | 9/30/2025 | . . . in no event can the exercise of the Warrants result in [] Ltd. beneficially owning more than 9.99% of the Class B Ordinary Shares that would be outstanding immediate after the exercise of the Warrants. | https://www.sec.gov/Archives/edgar/data/1939965/000110465925095189/xslSCHEDULE_13D_X01/primary_doc.xml |
| 149 | SCHEDULE 13G | BIOAFFINITY TECHNOLOGIES, INC. | 10/1/2025 | The amount does not include 61,490 shares of Common Stock issuable upon exercise of Pre-Funded Warrants, which were subject to a 9.99% **beneficial ownership limitation**. . . . The amount does not include 41,433 shares of Common Stock issuable upon exercise of Pre-Funded Warrants, which were subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1288478/000092189525002656/xslSCHEDULE_13G_X01/primary_doc.xml |
| 150 | SCHEDULE 13G | ETHZILLA CORP | 10/1/2025 | At no time shall warrants held by [holder] be exercisable when such exercise would result in [holder]obtaining in excess of 9.99% of the Issuer's Common Stock issued and outstanding following such exercise as determined in accordance with Section 13(d) of the Securities Exchange Act of 1934, as amended, and Rule 13d-3 promulgated thereunder. | https://www.sec.gov/Archives/edgar/data/1690080/000119312525226727/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 151 | SCHEDULE 13G | VSEE HEALTH, INC. | 10/1/2025 | The ownership percentages reported are based on . . .  and (ii) shares of Common Stock issuable upon conversion of certain convertible promissory notes of the issuer (the "Convertible Notes"), the exercise of certain common stock purchase warrants of the issuer (the "Warrants"), as applicable to each Reporting Person, each subject to the **Blocker** (as defined below). As of September 30, 2025, . . . which are currently convertible into an aggregate of 1,626,022 and 1,111,112, respectively, shares of Common Stock, which are in each case, subject to a **9.99% beneficial ownership limitation** provision contained therein (a "**Blocker**"). As of September 30, 2025, . . . which are exercisable to purchase an aggregate of 173,913 and 740,741, respectively, shares of Common Stock, which are in each case, subject to a **Blocker**. | https://www.sec.gov/Archives/edgar/data/1532798/000175392625001571/xslSCHEDULE_13G_X01/primary_doc.xml |

**Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\***

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|------|---------|-------------|------------------------------------------|---------------------------|
| 152 | SCHEDULE 13G | SOLIGENIX, INC. | 10/1/2025 | The foregoing excludes (I) 77,135 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 0.99% of the Common Stock, (II) 555,000 shares of Common Stock issuable upon exercise of a second warrant to be issued to [] at the closing of the transaction . . . because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock and (III) 3,125 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/812796/00012139002509 4732/xslSCHEDULE_13G_X01/primary_doc.xml |
| 153 | SCHEDULE 13G | FITELL CORP | 10/2/2025 | As of the date which required this filing, the Holding Company held convertible debt which is subject to a **blocker** which prevents the Holding Company from converting into Shares to the extent that, upon such conversion, the Holding Company, together with its affiliates, would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such conversion (the "**Blocker**"). As such, the percent of class reported herein is giving effect to the **Blocker** and is based upon the number of Shares outstanding plus the approximate total number of Shares that the Reporting Persons have acquired and/or can acquire upon the conversion of convertible debt subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1928581/0001947975250 00013/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 154 | SCHEDULE 13D/A | VESTAND INC. | 10/2/2025 | . . . and are subject to a cap, prohibiting the exercise of the Warrant to the extent that the holder, together with its Affiliates (as defined in the Warrant) would beneficially own more than 4.99% of the Class A common stock outstanding after such exercise (the "**Beneficial Ownership Limitation**"). The Reporting Person, upon notice to the Issuer, may increase the **Beneficial Ownership Limitation**, effective the 61st day after the provision of such notice. The foregoing description of the Warrant does not purport to be complete and is qualified in its entirety by the Warrant, which is attached hereto as Exhibit 99.1 and incorporated by reference herein. | https://www.sec.gov/Archives/edgar/data/1898604/000092189525002673/xslSCHEDULE_13D_X01/primary_doc.xml |
| 155 | SCHEDULE 13G | SOLANA CO | 10/2/2025 | As a result of the Beneficial Ownership **Blocker** (as defined in Item 4), beneficial ownership of the Reporting Persons is capped at 9.99% of the outstanding shares of Common Stock, representing 4,040,871 shares of Common Stock calculated as described herein as of September 24, 2025. Note to Row 11: The percentage of beneficial ownership is calculated based on (i) 40,295,612 shares of Common Stock outstanding as of September 24, 2025, which is provided by the Issuer to the Reporting Persons, and (ii) 153,552 shares of Common Stock issuable upon the partial exercise of the Warrants held by []Limited, which reflects the Beneficial Ownership **Blocker**. . . . The Reporting Persons are prohibited from exercising the Warrants if, as a result of such exercise, the Reporting Persons (together with their affiliates) would beneficially own more than 9.99% of the total number of shares of Common Stock then issued and outstanding immediately after giving effect to the exercise (the "Beneficial Ownership **Blocker**"). | https://www.sec.gov/Archives/edgar/data/1610853/000110465925095931/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 156 | SCHEDULE 13G | LOTUS TECHNOLOGY INC. | 10/3/2025 | As of the date which required this filing, the Holding Company held convertible debt which is subject to a **blocker** which prevents the Holding Company from converting into Shares to the extent that, upon such conversion, the Holding Company, together with its affiliates, would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such conversion (the "**Blocker**"). As such, the percent of class reported herein is giving effect to the **Blocker** and is based upon a statement in the Issuer's 6-K filed on August 19, 2025 that there were 678,705,338 Shares outstanding plus the approximate total number of Shares that the Reporting Persons have acquired and/or can acquire upon the conversion of convertible debt subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1023994/000194797525000027/xslSCHEDULE_13G_X01/primary_doc.xml |
| 157 | SCHEDULE 13G | KALA BIO, INC. | 10/3/2025 | The Series E Preferred, Series F Preferred, Series G Preferred and Series H Preferred (collectively the "Convertible Preferred") are only convertible to the extent that after giving effect or immediately prior to such conversion the holders thereof and their affiliates and any persons who are members of a Section 13(d) group with the holders or their affiliates would beneficially own in the aggregate, for purposes of Rule 13d-3 under the Exchange Act, no more than 9.99% of the outstanding Common Stock of the Issuer (the "**Beneficial Ownership Limitation**"). As a result of the **Beneficial Ownership Limitation**, the number of shares of Common Stock that may be issued upon conversion of the shares of the Convertible Preferred by the above holders may change depending upon changes in the outstanding shares of Common Stock. By notice to the Issuer, the Funds may increase or decrease the **Beneficial Ownership Limitation** applicable to that Fund to any other percentage not in excess of 19.99%; provided that any such increase will not be effective until the 61st day after such notice is delivered to the Issuer. | https://www.sec.gov/Archives/edgar/data/1263508/000110465926003806/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 158 | SCHEDULE 13G | SAB BIOTHERAPEUTICS, INC. | 10/3/2025 | ...(the "Issuer"), consisting of (i) 4,401,500 shares of Common Stock issued to [] Master upon the conversion of Series B Convertible Preferred Stock, par value $0.0001 per share (the "Series B Preferred Stock"), following stock approval at a special meeting of stockholders held on September 26, 2025 and (ii) 121,477 shares of Common Stock issuable upon the conversion of Series B Preferred Stock, which is subject to a **beneficial ownership limitation** of 9.99% (the "Ownership **Blocker**"). The foregoing excludes (i) 6,897,023 shares of Common Stock issuable upon the conversion of Series B Preferred Stock, which is subject to the Ownership **Blocker**, (ii) 11,420,000 shares of Common Stock issuable upon the conversion of Series B Preferred Stock underlying certain enrollment warrants, which is subject to the Ownership **Blocker**, and (iii) 5,710,000 shares of Common Stock issuable upon the conversion of Series B Preferred Stock underlying certain release warrants, which is subject to the Ownership **Blocker**. | https://www.sec.gov/Archives/edgar/data/1831942/000149315225016846/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 159 | SCHEDULE 13G | JIUZI HOLDINGS, INC. | 10/3/2025 | The foregoing excludes 2,440,000 Ordinary Shares issuable upon exercise of a warrant to be issued to [] at the closing of the transaction contemplated by the [agreement] (the "[] Warrant") because the [] Warrant contains a **blocker provision** under which the holder thereof does not have the right to exercise the [] Warrant to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Ordinary Shares. Without such **blocker provision**, each of the Reporting Persons may have been deemed to have beneficial ownership of 3,660,000 Ordinary Shares. (ii) As of the close of business on October 3, 2025, each of the Reporting Persons may have been deemed to have beneficial ownership of 1,062,503 Ordinary Shares, which consisted of (i) 1,237 Ordinary Shares held by [] and (ii) 1,061,266 Ordinary Shares issuable upon exercise of the [] Warrant, and all such Ordinary Shares represent beneficial ownership of approximately 4.99% of the Ordinary Shares . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390025096165/xslSCHEDULE_13G_X01/primary_doc.xml |
| 160 | SCHEDULE 13G | WORK MEDICAL TECHNOLOGY GROUP LTD | 10/3/2025 | The amounts in Row (5), (7) and (9) include 7,897,548 Class A Ordinary Shares. The amounts do not include 5,102,230 pre-funded warrants to purchase Class A Ordinary Shares, which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1702202/000107997325001552/xslSCHEDULE_13G_X01/primary_doc.xml |

|  | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 161 | SCHEDULE 13D | SAB BIOTHERAPEUTICS, INC. | 10/3/2025 | The Preferred Stock contains a provision (the "Beneficial Ownership **Blocker**") which precludes conversion of the Preferred Stock to the extent that, following conversion, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. The Fund is currently prohibited from converting the Preferred Stock by virtue of the Beneficial Ownership **Blocker**. . . . Upon receipt of the Stockholder Approval, pursuant to the Certificate of Designation, the shares of Preferred Stock automatically converted to common stock at the Conversion Price, subject to a **conversion cap** that limits the conversion of the Preferred Stock such that an Investor may not beneficially own more than 4.99% or 9.99%, as elected by such Investor at the time of the Offering (the "Maximum Percentage") . . . | https://www.sec.gov/Archives/edgar/data/1346824/000134682425000015/xslSCHEDULE_13D_X01/primary_doc.xml |
| 162 | SCHEDULE 13G | SAB BIOTHERAPEUTICS, INC. | 10/3/2025 | . . . the Enrollment Warrant and the Data Release Warrant all contain **provisions preventing** these securities from being converted or exercised into shares of Common Stock, if such conversion or exercise would result in the holder or its affiliates obtaining greater than 9.99% of the Issuer's voting securities. However, the amounts reported in rows 5, 7 and 9 herein represent the number of shares of Common Stock that would be issuable upon full exercise of the Enrollment Warrants and the Data Release Warrants into Series B Preferred Stock and the full conversion of Series B Preferred Stock to shares of Common Stock, without giving effect to the blocking provisions. | https://www.sec.gov/Archives/edgar/data/1833214/000121390025096128/xslSCHEDULE_13G_X01/primary_doc.xml |
| 163 | SCHEDULE 13G | CS DIAGNOSTICS CORP. | 10/6/2025 | The Reporting Person beneficially owns 13,392,434 shares of the Issuers Common Stock, consisting of 3,700,000 shares of Common Stock held directly and 9,692,434 shares of Common Stock issuable upon conversion of Series B Preferred Stock, subject to the 9.9 percent **conversion limitation** contained in the Certificate of Designation for the Series B Preferred Stock. | https://www.sec.gov/Archives/edgar/data/1106861/000208273025000001/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | |
| --- | --- | --- | --- | --- | --- |
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 164 | SCHEDULE 13G | DIGITAL ALLY, INC. | 10/6/2025 | Beneficial ownership consists of . . . which exercises are subject to a 9.99% **beneficial ownership limitation** provision ("**Blocker**"), and (ii) conversion of a senior secured convertible note in the principal aggregate amount of approximately $806,451 (the "Note") held directly by the reporting person, which conversions are subject to a **Blocker**. . . . [LLC] holds (i) Warrants exercisable for up to 476,569 shares of Common Stock, which exercises are subject to a **Blocker**, and (ii) the Note, conversions of which are subject to a **Blocker**. | https://www.sec.gov/Archives/edgar/data/1342958/000175392625001594/xslSCHEDULE_13G_X01/primary_doc.xml |
| 165 | SCHEDULE 13G | CHEER HOLDING, INC. | 10/7/2025 | . . . [] Capital beneficially owned 1,258,797 Class A Ordinary Shares issuable upon exercise of Pre-Funded Warrants, which were subject to a 9.99% **beneficial ownership limitation**, which are not included in the amount deemed to be beneficially owned by the Reporting Persons. The amount does not include: (i) 2,537,313 Class A Ordinary Shares issuable upon the exercise of Series A Warrants, the exercise of which are subject to a 4.99% **beneficial ownership limitation**, and (ii) 2,537,313 Class A Ordinary Shares issuable upon the exercise of Series B Warrants, the exercise of which are subject to a 4.99% **beneficial ownership limitation**. . . . As of October 3, 2025, each of [] Capital and [] GP had no beneficial ownership due to: (i) the sale of 1,278,516 Class A Ordinary Shares, and (ii) the sale of 1,258,797 Class A Ordinary Shares issuable upon exercise of Pre-Funded Warrants, which were subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1288478/000092189525002710/xslSCHEDULE_13G_X01/primary_doc.xml |
| 166 | SCHEDULE 13G | JIUZI HOLDINGS, INC. | 10/7/2025 | The amounts do not include 3,977,000 Warrants to purchase Ordinary Shares, which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1702202/000107997325001570/xslSCHEDULE_13G_X01/primary_doc.xml |
| 167 | SCHEDULE 13G | JIUZI HOLDINGS, INC. | 10/7/2025 | The amounts do not include 3,977,000 Warrants to purchase Ordinary Shares, which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1816172/000107997325001571/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 168 | SCHEDULE 13G | CS DIAGNOSTICS CORP. | 10/7/2025 | The Reporting Person beneficially owns 13,596,680 shares of the Issuers Common Stock, consisting of 3,800,000 shares of Common Stock held directly and 9,796,680 shares of Common Stock issuable upon conversion of Series B Preferred Stock, subject to the 9.9 percent **conversion limitation** contained in the Certificate of Designation for the Series B Preferred Stock. The number of shares reported excludes any additional shares of Series B Preferred Stock that cannot be converted due to the 9.9 percent cap . . . | https://www.sec.gov/Archives/edgar/data/1106861/000208439225000001/xslSCHEDULE_13G_X01/primary_doc.xml |
| 169 | SCHEDULE 13G | STRIVE, INC. | 10/7/2025 | . . . held in warrants exercisable for Common Stock with a **blocker** preventing exercise that would cause [Ltd.[ to exceed 9.99%. . . . The reported holding consists of . . . plus 21,326,603 additional shares of Common Stock held in warrants exercisable for Common Stock with a **blocker** preventing exercise that would cause [Ltd.] to exceed 9.99%.... | https://www.sec.gov/Archives/edgar/data/1463928/000110465925097613/xslSCHEDULE_13G_X01/primary_doc.xml |
| 170 | SCHEDULE 13G | PINEAPPLE EXPRESS CANNABIS CO | 10/8/2025 | One of such limitations is that the Fund is prohibited from acquiring any Shares under the Note, which, when aggregated with all other Shares then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 4.99% of the Shares outstanding (the "**Beneficial Ownership Limitation**"). Pursuant to an agreement between the Fund and the Issuer made in connection with the Fund's acquisition of the Note, the **Beneficial Ownership Limitation** has increased to 9.99%. As such, the percent of class reported herein is giving effect to the **Beneficial Ownership Limitation** and is based upon . . . (subject to the **Beneficial Ownership Limitation**) in accordance with Rule 13d-3(d)(1)(i) under the Act. For the sake of clarity, the Fund currently owns 3,756,000 Shares as of the date of the filing, has the right to acquire 371,239 Shares upon conversion of the outstanding balance on the Note as of the date of the filing (based on the current **Beneficial Ownership Limitation**), and is electing to file this Schedule 13G solely to the extent that, for the purposes of Section 240.13d-3, the Reporting Persons are deemed to beneficially own the Shares pursuant to the Note. | https://www.sec.gov/Archives/edgar/data/1710495/000121390025097542/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 171 | SCHEDULE 13G | PALISADE BIO, INC. | 10/8/2025 | ...(the "Issuer"), consisting of (i) 9,332,443 shares of Common Stock, and (ii) 358,222 shares of Common Stock underlying a pre-funded warrant, which is subject to a **beneficial ownership limitation** of 9.99% (the "**Beneficial Ownership Limitation**"). The foregoing excludes 4,827,492 of Common Stock underlying a pre-funded warrant, which is subject to the **Beneficial Ownership Limitation**. The Firm, as the investment manager to [] Master, may be deemed to beneficially own these securities. . . . Ownership percentages are based on 96,645,431 shares of the Issuer's Common Stock outstanding as of October 1, 2025 as issued in the Issuer's Rule 424(b)(4) Prospectus filed with the Securities and Exchange Commission on October 2, 2025, plus 358,222 shares of Common Stock which the Filers may acquire upon the exercise of the pre-funded warrant, subject to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1357459/000183194225000021/xslSCHEDULE_13G_X01/primary_doc.xml |
| 172 | SCHEDULE 13G | PALISADE BIO, INC. | 10/8/2025 | The Issuer shall not effect the exercise of any portion of the Pre-Funded Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise . . . | https://www.sec.gov/Archives/edgar/data/1357459/000117266125004199/xslSCHEDULE_13G_X01/primary_doc.xml |
| 173 | SCHEDULE 13D/A | JADE BIOSCIENCES, INC. | 10/8/2025 | The securities (a) include . . . and (b) exclude (i) 5,743,825 shares of Common Stock issuable upon exercise of Pre-Funded Warrants and (ii) 6,868,000 shares of Common Stock issuable upon conversion of 6,868 shares of Series A Preferred Stock . . . as the exercise of the Pre-Funded Warrants is subject to a **beneficial ownership limitation** of 9.99% of the outstanding Common Stock . . . the **beneficial ownership limitation** with respect to the Series A Preferred Stock will automatically reduce to 9.99%. | https://www.sec.gov/Archives/edgar/data/1798749/000110465925097923/xslSCHEDULE_13D_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 174 | SCHEDULE 13G | NEURAXIS, INC | 10/9/2025 | In addition, [] Capital beneficially owned 66,138 shares of Common Stock issuable upon exercise of Warrants, which were subject to a 9.99% **beneficial ownership limitation**. The amount does not include 66,138 shares of Common Stock issuable upon exercise of Warrants, which were subject to a 9.99% **beneficial ownership limitation**. . . . . In addition, [owner] beneficially owned 79,366 shares of Common Stock issuable upon exercise Warrants, which were subject to a 9.99% **beneficial ownership limitation**. The amount does not include 79,366 shares of Common Stock issuable upon exercise Warrants, which were subject to a 9.99% **beneficial ownership limitation** . . . | https://www.sec.gov/Archives/edgar/data/1288478/000092189525002731/xslSCHEDULE_13G_X01/primary_doc.xml |
| 175 | SCHEDULE 13G | PALISADE BIO, INC. | 10/9/2025 | . . . immediately exercisable for shares of Common Stock at an exercise price of $0.0001 per share, subject to the **Beneficial Ownership Limitation** (as defined below). The terms of the Pre-Funded Warrants provide that the Pre-Funded Warrants may not be exercised if, after such exercise, the Reporting Persons would beneficially own, as determined in accordance with Section 13(d) if the Securities Exchange Act of 1934, as amended, more than 9.99% of the shares of Common Stock then issued and outstanding (the "**Beneficial Ownership Limitation**"). As of the date hereof, the **Beneficial Ownership Limitation** permits the Reporting Persons to exercise Pre-Funded Warrants for an aggregate of not more than 193,018 shares of Common Stock. In providing the beneficial ownership information set forth herein, the Reporting Persons have assumed that the aggregate remaining Pre-Funded Warrants held by the Reporting Persons are not exercisable due to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1224962/000119312525235805/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 176 | SCHEDULE 13G | PALISADE BIO, INC. | 10/9/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. . . . Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, each Reporting Person's beneficial ownership percentage is 9.99%. | https://www.sec.gov/Archives/edgar/data/1346824/000134682425000017/xslSCHEDULE_13G_X01/primary_doc.xml |
| 177 | SCHEDULE 13G | CHEER HOLDING, INC. | 10/9/2025 | The amounts do not include 105,297 Pre-Funded Warrants to purchase Class A Ordinary Shares, 2,537,313 Series A Warrants to purchase Class A Ordinary Shares and 2,537,313 Series B Warrants to purchase Class A Ordinary Shares, each of which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1738758/000107997325001581/xslSCHEDULE_13G_X01/primary_doc.xml |
| 178 | SCHEDULE 13G/A | FOUNDER GROUP LTD | 10/10/2025 | [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Ordinary Shares beneficially owned by [LLC] as of the date of this filing was 1,939,587 shares, which is 9.99% of the 19,415,289 shares outstanding on May 19, 2025 (as reported in the Issuer's Form 424(b)(1) filed on May 27, 2025). To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. | https://www.sec.gov/Archives/edgar/data/1989930/000206299625000005/xslSCHEDULE_13G_X01/primary_doc.xml |
| 179 | SCHEDULE 13D/A | APOGEE THERAPEUTICS, INC. | 10/14/2025 | The securities include (i) 2,048,647 shares of common stock, $0.00001 par value per share (the "Common Stock") and (ii) 3,629,592 shares of Common Stock issuable upon conversion of 3,629,592 shares of Non-Voting Common Stock, par value $0.00001 per share (the "Non-Voting Common Stock"), the conversion of which is subject to a **beneficial ownership limitation** of 9.99% of the outstanding Common Stock . . . The securities exclude shares of Common Stock issuable upon conversion of shares of Non-Voting Common Stock . . . in excess of the **beneficial ownership limitation**. Row 13 is based on 57,863,578 shares of Common Stock outstanding as of October 10, 2025, consisting of . . . and (iii) 3,629,592 shares of Common Stock underlying the 3,629,592 shares of Non-Voting Common Stock . . . applying the **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1802528/000110465925099401/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 180 | SCHEDULE 13G/A | PLURI INC. | 10/14/2025 | Pursuant to the Common Stock Purchase Warrant, [] LP shall not have the right to exercise the warrants to the extent that after giving effect to issuance of Common Shares following such exercise, [LP], would **beneficially own in excess of** 4.99% of the number of Common Shares outstanding. . . . The Common Stock Purchase Warrant, includes a **beneficial ownership limitation** of 4.99% of the number of Common Shares outstanding. | https://www.sec.gov/Archives/edgar/data/1158780/000121390025098726/xslSCHEDULE_13G_X01/primary_doc.xml |
| 181 | SCHEDULE 13G/A | ASTRIA THERAPEUTICS, INC. | 10/15/2025 | Pursuant to the terms of the Pre-funded Warrants and the Warrants, the Reporting Person's **beneficial ownership limitation** is currently 9.99% (the "**Beneficial Ownership Limitation**"), which prevents the Reporting Persons from exercising the Pre-funded Warrants or Warrants if, after giving effect to such exercise, the Reporting Persons, together with their affiliates, would beneficially own more than 9.99% of the Issuer's outstanding shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1454789/000110465925099565/xslSCHEDULE_13G_X01/primary_doc.xml |
| 182 | SCHEDULE 13D | TRANSCODE THERAPEUTICS, INC. | 10/16/2025 | . . . subject in all cases to any applicable **Beneficial Ownership Limitation** (as defined in the Certificate of Designation). The Company shall not effect any conversion of any share of Preferred Stock, to the extent that, after giving effect to such attempted conversion, such stockholder would beneficially own a number of shares of Common Stock in excess of the **Beneficial Ownership Limitation**, which is initially set at 9.99% for each holder. Holders may adjust or waive the **Beneficial Ownership Limitation** upon written notice to the Company . . . | https://www.sec.gov/Archives/edgar/data/1297567/000110465925100081/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 183 | SCHEDULE 13G | BLUEJAY DIAGNOSTICS, INC. | 10/16/2025 | The foregoing excludes (I) 197,420 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 750,000 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (III) 63 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390025099605/xslSCHEDULE_13G_X01/primary_doc.xml |
| 184 | SCHEDULE 13D/A | SPYRE THERAPEUTICS, INC. | 10/17/2025 | The securities exclude shares of Common Stock issuable upon conversion of shares of Series A Preferred Stock and Series B Preferred Stock held directly by [holder] in excess of the **beneficial ownership limitation** of 9.99%. . . . The information in rows 11 and 13 of each of the cover pages (including the explanatory note in the "Comments") of this Amendment No. 5 is incorporated by reference herein. Together, the Reporting Persons' securities include . . . and, (iii) 3,028,000 shares of Common Stock issuable upon conversion of 75,700 shares of Series A Preferred Stock subject to the 9.99% **beneficial ownership limitation** giving effect all of the securities owned by the Reporting Persons. The securities exclude shares of Common Stock issuable upon conversion of 270,345 shares of Series A Preferred Stock and 16,667 shares of Series B Preferred Stock held directly by Fund II in excess of the **beneficial ownership limitation** of 9.99%. | https://www.sec.gov/Archives/edgar/data/1636282/000110465925100449/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 185 | SCHEDULE 13G | ATLASCLEAR HOLDINGS, INC. | 10/17/2025 | The reporting persons ownership consists of 4,083,333 shares of Common Stock as well as a convertible promissory note and warrants which are exercisable for Common Stock within 60 days, in each case subject to a 9.99% **beneficial ownership limitation**. The foregoing calculation is based upon 126,819,145 shares of Common Stock outstanding as reported by the Issuer on Form 10-K filed with the Securities and Exchange Commission on September 29, 2025. | https://www.sec.gov/Archives/edgar/data/1937147/000193714725000006/xslSCHEDULE_13G_X01/primary_doc.xml |
| 186 | SCHEDULE 13G | REDHILL BIOPHARMA LTD. | 10/20/2025 | . . . in accordance with the respective terms and subject to the respective conditions and limitations contained therein. One such limitation is that the Fund is prohibited from acquiring any [shares] under the Pre-Funded Warrants and the Commitment Warrants, which, when aggregated with all other [shares] then beneficially owned by the Fund and its affiliates, would result in the beneficial ownership by the Fund and its affiliates to exceed 4.99% of the Shares outstanding (the "Warrant Ownership Limitation"). The Fund may increase the Warrant Ownership Limitation up to 9.99% upon written agreement of the Fund and Issuer. | https://www.sec.gov/Archives/edgar/data/1553846/000121390025100454/xslSCHEDULE_13G_X01/primary_doc.xml |
| 187 | SCHEDULE 13G | PERPETUALS.COM LTD | 10/20/2025 | The reporting person entered into a securities purchase agreement with the issuer on October 10, 2025 (the "Purchase Agreement"), pursuant to which it purchased the Pre-Funded Warrants and Warrants, exercises of which are in each case subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**"). | https://www.sec.gov/Archives/edgar/data/1944399/000110465925100938/xslSCHEDULE_13G_X01/primary_doc.xml |
| 188 | SCHEDULE 13G | PERPETUALS.COM LTD | 10/20/2025 | The reporting person entered into a securities purchase agreement with the issuer on October 10, 2025 (the "Purchase Agreement"), pursuant to which it purchased the Pre-Funded Warrants and Warrants, exercises of which are in each case subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**"). | https://www.sec.gov/Archives/edgar/data/1944399/000121390025100474/xslSCHEDULE_13G_X01/primary_doc.xml |

| | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 189 | SCHEDULE 13G/A | OUTLOOK THERAPEUTICS, INC. | 10/21/2025 | The percentage set forth in this Schedule 13G . . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 4.99% of the outstanding shares of Common Stock (the "**Blocker**"), and the shares of Common Stock listed as beneficially owned in Rows 6, 8 and 9 . . . gives effect to the **Blockers**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1469336/000090266425004475/xslSCHEDULE_13G_X01/primary_doc.xml |
| 190 | SCHEDULE 13G/A | THERIVA BIOLOGICS, INC. | 10/21/2025 | The percentage set forth in this Schedule 13G. . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below)). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 4.99% of the outstanding shares of Common Stock (the "**Blocker**"), and the shares of Common Stock listed as beneficially owned in Rows 6, 8 and 9 . . . give effect to the **Blockers**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/894158/000090266425004480/xslSCHEDULE_13G_X01/primary_doc.xml |
| 191 | SCHEDULE 13G/A | XTI AEROSPACE, INC. | 10/21/2025 | The percentage set forth in this Schedule 13G . . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 4.99% of the outstanding shares of Common Stock (the "**Blocker**"), and the shares of Common Stock listed as beneficially owned in Rows 6, 8 and 9 . . . give effect to the **Blockers**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1469336/000090266425004479/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 192 | SCHEDULE 13G/A | HITEK GLOBAL INC. | 10/21/2025 | On September 23, 2025, the Reporting Person and the Issuer amended the Warrants to subject the exercise of the Warrants to the Beneficial Ownership **Blocker** (as defined below). Pursuant to the terms of the Warrants, as amended, the Issuer may not effect any exercise of the Warrants, and a holder of the Warrants does not have the right to exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the **"Beneficial Ownership Limitation"**) of the then Class A Ordinary Shares issued and outstanding immediately after giving effect to the issuance of such Warrant Shares (the "Beneficial Ownership **Blocker"**). The total beneficial ownership reflected above includes only the 2,180,000 Class A ordinary shares, but excludes the 2,180,000 Class A ordinary shares not exercisable due to the Beneficial Ownership **Blocker**. | https://www.sec.gov/Archives/edgar/data/1742341/000121390025100942/xslSCHEDULE_13G_X01/primary_doc.xml |
| 193 | SCHEDULE 13G/A | HITEK GLOBAL INC. | 10/21/2025 | . . . and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the **"Beneficial Ownership Limitation"**) of the then Class A Ordinary Shares issued and outstanding immediately after giving effect to the issuance of such Warrant Shares (the "Beneficial Ownership **Blocker"**). The total beneficial ownership reflected above includes both 1,237,000 Class A ordinary shares purchased and 968,365 Class A ordinary shares underlying the Warrants and exercisable within 60 days from the date of this filing, subject to the Beneficial Ownership **Blocker**, but excludes 268,635 Class A ordinary shares not exercisable due to the Beneficial Ownership... | https://www.sec.gov/Archives/edgar/data/1742341/000121390025100714/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 194 | SCHEDULE 13D | BEYOND MEAT, INC. | 10/22/2025 | . . . to the extent that, after giving effect to such conversion, the holder together with any of the holder's Attribution Parties (as defined in the New Convertible Notes Indenture) collectively would **beneficially own in excess of** 9.9% of the shares of Common Stock outstanding immediately after giving effect to such conversion (the "9.9% **Blocker**") . . . | https://www.sec.gov/Archives/edgar/data/1279891/000090514825003650/xslSCHEDULE_13D_X01/primary_doc.xml |
| 195 | SCHEDULE 13G | RANI THERAPEUTICS HOLDINGS, INC. | 10/23/2025 | . . . and (z) 1,281,194 Common Warrants, subject to the **Beneficial Ownership Limitation** (described below). As of October 16, 2025, due to the **Beneficial Ownership Limitation**, the Reporting Persons collectively beneficially owned 9,825,911 Shares, consisting of an aggregate of 2,000,000 Shares and 7,825,911 Warrants, representing 9.99% of the issued and outstanding Shares . . . Each [holder] is prohibited from exercising the Warrants if, as a result of such exercise, it, together with its affiliates and certain other persons for whom beneficial ownership would be aggregated, would beneficially own more than 9.99% of the total number of Shares then issued and outstanding immediately after giving effect to the exercise (the "**Beneficial Ownership Limitation**"), which percentage may be changed at a holder's election upon 61 days' notice to the Issuer. | https://www.sec.gov/Archives/edgar/data/1856725/000200536925000056/xslSCHEDULE_13G_X01/primary_doc.xml |
| 196 | SCHEDULE 13G | ALTO NEUROSCIENCE, INC. | 10/27/2025 | Ownership percentages are based on 30,908,892 shares of Common Stock outstanding on October 20, 2025, as reported directly by the Issuer to the Firm, plus 1,536,354 shares of Common Stock which the Filers may acquire upon the exercise of the Pre-Funded Warrant, subject to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1831942/000183194225000022/xslSCHEDULE_13G_X01/primary_doc.xml |
| 197 | SCHEDULE 13D | PERPETUALS.COM LTD | 10/27/2025 | Each of the Pre-Funded Warrants and Warrants are subject to a 4.99% **beneficial ownership limitation** provision, each of which prohibits [Ltd.] from exercising the Pre-Funded Warrant or the Warrants, as applicable, if, as a result of such exercise, the holder thereof, together with its affiliates and any persons acting as a group together with such holder or any of such affiliates, would beneficially own more than 4.99% . . . | https://www.sec.gov/Archives/edgar/data/1944399/000175392601652/xslSCHEDULE_13D_X01/primary_doc.xml |

| | | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 198 | SCHEDULE 13G | ENDRA LIFE SCIENCES INC. | 10/28/2025 | Further, each of (i) - (iii) are subject to a **blocker** which prevents the Fund from exercising its warrants and prefunded warrants to purchase Shares or otherwise convert such instruments into Shares to the extent that, upon such conversion, the Fund, together with its affiliates, would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such conversion (the "**Blocker**"). As such, the percent of class reported herein is giving effect to the **Blocker** and is based upon a statement in the Issuer's PRE 14A filed on October 17, 2025 that there were 1,166,441 Shares outstanding as of October 16, 2025. | https://www.sec.gov/Archives/edgar/data/1681682/000194797525000019/xslSCHEDULE_13G_X01/primary_doc.xml |
| 199 | SCHEDULE 13D | MINERVA NEUROSCIENCES, INC. | 10/28/2025 | Additionally, the shares of Series A Convertible Preferred Stock are subject to limitations on exercisability if such conversion would result in beneficial ownership of more than 9.99% of the Issuer's outstanding common stock; . . . . each client account referenced above delivered a notice to the Issuer to increase its **beneficial ownership limitation** applicable to such client and such client's affiliates, subject to the terms of the notice . . . Additionally, the shares of Series A Convertible Preferred Stock are subject to limitations on exercisability if such conversion would result in beneficial ownership of more than 9.99% of the Issuer's outstanding common stock . . . | https://www.sec.gov/Archives/edgar/data/1056288/000162363225001475/xslSCHEDULE_13D_X01/primary_doc.xml |
| 200 | SCHEDULE 13G | INVO FERTILITY, INC. | 10/28/2025 | The aggregate amount in Row 9 represents the maximum amount of shares that [] LLC can beneficially control under a contractually stipulated 9.99% ownership restriction. The full conversion and/or exercise of [] LLC's securities would exceed this restriction. | https://www.sec.gov/Archives/edgar/data/1417926/000118518525001557/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 201 | SCHEDULE 13G/A | HITEK GLOBAL INC. | 10/29/2025 | On September 23, 2025, the Reporting Person and the Issuer amended the Warrants to subject the exercise of the Warrants to the Beneficial Ownership **Blocker** (as defined below). Pursuant to the terms of the Warrants, as amended, the Issuer may not effect any exercise of the Warrants, and a holder of the Warrants does not have the right to exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the **"Beneficial Ownership Limitation"**) of the then Class A Ordinary Shares issued and outstanding immediately after giving effect to the issuance of such Warrant Shares (the "Beneficial Ownership **Blocker"**). The total beneficial ownership reflected above includes both 2,000,000 Class A ordinary shares purchased and 120,681 Class A ordinary shares underlying the Warrants and exercisable within 60 days from the date of this filing, subject to the Beneficial Ownership **Blocker** . . . | https://www.sec.gov/Archives/edgar/data/1742341/000121390025103576/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 202 | SCHEDULE 13G/A | HITEK GLOBAL INC. | 10/29/2025 | On September 23, 2025, the Reporting Person and the Issuer amended the Warrants to subject the exercise of the Warrants to the Beneficial Ownership **Blocker** (as defined below). Pursuant to the terms of the Warrants, as amended, the Issuer may not effect any exercise of the Warrants, and a holder of the Warrants does not have the right to exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the **"Beneficial Ownership Limitation"**) of the then Class A Ordinary Shares issued and outstanding immediately after giving effect to the issuance of such Warrant Shares (the "Beneficial Ownership **Blocker"**). The total beneficial ownership reflected above includes both 1,818,000 Class A ordinary shares purchased and 322,881 Class A ordinary shares underlying the Warrants and exercisable within 60 days from the date of this filing, subject to the Beneficial Ownership **Blocker** . . . | https://www.sec.gov/Archives/edgar/data/1742341/000121390025103575/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 203 | SCHEDULE 13G/A | HITEK GLOBAL INC. | 10/29/2025 | . . . Warrants to subject the exercise of the Warrants to the Beneficial Ownership **Blocker** (as defined below). Pursuant to the terms of the Warrants, as amended, the Issuer may not effect any exercise of the Warrants, and a holder of the Warrants does not have the right to exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the "**Beneficial Ownership Limitation**") of the then Class A Ordinary Shares issued and outstanding immediately after giving effect to the issuance of such Warrant Shares (the "Beneficial Ownership **Blocker**"). The total beneficial ownership reflected above includes both 1,818,000 Class A ordinary shares purchased and 322,881 Class A ordinary shares underlying the Warrants and exercisable within 60 days from the date of this filing, subject to the Beneficial Ownership **Blocker**, but excludes 1,495,119 Class A ordinary shares not exercisable due to the Beneficial Ownership . . . | https://www.sec.gov/Archives/edgar/data/1742341/000121390025103464/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 204 | SCHEDULE 13G/A | HITEK GLOBAL INC. | 10/30/2025 | . . . subject the exercise of the Warrants to the Beneficial Ownership **Blocker** (as defined below). Pursuant to the terms of the Warrants, as amended, the Issuer may not effect any exercise of the Warrants, and a holder of the Warrants does not have the right to exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the **"Beneficial Ownership Limitation"**) of the then Class A Ordinary Shares issued and outstanding immediately after giving effect to the issuance of such Warrant Shares (the "Beneficial Ownership **Blocker"**). The total beneficial ownership reflected above includes both 2,000,000 Class A ordinary shares purchased and 120,681 Class A ordinary shares underlying the Warrants and exercisable within 60 days from the date of this filing, subject to the Beneficial Ownership **Blocker**, but excludes 1,879,319 Class A ordinary shares not exercisable due to the Beneficial Ownership **Blocker**. . . . Pursuant to the terms of the Warrants, as amended, the Issuer may not effect any exercise of the Warrant, and a holder of a Warrant does not have the right to exercise the Warrant held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the **"Beneficial Ownership Limitation"**) of the number of Class A Ordinary Shares outstanding immediately after giving effect to the issuance of shares of Class A Ordinary Shares issued upon exercise of the Warrant (the "Beneficial Ownership **Blocker"**). | https://www.sec.gov/Archives/edgar/data/1742341/000121390025104112/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 205 | SCHEDULE 13G/A | HITEK GLOBAL INC. | 10/30/2025 | On September 23, 2025, the Reporting Person and the Issuer amended the Warrants to subject the exercise of the Warrants to the Beneficial Ownership **Blocker** (as defined below). Pursuant to the terms of the Warrants, as amended, the Issuer may not effect any exercise of the Warrants, and a holder of the Warrants does not have the right to exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the **"Beneficial Ownership Limitation"**) of the then Class A Ordinary Shares issued and outstanding immediately after giving effect to the issuance of such Warrant Shares (the "Beneficial Ownership **Blocker"**). The total beneficial ownership reflected above includes both 1,818,000 Class A ordinary shares purchased and 322,881 Class A ordinary shares underlying the Warrants and exercisable within 60 days from the date of this filing, subject to the Beneficial Ownership **Blocker**, but excludes 1,495,119 Class A ordinary shares not exercisable due to the Beneficial Ownership **Blocker**. . . . | https://www.sec.gov/Archives/edgar/data/1742341/000121390025104114/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 206 | SCHEDULE 13G/A | HITEK GLOBAL INC. | 10/30/2025 | On September 23, 2025, the Reporting Person and the Issuer amended the Warrants to subject the exercise of the Warrants to the Beneficial Ownership **Blocker** (as defined below). Pursuant to the terms of the Warrants, as amended, the Issuer may not effect any exercise of the Warrants, and a holder of the Warrants does not have the right to exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the **"Beneficial Ownership Limitation"**) of the then Class A Ordinary Shares issued and outstanding immediately after giving effect to the issuance of such Warrant Shares (the "Beneficial Ownership **Blocker"**). The total beneficial ownership reflected above includes both 2,000,000 Class A ordinary shares purchased and 120,681 Class A ordinary shares underlying the Warrants and exercisable within 60 days from the date of this filing, subject to the Beneficial Ownership **Blocker**, but excludes 1,879,319 Class A ordinary shares not exercisable due to the Beneficial Ownership **Blocker**. | https://www.sec.gov/Archives/edgar/data/1742341/000121390025104113/xslSCHEDULE_13G_X01/primary_doc.xml |
| 207 | SCHEDULE 13G | ENDRA LIFE SCIENCES INC. | 10/30/2025 | . . . due to a 9.99% beneficial ownership **blocker**, 39,373 shares of Common Stock issuable upon the exercise of Common Stock purchase warrants exercisable within 60 days. . . . 112,835 shares of Common Stock issuable upon the exercise of Common Stock purchase warrants, which are subject to a 9.99% **beneficial ownership limitation**. The numbers in this Schedule 13G do not give effect to the increased number of shares potentially issuable under such Common Stock purchase warrants because the **beneficial ownership limitation** apply. | https://www.sec.gov/Archives/edgar/data/1383194/000121390025103810/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 208 | SCHEDULE 13G/A | CO-DIAGNOSTICS, INC. | 10/30/2025 | . . . and excludes 362,500 shares of Common Stock issuable upon the exercise of pre-funded warrants held by the Reporting Person, subject to the 9.99% **blocker** (defined below). Pursuant to the terms of the pre-funded warrants, as described in the Issuer's Prospectus filed pursuant to Rule 424(b)(5) with the Securities and Exchange Commission on September 28, 2025, the Reporting Person cannot exercise any of the pre-funded warrants to the extent the Reporting Person would beneficially own, after any such exercise, more than 9.99% of the Issuer's outstanding shares of Common Stock (the "9.99% **Blocker**"). | https://www.sec.gov/Archives/edgar/data/1692415/000149315225020212/xslSCHEDULE_13G_X01/primary_doc.xml |
| 209 | SCHEDULE 13G | GENPREX, INC. | 11/3/2025 | The foregoing excludes (I) 160,424 shares of Common Stock issuable upon exercise of a warrant to be issued to [] at the closing of the transaction contemplated by the [agreement] ("[] Warrant 1") because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock and (II) 103,454 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. Without such **blocker provisions**, each of the Reporting Persons may have been deemed to have beneficial ownership of 344,090 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1595248/000121390025105279/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 210 | SCHEDULE 13G | X4 PHARMACEUTICALS, INC | 11/3/2025 | . . . immediately exercisable for shares of Common Stock at an exercise price of $45.00 per share, subject to the **Beneficial Ownership Limitation** (as defined below). The terms of the Warrants provide that the Warrants may not be exercised if, after such exercise, the Reporting Persons would beneficially own, as determined in accordance with Section 13(d) if the Securities Exchange Act of 1934, as amended, more than 9.99% of the shares of Common Stock then issued and outstanding (the "**Beneficial Ownership Limitation**"). As of the date hereof, the **Beneficial Ownership Limitation** permits the Reporting Persons to exercise Warrants for an aggregate of 151,515 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1224962/000119312525262560/xslSCHEDULE_13G_X01/primary_doc.xml |
| 211 | SCHEDULE 13G | CYBIN INC. | 11/4/2025 | The amount beneficially owned by each Reporting Person is determined using 50,431,381 shares, calculated using 49,894,131 Common Stock outstanding as of October 28, 2025, and 537,250 Warrants that would be converted to Common Stock by the Reporting Person up to the Maximum Percentage. The beneficially owned shares include 537,250 Warrants exercisable to common stock, subject to a 9.99% Maximum Percentage exercise limitation.The Issuer shall not effect the exercise of any portion of the Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise. | https://www.sec.gov/Archives/edgar/data/1833141/000117266125004579/xslSCHEDULE_13G_X01/primary_doc.xml |
| 212 | SCHEDULE 13G | VOR BIOPHARMA INC. | 11/5/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise . . . would own more than 9.99% of the outstanding shares of common stock. . . . Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, the Reporting Persons' aggregated beneficial ownership percentage is 9.99%. Such percentage is based upon the sum of . . . | https://www.sec.gov/Archives/edgar/data/1817229/000095010325014354/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 213 | SCHEDULE 13G/A | PHIO PHARMACEUTICALS CORP. | 11/6/2025 | . . . and 4,205,644 shares of Common Stock issuable upon the exercise of warrants, subject to the 4.99% **blocker** (defined below). Pursuant to the terms of the warrants, the Reporting Person cannot exercise any of the warrants to the extent the Reporting Person would beneficially own, after any such exercise, more than 4.99% of the Issuer's outstanding Common Stock (the "4.99% **Blocker**"). | https://www.sec.gov/Archives/edgar/data/1533040/000149315225021091/xslSCHEDULE_13G_X01/primary_doc.xml |
| 214 | SCHEDULE 13D/A | NEWAMSTERDAM PHARMA CO N.V. | 11/7/2025 | As a result of the Beneficial Ownership **Blocker** (as defined below), [Fund III] and [Fund II] are precluded from exercising Pre-Funded Warrants to the extent that the Reporting Persons would, after such exercise, collectively **beneficially own in excess of** 9.99% of the outstanding Ordinary Shares. Accordingly, pursuant to Rule 13d-3 of the Act and the relationships described in Item 2 of this Schedule 13D, the Reporting Persons may be deemed to collectively beneficially own 9.99% of the outstanding Ordinary Shares, representing 11,422,504 Ordinary Shares as of the date hereof. The calculation of the beneficial ownership of the Reporting Persons is based on . . . and (ii) 848,591 Ordinary Shares issuable upon the exercise of Pre-Funded Warrants held by the Reporting Persons, which reflects the Beneficial Ownership **Blocker**. | https://www.sec.gov/Archives/edgar/data/1818893/000119312525272748/xslSCHEDULE_13D_X01/primary_doc.xml |
| 215 | SCHEDULE 13G | PRELUDE THERAPEUTICS INC | 11/7/2025 | The shares of Non-Voting Common Stock are only convertible to the extent that, after giving effect to such conversion, [holder] would beneficially own, for purposes of Rule 13d-3 under the Securities Exchange Act of 1934, as amended, no more than 9.99% of the outstanding shares of voting Common Stock (the "**Beneficial Ownership Limitation**"). By written notice . . . [holder] may from time to time increase or decrease the **Beneficial Ownership Limitation** . . . | https://www.sec.gov/Archives/edgar/data/879169/000110465925108459/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 216 | SCHEDULE 13G/A | 60 DEGREES PHARMACEUTICALS, INC. | 11/7/2025 | The foregoing excludes (I) 70,771 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 526,316 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (III) 167 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390025107730/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 217 | SCHEDULE 13G/A | ASCENT SOLAR TECHNOLOGIES, INC. | 11/7/2025 | the foregoing excludes (I) 161,748 shares of Common Stock issuable upon exercise . . . because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock and (II) 17,361 shares of Common Stock issuable upon exercise of a second warrant held by [LLC] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. Without such **blocker provisions**, each of the Reporting Persons may have been deemed to have beneficial ownership of 517,361 shares of Common Stock . . . | https://www.sec.gov/Archives/edgar/data/1350102/000121390025107705/xslSCHEDULE_13G_X01/primary_doc.xml |

| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|------|---------|-------------|-------------------------------------------|---------------------------|
| 218 | SCHEDULE 13G/A | BONE BIOLOGICS CORP | 11/7/2025 | The foregoing excludes (I) 50,749 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 250,000 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (III) 5 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** . . . | https://www.sec.gov/Archives/edgar/data/1419554/000121390025107707/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 219 | SCHEDULE 13G/A | GEOVAX LABS, INC. | 11/7/2025 | The foregoing excludes (I) 245,142 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock and (II) 1,984,128 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. Without such **blocker provisions**, each of the Reporting Persons may have been deemed to have beneficial ownership of 5,078,614 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/832489/000121390025107710/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 220 | SCHEDULE 13G/A | NETCAPITAL INC. | 11/7/2025 | The foregoing excludes (I) 71 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (II) 18,288 shares of Common Stock issuable upon exercise of a fourth warrant held by [] ("[] Warrant 4") because [] Warrant 4 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 4 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (III) 9,144 shares of Common Stock issuable upon exercise of a fifth warrant held by [] ("[] Warrant 5") because [] Warrant 5 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 5 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/1414767/000121390025107722/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 221 | SCHEDULE 13G/A | PHARMACYTE BIOTECH, INC. | 11/7/2025 | The foregoing excludes (I) 331,661 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 129,147 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (III) 9,720,474 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock . . . | https://www.sec.gov/Archives/edgar/data/1157075/000121390025107726/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 222 | SCHEDULE 13G/A | PHIO PHARMACEUTICALS CORP. | 11/7/2025 | The foregoing excludes (I) 141,278 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (II) 149,298 shares of Common Stock issuable upon exercise of a fourth warrant held by [] ("[] Warrant 4") because [] Warrant 4 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 4 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (III) 759,298 shares of Common Stock issuable upon exercise of a fifth warrant held by [] ("[] Warrant 5") because [] Warrant 5 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 5 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/1533040/000121390025107723/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 223 | SCHEDULE 13G/A | SEASTAR MEDICAL HOLDING CORP | 11/7/2025 | The foregoing excludes (I) 904,749 shares of Common Stock issuable upon exercise of [] Warrant 3 because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 1,240,136 shares of Common Stock issuable upon exercise of a fourth warrant held by [] ("[] Warrant 4") because [] Warrant 4 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 4 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (III) 5,000 shares of Common Stock issuable upon exercise of a fifth warrant held by [] ("[] Warrant 5") because [] Warrant 5 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 5 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390025107713/xslSCHEDULE_13G_X01/primary_doc.xml |
| 224 | SCHEDULE 13D/A | ALLURION TECHNOLOGIES, INC. | 11/7/2025 | The remaining principal amount of the Notes are subject to a beneficial ownership **conversion limitation** such that the [LP] Funds cannot convert Notes to the extent it would result in the [LP] Funds and their affiliates beneficially owning more than 9.99% of the Issuer's Shares, except as described in Item 6 hereof. The Warrants held by the [LP] Funds are subject to a **Blocker** (as defined in Item 4 of Amendment No. 2 to the Schedule 13D), which is currently set at 4.99% and can be increased to 9.99% upon 61 days' prior notice by [LP]. | https://www.sec.gov/Archives/edgar/data/1493215/000149321525000016/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 225 | SCHEDULE 13G | HIGH-TREND INTERNATIONAL GROUP | 11/7/2025 | [LLC] has rights under a Pre-Paid Purchase #1 to own an aggregate number of shares of the Issuer's Class A Ordinary Shares which, except for a contractual cap on the amount of outstanding shares that [LLC] may own, would exceed such cap. [LLC]'s current **ownership cap** is 9.99%. . . . Additionally, item (11) on this form limits ownership percentages to the tenth decimal place, whereas [LLC]'s beneficial ownership is 9.99%. | https://www.sec.gov/Archives/edgar/data/1851416/000185141625000025/xslSCHEDULE_13G_X01/primary_doc.xml |
| 226 | SCHEDULE 13G | CYBIN INC. | 11/7/2025 | The Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Warrants to the extent that, following exercise . . . would own more than 9.99% of the common shares outstanding of the Issuer. . . . Due to the Beneficial Ownership **Blocker** listed in the Warrants, each Reporting Person's beneficial ownership percentage is 9.99%. | https://www.sec.gov/Archives/edgar/data/1738048/000173804825000005/xslSCHEDULE_13G_X01/primary_doc.xml |
| 227 | SCHEDULE 13G | BOQII HOLDING LTD | 11/10/2025 | The amount does not include 267,334 Class A Ordinary Shares issuable upon exercise of Warrants, which were subject to a 9.99% **beneficial ownership limitation**. . . . The amount does not include 133,666 Class A Ordinary Shares issuable upon exercise of Warrants, which were subject to a 9.99% **beneficial ownership limitation**. . . . [T]he managing member of [] GP and the managing member of [] Holdings, may be deemed to beneficially own . . . [but] . . . [d]oes not include: (a) 267,334 Class A Ordinary Shares issuable upon exercise of Warrants, which were subject to a 9.99% **beneficial ownership limitation** owned by [] Capital . . . | https://www.sec.gov/Archives/edgar/data/1288478/000092189525002935/xslSCHEDULE_13G_X01/primary_doc.xml |
| 228 | SCHEDULE 13G | BOQII HOLDING LTD | 11/10/2025 | Beneficial ownership consists of 349,000 Ordinary Shares held directly by the reporting person and does not include full exercise of the Pre-Funded Warrants held directly by the reporting person, which exercises are subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**"). . . . Beneficial ownership consists of 349,000 Ordinary Shares indirectly held by the reporting person and does not include full exercise of the Pre-Funded Warrants indirectly held by the reporting person, which exercises are subject to a **Blocker**. | https://www.sec.gov/Archives/edgar/data/1815021/000175392625001722/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |
|---|

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 229 | SCHEDULE 13G/A | SCORPIUS HOLDINGS, INC. | 11/12/2025 | . . . which exercises are subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**"), and (ii) conversion of a senior secured convertible note in the principal aggregate amount of approximately $11.4 million (the "Note") held directly by the reporting person, conversions of which are subject to a **Blocker**. . . . The ownership percentages reported are based on 61,142,712 shares of Common Stock outstanding as of August 22, 2025, as disclosed in the Form 10-Q. [LP] holds (i) Warrants exercisable for up to 12,566,667 shares of Common Stock, which exercises are subject to a **Blocker**, and (ii) the Note in the principal aggregate amount of approximately $11.4 million, which conversions are subject to a **Blocker**. | https://www.sec.gov/Archives/edgar/data/1476963/000175392625001748/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 230 | SCHEDULE 13G | BRAG HOUSE HOLDINGS, INC. | 11/12/2025 | The number of shares represented by the amount in Rows 6, 8 and 9 exclude 1,061,571 shares of the Issuer's common stock that may be purchased by exercising the Issuer's PIPE warrants held by [LLLP]. The PIPE Warrants are not exercisable within 60 days due to the **4.99% beneficial ownership limitation**s or **"blockers,"** set forth in the applicable Securities Purchase Agreement, which provides that [LLLP] may not exercise the PIPE warrants for shares of common stock to the extent that, upon giving effect to such exercise [LLLP] would beneficially own greater than 4.99% of the Issuer's common stock as calculated in accordance with Rule 13d-3 under the Securities Exchange Act of 1934, as amended. . . . For purposes of calculating the **blockers**, the number of shares of common stock beneficially owned by [LLLP] shall include the number of shares of common stock issuable upon exercise of the PIPE warrants with respect to which such determination is being made, but will exclude the number of shares of common stock which would be issuable upon (i) exercise of the remaining, nonexercised portion of each such warrant beneficially owned by [LLLP] and (ii) exercise or conversion of the unexercised or nonconverted portion of any other securities of the Issuer (including, without limitation, any other common stock equivalents) subject to a limitation on conversion or exercise analogous to the limitation contained therein beneficially owned by [LLLP]. The aggregate number of shares of common stock and the percentage of total outstanding shares of common stock beneficially owned by the Reporting Persons gives effect to this beneficial ownership **blocker** pursuant to Rule 13d-3(d)(1)(i). | https://www.sec.gov/Archives/edgar/data/1903595/000121390025109319/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 231 | SCHEDULE 13G | CHEER HOLDING, INC. | 11/12/2025 | The amount does not include 26,250,000 Class A Ordinary Shares issuable upon exercise of Pre-Funded Warrants, which were subject to a 9.99% **beneficial ownership limitation**, which are not included in the amount deemed to be beneficially owned by the Reporting Persons. . . . The amount does not include 26,250,000 Class A Ordinary Shares issuable upon exercise of Pre-Funded Warrants, which were subject to a 9.99% **beneficial ownership limitation**, which are not included in the amount deemed to be beneficially owned by the Reporting Persons. | https://www.sec.gov/Archives/edgar/data/1288478/000092189525002976/xslSCHEDULE_13G_X01/primary_doc.xml |
| 232 | SCHEDULE 13G/A | SHARPS TECHNOLOGY INC. | 11/12/2025 | . . . beneficially owned 143 shares of Common Stock issuable upon the exercise of Common Warrants, the exercise of which is subject to a 4.99% **beneficial ownership limitation**. . . . [Owner] may be deemed to beneficially own the: (i) 143 shares of Common Stock issuable upon the exercise of Common Warrants, the exercise of which is subject to a 4.99% **beneficial ownership limitation** beneficially owned by [] Capital, and (ii) 140 shares of Common Stock issuable upon the exercise of Common Warrants, the exercise of which is subject to a 4.99% **beneficial ownership limitation** . . . | https://www.sec.gov/Archives/edgar/data/1288478/000092189525002984/xslSCHEDULE_13G_X01/primary_doc.xml |
| 233 | SCHEDULE 13G | SUPERX AI TECHNOLOGY LTD | 11/12/2025 | . . . because the Warrants may not be exercised to the extent that doing so would result in the holder of the Warrants (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates) beneficially owning more than 9.99% of the Ordinary Shares then outstanding immediately after giving effect to such exercise (the **"Beneficial Ownership Limitation"**). . . . The percentage of class is based on 35,017,228 Ordinary Shares outstanding as of November 4, 2025 as provided by the Issuer, plus 220,221 Ordinary Shares issuable upon exercise of certain Warrants . . . (taking into account the **Beneficial Ownership Limitation**). | https://www.sec.gov/Archives/edgar/data/1897087/000110465925109640/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 234 | SCHEDULE 13G | SUPERX AI TECHNOLOGY LTD | 11/12/2025 | This total excludes 879,779 Ordinary Shares issuable upon exercise of certain Warrants because the Warrants may not be exercised to the extent that doing so would result in the holder of the Warrants (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates) beneficially owning more than 9.99% of the Ordinary Shares then outstanding immediately after giving effect to such exercise (the **"Beneficial Ownership Limitation"**). . . . The percentage of class is based on 35,017,228 Ordinary Shares outstanding as of November 4, 2025 as provided by the Issuer, plus 220,221 Ordinary Shares issuable upon exercise of certain Warrants held of record by [] LP (taking into account the **Beneficial Ownership Limitation**). | https://www.sec.gov/Archives/edgar/data/1684210/000110465925109639/xslSCHEDULE_13G_X01/primary_doc.xml |
| 235 | SCHEDULE 13G/A | DARIOHEALTH CORP. | 11/12/2025 | . . . shares of common stock held by the Reporting Person, and (ii) pre-funded warrants exercisable into 1,113,078 shares of common stock, which contain a contractually stipulated 9.99% ownership restriction and which are beneficially owned by . . . | https://www.sec.gov/Archives/edgar/data/1533998/000110465925110340/xslSCHEDULE_13G_X01/primary_doc.xml |
| 236 | SCHEDULE 13G | NETSKOPE INC | 11/13/2025 | This total excludes 6,927,888 shares issuable upon conversion of Class B common stock because the Reporting Person is prohibited from converting its Class B Shares into Class A Shares to the extent that, following such conversion, the Reporting Person (and its attribution parties) would collectively **beneficially own in excess of** 9.99% of the outstanding Class A Shares (the "Conversion Restriction Agreement"). | https://www.sec.gov/Archives/edgar/data/1601531/000110465925111366/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 237 | SCHEDULE 13G/A | PROFUSA, INC. | 11/13/2025 | The percentage set forth on row (11) above and the number of shares of common stock, par value $0.0001 per share, of the issuer (the "Common Stock") set forth on rows (6), (8) and (9) above includes, up to the **Blocker** Amount (as defined in this footnote) . . . . [T]he issuer may, at its option but subject to the **Blocker** Amount, require the reporting person to purchase Common Stock. The Note, Warrant and [] Agreement are all subject to a maximum 9.99% **beneficial ownership limitation** contained therein (the "**Blocker** Amount"). In Row (11) the percentage is based on (i) 36,088,877 shares of Common Stock outstanding, as reported by the issuer in its Report on Form S-1 filed with the U.S. Securities and Exchange Commission on August 29, 2025 (the "Form S-1"), plus 900,000 shares of Common Stock . . . for a total 36,988,877 shares outstanding, and (ii) shares of Common Stock issued upon partial conversion of the Convertible Note, and the purchase of some Common Stock pursuant to the [] Agreement, in each case subject to the **Blocker** Amount. . . . [E]ach subject to a provision contained therein limiting beneficial ownership to an aggregate maximum of 9.99% (the "**Blocker**"). Due to the **Blocker**, [LLC] is currently prohibited from fully converting the First Convertible Note into shares of Common Stock or purchasing all of the shares purchasable pursuant to the [] Agreement. | https://www.sec.gov/Archives/edgar/data/1859807/000175392620501774/xslSCHEDULE_13G_X01/primary_doc.xml |
| 238 | SCHEDULE 13G/A | 60 DEGREES PHARMACEUTICALS, INC. | 11/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000149315225022267/xslSCHEDULE_13G_X01/primary_doc.xml |
| 239 | SCHEDULE 13G | BIONANO GENOMICS, INC. | 11/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants and conversion of the Note are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1411690/000149315225022246/xslSCHEDULE_13G_X01/primary_doc.xml |

| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 240 | SCHEDULE 13G/A | CHINA NATURAL RESOURCES INC | 11/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/793628/00014931522502273/xslSCHEDULE_13G_X01/primary_doc.xml |
| 241 | SCHEDULE 13G | DEFSEC TECHNOLOGIES INC. | 11/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000149315225022257/xslSCHEDULE_13G_X01/primary_doc.xml |
| 242 | SCHEDULE 13G | ENVERIC BIOSCIENCES, INC. | 11/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/890821/00014931522502260/xslSCHEDULE_13G_X01/primary_doc.xml |
| 243 | SCHEDULE 13G | LM FUNDING AMERICA, INC. | 11/13/2025 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1640384/000149315225022263/xslSCHEDULE_13G_X01/primary_doc.xml |
| 244 | SCHEDULE 13G/A | ADAPTHEALTH CORP. | 11/13/2025 | The terms of the Series B-1 Convertible Preferred Stock restrict the conversion of such shares to the extent that, upon such conversion, the number of shares of Class A Common Stock then beneficially owned by the holder and its affiliates and any other person or entities with which such holder would constitute a Section 13(d) "group" would exceed 4.9% of the total number of shares of Class A Common Stock then outstanding (the "**Ownership Cap**"). Accordingly, notwithstanding the number of shares reported, the reporting person disclaims beneficial ownership of the shares of Class A Common Stock issuable upon conversion of Series B-1 Convertible Preferred Stock to the extent that upon such conversion the number of shares beneficially owned by all reporting persons hereunder, in the aggregate, would exceed the **Ownership Cap**. | https://www.sec.gov/Archives/edgar/data/1352546/000119380525001581/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 245 | SCHEDULE 13G | RUBICO INC. | 11/13/202 5 | he amounts in Row (5), (7) and (9) include 951,860 shares of Common Stock and 809,300 Warrants to purchase shares of Common Stock. The amounts do not include 142,560 Warrants to purchase shares of Common Stock, which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec. gov/Archives/ed gar/data/1702202 /0001079973250 01711/xslSCHE DULE_13G_X0 1/primary_doc.x ml |
| 246 | SCHEDULE 13G | NEWCELX LTD. | 11/13/202 5 | . . . and (ii) 20,791 Common Shares issuable upon exercise of common warrants exercisable within 60 days of October 30, 2025, subject to a **beneficial ownership limitation** of 9.99%. The **beneficial ownership limitation** restricts the holder of the common warrants from exercising that portion of the warrants that would result . . . a number of Common Shares in excess of the **beneficial ownership limitation**. | https://www.sec. gov/Archives/ed gar/data/1783036 /0001213900251 09616/xslSCHE DULE_13G_X0 1/primary_doc.x ml |
| 247 | SCHEDULE 13G/A | SHATTUCK LABS, INC. | 11/13/202 5 | . . . subject to the **Beneficial Ownership Limitation** (as defined hereafter), upon the exercise of certain pre-funded warrants and common warrants (the "Warrants") held by the Reporting Persons. Pursuant to the terms of the Warrants, the Issuer may not effect any exercise of the Warrants, and a holder may not exercise any Warrants, to the extent that after giving effect to such issuance after exercise, the aggregate number of shares of Common Stock then beneficially owned by the Reporting Persons would exceed 9.99% of the outstanding shares of Common Stock (the "**Beneficial Ownership Limitation**"). The figure in Item 11 is based upon (i) 2,218,055 shares of Common Stock that may be acquired by the Reporting Persons within 60 days upon the conversion of the Warrants up to the **Beneficial Ownership Limitation**; and . . . | https://www.sec. gov/Archives/ed gar/data/1617201 /0001104659251 11598/xslSCHE DULE_13G_X0 1/primary_doc.x ml |
| 248 | SCHEDULE 13G/A | TALPHERA, INC. | 11/13/202 5 | . . . upon the exercise of pre-funded warrants and warrants because they contain a **blocker provision** under which the holder thereof does not have the right to exercise any of the warrant to the extent that such exercise would result in beneficial ownership by the holder in excess of 9.99% of the Common Stock. | https://www.sec. gov/Archives/ed gar/data/1427925 /0001622627250 00037/xslSCHE DULE_13G_X0 1/primary_doc.x ml |

| | | | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 249 | SCHEDULE 13G | EMPERY DIGITAL INC. | 11/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 9.99% of the outstanding Common Stock. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/1491072/000119312525282750/xslSCHEDULE_13G_X01/primary_doc.xml |
| 250 | SCHEDULE 13G/A | NANO LABS LTD | 11/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 4.99% of the outstanding Ordinary Shares. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/1491072/000119312525282577/xslSCHEDULE_13G_X01/primary_doc.xml |
| 251 | SCHEDULE 13G/A | ONCOLYTICS BIOTECH INC | 11/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 9.99% of the outstanding Common Stock. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/1129928/000119312525282663/xslSCHEDULE_13G_X01/primary_doc.xml |
| 252 | SCHEDULE 13G | STRIVE, INC. | 11/14/2025 | Each Warrant includes a **beneficial ownership limitation**. The Warrants may not be exercised to the extent the Reporting Persons would, in the case of some of the Warrants, beneficially own more than 9.99% of the outstanding Common Stock. The beneficial ownership set forth herein takes into account the foregoing limitation. | https://www.sec.gov/Archives/edgar/data/1491072/000119312525282707/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 253 | SCHEDULE 13G/A | NOBLE ROMANS INC | 11/14/2025 | As more fully described in Item 4, the Warrants (as defined in Item 4) are subject to a 9.9999% Warrant **Blocker** (as defined in Item 4), and the percentage set forth in row (11) gives effect to such Warrant **Blocker**. However, as more fully described in Item 4, the securities reported in rows (6), (8), and (9) show the number of shares of common stock, no par value, of the Issuer (the "Common Stock") that would be issuable upon full exercise of the Warrants and do not give effect to the Warrant **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by the Reporting Persons (as defined in Item 4), after giving effect to such Warrant **Blocker**, is less than the number of securities reported in rows (6), (8), and (9). . . . Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent that [LP], its affiliates, and any other persons acting as a group . . . would beneficially own, after any such exercise, more than 9.9999% of the outstanding shares of Common Stock (the "Warrant **Blocker**"), and the percentage set forth in row (11) of the cover pages of the Reporting Persons gives effect to the Warrant **Blocker** . . . | https://www.sec.gov/Archives/edgar/data/709005/000092963825004299/xslSCHEDULE_13G_X01/primary_doc.xml |
| 254 | SCHEDULE 13G/A | CABALETTA BIO, INC. | 11/14/2025 | The Reporting Persons' holdings reported herein reflect shares of common stock of the Issuer ("Common Stock") issuable upon the exercise of warrants (the "Warrants"); provided that the Warrants may not be exercised if such exercise would cause the holder, together with its affiliates, to **beneficially own in excess of** 9.99% of the number of shares of the Issuer's Common Stock then outstanding. The Warrants would be exercisable for up to 5,000,000 shares of Common Stock, subject to the limitation on exercise. If not for such limitation on exercise, the Reporting Persons would **beneficially own in excess of** 9.99% of the Issuer's Common Stock. | https://www.sec.gov/Archives/edgar/data/1583977/000117266125004955/xslSCHEDULE_13G_X01/primary_doc.xml |

| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\*** | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 255 | SCHEDULE 13G | IBIO, INC. | 11/14/2025 | . . . provided that the Warrants may not be exercised if such exercise would cause the holder, together with its affiliates, to **beneficially own in excess of** 9.99% of the number of shares of the Issuer's Common Stock then outstanding. The Warrants would be exercisable for up to 8,461,990 shares of Common Stock, subject to the limitation on exercise. If not for such limitation on exercise, the Reporting Persons would **beneficially own in excess of** 9.99% of the Issuer's Common Stock. | https://www.sec.gov/Archives/edgar/data/1420720/000117266125004947/xslSCHEDULE_13G_X01/primary_doc.xml |
| 256 | SCHEDULE 13G/A | DEFINIUM THERAPEUTICS, INC. | 11/14/2025 | The Issuer shall not effect the exercise of any portion of the Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise. | https://www.sec.gov/Archives/edgar/data/1813814/000117266125004830/xslSCHEDULE_13G_X01/primary_doc.xml |
| 257 | SCHEDULE 13G/A | INOVIO PHARMACEUTICALS, INC. | 11/14/2025 | The Issuer shall not effect the exercise of any portion of the Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise. | https://www.sec.gov/Archives/edgar/data/1055726/000117266125004827/xslSCHEDULE_13G_X01/primary_doc.xml |
| 258 | SCHEDULE 13G/A | ATARA BIOTHERAPEUTICS, INC. | 11/14/2025 | Percentage calculated based on (1) 573,183 shares of Common Stock beneficially owned by the reporting person and warrants to acquire 1,462,334 shares of Common Stock beneficially owned by the reporting person, subject to a 9.99% **beneficial ownership limitation**, . . . | https://www.sec.gov/Archives/edgar/data/1587114/000093583625000703/xslSCHEDULE_13G_X01/primary_doc.xml |
| 259 | SCHEDULE 13G/A | NEUROGENE INC. | 11/14/2025 | Percentage calculated based on (1) 1,271,342 shares of Common Stock beneficially owned by the reporting person and warrants to acquire 1,089,658 shares of Common Stock beneficially owned by the reporting person, subject to a 9.99% **beneficial ownership limitation**, and . . . | https://www.sec.gov/Archives/edgar/data/1404644/000093583625000698/xslSCHEDULE_13G_X01/primary_doc.xml |

| \# | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| | | | | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\*** | |
| 260 | SCHEDULE 13G/A | INVENTIVA S.A. | 11/14/2025 | The percentage set forth in Row (11) of the cover pages for the Reporting Persons are based on a total of 142,484,606 shares outstanding, which is the sum of (i) 139,151,274 common shares outstanding as reported by the Issuer in its Form F-3 filed with the Securities and Exchange Commission (the "SEC") on October 14, 2025 and (ii) 3,333,332 shares of Common Stock issuable upon exercise of Warrants held by the reporting persons (subject to the Beneficial **Ownership Cap**). | https://www.sec.gov/Archives/edgar/data/1281446/000181455425000174/xslSCHEDULE_13G_X01/primary_doc.xml |
| 261 | SCHEDULE 13G/A | IBIO, INC. | 11/14/2025 | Pursuant to the terms of the Warrants, the Issuer may not effect any exercise of the Warrants, and a holder may not exercise any Warrants, to the extent that after giving effect to such issuance after exercise, the aggregate number of shares of Common Stock then beneficially owned by the Reporting Persons would exceed 4.99% of the outstanding shares of Common Stock (the "**Beneficial Ownership Limitation**"). | https://www.sec.gov/Archives/edgar/data/1420720/000119312525283454/xslSCHEDULE_13G_X01/primary_doc.xml |
| 262 | SCHEDULE 13G | ACTELIS NETWORKS INC | 11/14/2025 | The foregoing excludes 499,201 shares of Common Stock issuable upon exercise of [] Warrant 2 because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock. Without such **blocker provision** . . . | https://www.sec.gov/Archives/edgar/data/1141284/000121390025111049/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 263 | SCHEDULE 13G | SALARIUS PHARMACEUTICALS, INC. | 11/14/2025 | The foregoing excludes (I) 333,333 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 1") because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (II) 333,333 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock and (III) 350 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. | https://www.sec.gov/Archives/edgar/data/1615219/000121390025111043/xslSCHEDULE_13G_X01/primary_doc.xml |

| \#  | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|-----|------|---------|-------------|------------------------------------------|---------------------------|

**Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\***

| \#  | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|-----|------|---------|-------------|------------------------------------------|---------------------------|
| 264 | SCHEDULE 13G/A | BIONANO GENOMICS, INC. | 11/14/2025 | . . . the Warrants are subject to 4.99% Beneficial Ownership **Blockers**, and the percentage set forth in row (11) gives effect to such Beneficial Ownership **Blockers** (as defined in Item 4). . . . The Reporting Persons' ownership of the Issuer's securities includes: (i) . . . and warrants held directly by [LLC] that are exercisable for an aggregate of up to 315,000 shares of Common Stock (collectively, the "Warrants"), all of which are subject to 4.99% Beneficial Ownership **Blockers** (as defined below). . . . The Warrants contain provisions which precludes the exercise of such Warrants to the extent that, following exercise, the holder, together with its affiliates and other attribution parties, would own more than 4.99% of the Common Stock outstanding (the "Beneficial Ownership **Blockers**"). | https://www.sec.gov/Archives/edgar/data/1411690/000093041325003460/xslSCHEDULE_13G_X01/primary_doc.xml |
| 265 | SCHEDULE 13G/A | DEFSEC TECHNOLOGIES INC. | 11/14/2025 | . . . the Warrants are subject to 4.99% Beneficial Ownership **Blockers**, and the percentage set forth in row (11) gives effect to such Beneficial Ownership **Blockers** (as defined in Item 4). The shares reported in rows (6), (7), (8) and (9) show the number of shares of Common Stock issuable upon exercise of such reported securities, giving effect to the Beneficial Ownership **Blockers**. . . . The Warrants contain provisions which precludes the exercise of such Warrants to the extent that, following exercise, the holder, together with its affiliates and other attribution parties, would own more than 4.99% of the Common Stock outstanding (the "Beneficial Ownership **Blockers**"). | https://www.sec.gov/Archives/edgar/data/1481867/000093041325003459/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 266 | SCHEDULE 13G/A | TAOWEAVE, INC. | 11/14/2025 | . . . the Pre-Funded Warrants are subject to a 9.99% Beneficial Ownership **Blocker** and certain Warrants are subject to a 4.99% Beneficial Ownership **Blocker**, and the percentage set forth in row (11) gives effect to such Beneficial Ownership **Blockers** (as defined in Item 4). The shares reported in rows (6), (8) and (9) show the number of shares of Common Stock issuable upon exercise of such reported securities, giving effect to the Beneficial Ownership **Blockers**. . . . The Reporting Persons' ownership of the Issuer's securities includes: (i) pre-funded warrants . . . all of which are subject to a 9.99% Beneficial Ownership **Blocker** (as defined below); and (ii) warrants . . . all of which are subject to a 4.99% Beneficial Ownership **Blocker** (as defined below). The Pre-Funded Warrants contain provisions which precludes the exercise of such Pre-Funded Warrants to the extent that, following exercise, the holder, together with its affiliates and other attribution parties, would own more than 9.99% of the Common Stock outstanding (the "9.99% Beneficial Ownership **Blocker**"). The Base Warrants contain provisions which precludes the exercise of such Base Warrants to the extent that following exercise, the holder, together with its affiliates and other attribution parties, would own more than 4.99% of the Common Stock outstanding (the "4.99% Beneficial Ownership **Blocker**", and together with the 9.99% Beneficial Ownership **Blocker**, the "Beneficial Ownership **Blockers**"). | https://www.sec.gov/Archives/edgar/data/746210/00009304132500 3457/xslSCHEDULE_13G_X01/primary_doc.xml |
| 267 | SCHEDULE 13G/A | AYTU BIOPHARMA, INC | 11/14/2025 | The shares of the Common Stock reported herein consist of 122,063 shares of Common Stock and warrants to purchase 1,831,666 shares of Common Stock, subject to a 9.99% **beneficial ownership limitation**. The percentages reported in this Schedule 13G are based on 9,911,913 shares of Common Stock outstanding as of September 15, 2025, as reported in the Form 10-K filed by the Issuer for the fiscal year ended June 30, 2025. | https://www.sec.gov/Archives/edgar/data/1105806/0000935836250 00682/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 268 | SCHEDULE 13G/A | DNA X, INC. | 11/14/2025 | The shares of Common Stock beneficially owned by the reporting person excludes warrants to purchase 22,222 shares of Common Stock, which are subject to a 4.99% **beneficial ownership limitation**. The percentage reported herein is calculated based on 1,028,693 shares of Common Stock outstanding on October 28, 2025, as reported in the Form 10-Q filed by the issuer for the quarter ended September 30, 2025. | https://www.sec.gov/Archives/edgar/data/1105806/000093583625000687/xslSCHEDULE_13G_X01/primary_doc.xml |
| 269 | SCHEDULE 13G/A | LIQTECH INTERNATIONAL INC | 11/14/2025 | The shares of Common Stock reported herein consist of 609,074 shares of Common Stock and warrants to purchase 3,355,000 shares of Common Stock, subject to a 9.99% **beneficial ownership limitation**. The percentage reported herein is calculated based on 9,614,043 shares of Common Stock outstanding on August 13, 2025, as reported in the Form 10-Q filed by the issuer for the quarter ended June 30, 2025. . . . The shares of Common Stock reported herein consist of 76,875 shares of Common Stock and warrants to purchase 1,800,000 shares of Common Stock, subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1105806/000093583625000683/xslSCHEDULE_13G_X01/primary_doc.xml |
| 270 | SCHEDULE 13G/A | INSPIREMD, INC. | 11/14/2025 | . . . the Warrants are subject to a 9.99% **blocker** (the "9.99% **Blocker**"), and the percentage set forth in Row (11) gives effect to such 9.99% **Blocker**. . . . The percentage set forth in this Schedule 13G . . . assumes the exercise of the Warrants . . . subject to the 9.99% **Blocker** (as defined below). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise any of the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Stock (the "9.99% **Blocker**") and the percentage set forth in Row (11) of the cover page for each of the Reporting Persons gives effect to the 9.99% **Blocker**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons are not able to exercise all of such Warrants due to the 9.99% **Blocker**. | https://www.sec.gov/Archives/edgar/data/1318757/000090266425005052/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 271 | SCHEDULE 13G/A | INVENTIVA S.A. | 11/14/2025 | The Pre-Funded Warrants may not be exercised if, after giving effect to such exercise, the Reporting Persons' beneficial ownership would exceed 4.99% of the outstanding Ordinary Shares (the **"Beneficial Ownership Limitation"**). . . . As of the date hereof, the **Beneficial Ownership Limitation** permits the Reporting Persons to exercise Pre-Funded Warrants for an aggregate of not more than 354,671 Ordinary Shares. In providing the beneficial ownership information set forth herein, the Reporting Persons have assumed that the remaining Pre-Funded Warrants held by them are not exercisable due to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1224962/000119312525282833/xslSCHEDULE_13G_X01/primary_doc.xml |
| 272 | SCHEDULE 13G/A | ORCHESTRA BIOMED HOLDINGS, INC. | 11/14/2025 | . . . immediately exercisable for shares of Common Stock at an exercise price of $0.0001 per share, subject to the **Beneficial Ownership Limitation** (as defined below). The terms of the Pre-Funded Warrants provide that the Pre-Funded Warrants may not be exercised if, after such exercise, the Reporting Persons would beneficially own, as determined in accordance with Section 13(d) if the Securities Exchange Act of 1934, as amended, more than 9.99% of the shares of Common Stock then issued and outstanding (the **"Beneficial Ownership Limitation"**). As of the date hereof, the **Beneficial Ownership Limitation** permits the Reporting Persons to exercise Pre-Funded Warrants for an aggregate of not more than 386,924 shares of Common Stock. In providing the beneficial ownership information set forth herein, the Reporting Persons have assumed that the aggregate remaining Pre-Funded Warrants held by the Reporting Persons are not exercisable due to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1224962/000119312525282835/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 273 | SCHEDULE 13G/A | TRAWS PHARMA, INC. | 11/14/2025 | . . . immediately exercisable for shares of Common Stock, subject to the **Beneficial Ownership Limitation** (as defined below). The terms of the Warrants provide that the Warrants may not be exercised if, after such exercise, the Reporting Persons would beneficially own, as determined in accordance with Section 13(d) if the Securities Exchange Act of 1934, as amended, more than 9.99% of the shares of Common Stock then issued and outstanding (the "**Beneficial Ownership Limitation**"). As of the date hereof, the **Beneficial Ownership Limitation** permits the Reporting Persons to exercise Warrants for an aggregate of not more than 886,887 shares of Common Stock. In providing the beneficial ownership information set forth herein, the Reporting Persons have assumed that the aggregate remaining Warrants held by the Reporting Persons are not exercisable due to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1130598/000119312525282836/xslSCHEDULE_13G_X01/primary_doc.xml |
| 274 | SCHEDULE 13G | SOL STRATEGIES INC. | 11/14/2025 | The common share purchase warrants are subject to a 9.99% **blocker** whereby they are not exercisable to the extent that following such conversion, taking into account all other shares of common shares beneficially owned by the Reporting Person, the Reporting Person would **beneficially own in excess of** 9.99% of the Issuer's outstanding common shares. | https://www.sec.gov/Archives/edgar/data/1326389/000204825125002355/xslSCHEDULE_13G_X01/primary_doc.xml |
| 275 | SCHEDULE 13G | UPEXI, INC. | 11/14/2025 | The warrants are subject to a 9.99% **blocker** whereby they are not exercisable to the extent that following such conversion, taking into account all other shares of common shares beneficially owned by the Reporting Person, the Reporting Person would **beneficially own in excess of** 9.99% of the Issuer's outstanding common shares. | https://www.sec.gov/Archives/edgar/data/1326389/000204825125002359/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 276 | SCHEDULE 13G/A | AVALO THERAPEUTICS, INC. | 11/14/2025 | The Preferred Stock contains a provision (the "Beneficial Ownership **Blocker**") which precludes conversion of the Preferred Stock to the extent that, following conversion, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the Common Stock outstanding. The Fund is currently prohibited from converting the Preferred Stock to the extent that such conversion would result in the Reporting Persons' beneficial ownership of more than 1,386,167 shares of Common Stock. . . . Due to the Beneficial Ownership **Blocker**, each Reporting Person's beneficial ownership percentage was 9.99% as of September 30, 2025. Such percentage is based upon the sum of . . . | https://www.sec.gov/Archives/edgar/data/1346824/000123191925000484/xslSCHEDULE_13G_X01/primary_doc.xml |
| 277 | SCHEDULE 13G/A | MONOPAR THERAPEUTICS | 11/14/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the Common Stock outstanding. The Fund is currently prohibited from exercising a portion of the Pre-Funded Warrants to the extent that such exercise would result in beneficial ownership of more than 742,861 shares of Common Stock. Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, each Reporting Person's beneficial ownership percentage was 9.99% as of September 30, 2025. | https://www.sec.gov/Archives/edgar/data/1346824/000123191925000489/xslSCHEDULE_13G_X01/primary_doc.xml |
| 278 | SCHEDULE 13G/A | UNICYCIVE THERAPEUTICS, INC. | 11/14/2025 | . . . all of which are subject to a Beneficial Ownership **Blocker** (as defined below). The A-3, A-4, and A-5 Preferred Stock (collectively, the "Preferred Stock") are subject to a beneficial ownership **blocker** ("Beneficial Ownership **Blocker**"), which precludes the conversion of the Preferred Stock to the extent that, following conversion, the Reporting Persons, together with their affiliates and other attribution parties, would own more than 9.99% of the Common Stock outstanding. . . . Due to the Beneficial Ownership **Blocker** of the Preferred Stock, each Reporting Person's beneficial ownership percentage was 9.99% as of September 30, 2025. | https://www.sec.gov/Archives/edgar/data/1346824/000123191925000493/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 279 | SCHEDULE 13D/A | ATARA BIOTHERAPEUTICS, INC. | 11/14/2025 | Subject to the Beneficial Ownership **Blocker** (as defined below), [LLC] may also be deemed to beneficially own 3,412,843 shares of Common Stock issuable upon exercise of certain pre-funded warrants to purchase Common Stock (the "Warrants") . . . Pursuant to the terms of the Warrants, the Issuer may not effect any exercise of the Warrants, and a holder of a Warrants does not have the right to exercise the Warrants held by such holder, to the extent that after giving effect to such issuance after exercise, the holder (together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates), would **beneficially own in excess of** 9.99% (the "**Beneficial Ownership Limitation**") of the number of shares of Common Stock outstanding immediately after giving effect to the issuance of shares of Common Stock issued upon exercise of the Warrant (the "Beneficial Ownership **Blocker**"). The **Beneficial Ownership Limitation** may be changed at a holder's election upon 61 days' notice to the Issuer. | https://www.sec.gov/Archives/edgar/data/1425738/000110465925112574/xslSCHEDULE_13D_X01/primary_doc.xml |
| 280 | SCHEDULE 13D | NEWCELX LTD. | 11/14/2025 | . . . (ii) 18,901 Common Shares held by [] Ltd., and (iii) 18,901 Common Shares issuable upon exercise of common warrants held by [] Ltd. exercisable within 60 days of . . . subject to a **beneficial ownership limitation** of 9.99%. | https://www.sec.gov/Archives/edgar/data/1783036/000121390025110759/xslSCHEDULE_13D_X01/primary_doc.xml |
| 281 | SCHEDULE 13G | FRACTYL HEALTH, INC. | 11/14/2025 | The warrants have a 4.99% **blocker** attached. | https://www.sec.gov/Archives/edgar/data/1572616/000110465925112182/xslSCHEDULE_13G_X01/primary_doc.xml |
| 282 | SCHEDULE 13G | IBIO, INC. | 11/14/2025 | In total, the [LLC ]Accounts mentioned herein own 7,140,000 pre-funded warrants (9.99% **blocker**), and an additional 3,570,000 Series G Warrants for . . . | https://www.sec.gov/Archives/edgar/data/1420720/000110465925112222/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 283 | SCHEDULE 13G | ECD AUTOMOTIVE DESIGN, INC. | 11/14/2025 | For the sake of clarity, an affiliate of the Reporting Persons is also subject to a **contractual limitation** that prohibits it from acquiring beneficial ownership of any Shares to the extent that it and its affiliates would **beneficially own in excess of** 9.99% of the Shares outstanding. As such, the percent of class reported herein is giving effect to the Ownership Limitation and is based upon the Shares outstanding plus the approximate total number of Shares that the Reporting Persons may acquire at the direction of the Issuer (subject to the Ownership Limitation) in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1922858/000195383825000008/xslSCHEDULE_13G_X01/primary_doc.xml |
| 284 | SCHEDULE 13G/A | COMPASS THERAPEUTICS, INC. | 11/14/2025 | . . . may not exercise any portion of the Investor Warrants for shares of Common Stock if, as a result of the exercise, [LLC], together with its affiliates and any other person or entity acting as a group, would own more than 9.99% of the Issuer's outstanding shares of Common Stock after exercise. | https://www.sec.gov/Archives/edgar/data/1232621/000121465925016681/xslSCHEDULE_13G_X01/primary_doc.xml |
| 285 | SCHEDULE 13G/A | MILESTONE PHARMACEUTICALS INC. | 11/14/2025 | . . . each of which contain an issuance limitation that prohibits the holder from exercising the Warrants to the extent that after giving effect to such issuance after the exercise, the holder (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates, including the other Filers) would **beneficially own in excess of** 9.99% of the Shares outstanding immediately after giving effect to the issuance of the Shares issuable upon exercise of the Warrants. | https://www.sec.gov/Archives/edgar/data/1408443/000149315225023424/xslSCHEDULE_13G_X01/primary_doc.xml |
| 286 | SCHEDULE 13G/A | ORUKA THERAPEUTICS, INC. | 11/14/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that . . . together with their affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. . . . Due to the Beneficial Ownership **Blocker** in the Pre-Funded Warrants, each Reporting Person's beneficial ownership percentage is 9.99%. | https://www.sec.gov/Archives/edgar/data/907654/000173804825000022/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 287 | SCHEDULE 13G | IBIO, INC. | 11/14/2025 | As more fully described in Item 4, the Warrants are subject to a 9.99% **blocker** (the "9.99% **Blocker**"), and the percentage set forth in row (11) gives effect to the 9.99% **Blocker**. However, as more fully described in Item 4, the shares of Common Stock reported in rows (6), (8) and (9) include the number of shares of Common Stock that would be issuable upon full exercise of the Warrants and does not give effect to the 9.99% **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by such Reporting Person, after giving effect to the 9.99% **Blocker**, is less than the number of shares of Common Stock reported in rows (6), (8) and (9). | https://www.sec.gov/Archives/edgar/data/1420720/000090266425004997/xslSCHEDULE_13G_X01/primary_doc.xml |
| 288 | SCHEDULE 13G | TENAX THERAPEUTICS, INC. | 11/14/2025 | As more fully described in Item 4, the Warrants are subject to a 9.99% **blocker** (the "9.99% **Blocker**"), and the percentage set forth in row (11) gives effect to the 9.99% **Blocker**. However, as more fully described in Item 4, the shares of Common Stock reported in rows (6), (8) and (9) include the number of shares of Common Stock that would be issuable upon full exercise of the Warrants and does not give effect to the 9.99% **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by such Reporting Person, after giving effect to the 9.99% **Blocker**, is less than the number of shares of Common Stock reported in rows (6), (8) and (9). | https://www.sec.gov/Archives/edgar/data/34956/000090266425005003/xslSCHEDULE_13G_X01/primary_doc.xml |
| 289 | SCHEDULE 13G/A | COMPASS PATHWAYS PLC | 11/14/2025 | The number represents 3,174,494 ordinary shares . . . issuable upon exercise of certain warrants, the exercise of which is subject to a **beneficial ownership limitation** of 9.99% of the Issuer's outstanding Ordinary Shares. . . . The number represents 187,891 Ordinary Shares . . . issuable upon exercise of certain warrants, the exercise of which is subject to a **beneficial ownership limitation** of 9.99% of the Issuer's outstanding Ordinary Shares. | https://www.sec.gov/Archives/edgar/data/1816590/000121390025111136/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | | |
|---|---|---|---|---|---|
| **Disclosed Blockers in Schedule 13G and 13D Filings – SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\*** | | | | | |
| **#** | **Form** | **Company** | **Filing Date** | **Blocker References – Excerpts from Forms** | **Direct Link to SEC Filing** |
| 290 | SCHEDULE 13G/A | UNICYCIVE THERAPEUTICS, INC. | 11/14/2025 | The Series A-2 Preferred Stock, Series A-3 Preferred Stock, Series A-4 Preferred Stock and Series A-5 Preferred Stock contain **provisions preventing** such Series A-2 Preferred Stock, Series A-3 Preferred Stock, Series A-4 Preferred Stock and Series A-5 Preferred Stock from being converted if such conversion would result in the holder obtaining greater than 9.99% of the Issuer's voting securities. However, the amounts reported in this Item 4 represent the number of shares of Common Stock that would be issuable upon conversion of the Series A-2 Preferred Stock, Series A-3 Preferred Stock, Series A-4 Preferred Stock and Series A-5 Preferred Stock in full, and do not give effect to the blocking provisions. | https://www.sec.gov/Archives/edgar/data/1766140/000121390025111132/xslSCHEDULE_13G_X01/primary_doc.xml |
| 291 | SCHEDULE 13D | GALECTO, INC. | 11/17/2025 | The securities exclude shares of Common Stock issuable upon conversion of the shares of Series B Preferred Stock and Series C Preferred Stock in excess of such **beneficial ownership limitations**. . . . The conversion of the shares of Series B Preferred Stock and Series C Preferred stock is each subject to a **beneficial ownership limitation** . . . The securities exclude shares of Common Stock issuable upon conversion of the shares of Series B Preferred Stock and Series C Preferred Stock in excess of such **beneficial ownership limitation**s. At such time as . . . beneficially own 9.0% or less of the shares of Common Stock, the **beneficial ownership limitation**s with respect to the Series B Preferred Stock and Series C Preferred Stock will automatically reduce to 9.99% | https://www.sec.gov/Archives/edgar/data/1800315/000119312525285070/xslSCHEDULE_13D_X01/primary_doc.xml |
| 292 | SCHEDULE 13G/A | CLEARMIND MEDICINE INC. | 11/18/2025 | Pursuant to the terms of the Reported Warrants, the Reporting Persons cannot exercise the Reported Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding shares of Common Stock (other than certain Reported Warrants which are subject to a 4.99% **blocker**) (collectively, the **"Blockers"**). | https://www.sec.gov/Archives/edgar/data/1481867/000093041325003473/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 293 | SCHEDULE 13G | SUPERX AI TECHNOLOGY LTD | 11/18/2025 | . . . and 347,038 Ordinary Shares issuable upon exercise of certain warrants as a result of the **beneficial ownership limitation** because such warrants held subject to the **beneficial ownership limitation** may not be exercised to the extent that doing so would result in the holder of the warrants (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates) beneficially owning more than 9.99% of the Ordinary Shares then outstanding immediately after giving effect to such exercise (the "**Beneficial Ownership Limitation**"). | https://www.sec.gov/Archives/edgar/data/1861048/000186104825000003/xslSCHEDULE_13G_X01/primary_doc.xml |
| 294 | SCHEDULE 13G | ENGENE HOLDINGS INC. | 11/18/2025 | The Master Fund directly holds 5,869,076 shares of Common Stock and 2,735,295 Pre-Funded Warrants immediately exercisable for shares of Common Stock at an exercise price of $0.0001 per share, subject to the **Beneficial Ownership Limitation** (as defined below). The terms of the Pre-Funded Warrants provide that the Pre-Funded Warrants may not be exercised if, after such exercise, the Reporting Persons would beneficially own, as determined in accordance with Section 13(d) if the Securities Exchange Act of 1934, as amended, more than 9.99% of the shares of Common Stock then issued and outstanding (the "**Beneficial Ownership Limitation**"). As of the date hereof, the **Beneficial Ownership Limitation** permits the Reporting Persons to exercise Pre-Funded Warrants for an aggregate of not more than 901,529 shares of Common Stock. In providing the beneficial ownership information set forth herein, the Reporting Persons have assumed that the aggregate remaining Pre-Funded Warrants held by the Reporting Persons are not exercisable due to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1224962/000119312525286126/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |
|---|

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 295 | SCHEDULE 13G/A | HEARTCORE ENTERPRISES, INC. | 11/20/2025 | This amount does not give full effect to the shares of Common Stock issuable upon full conversion of the Series A Convertible Preferred Stock, par value $0.0001 ("Preferred Shares") directly held by the Reporting Person, which exercise is subject to a 4.99% beneficial ownership **blocker** (the "**Blocker**"). . . . Due to the **Blocker**, the Reporting Person is prohibited from converting the Preferred Stock into shares of Common Stock if, as a result of such exercise, the holder, together with its affiliates and any persons acting as a group together with such holder or any of such affiliates, would beneficially own more than 4.99% of the total number of shares of Common Stock then issued and outstanding immediately after giving effect to the conversion. | https://www.sec.gov/Archives/edgar/data/1892322/000121390025113271/xslSCHEDULE_13G_X01/primary_doc.xml |
| 296 | SCHEDULE 13G | SURF AIR MOBILITY INC. | 11/20/2025 | The Warrant provides that the Reporting Person is prohibited from exercising the Warrant for such number of shares of Common Stock as would result in beneficial ownership by the Reporting Person of Common Stock exceeding 9.99% of all outstanding Common Stock, subject to certain exceptions. | https://www.sec.gov/Archives/edgar/data/1936224/000110465925114595/xslSCHEDULE_13G_X01/primary_doc.xml |
| 297 | SCHEDULE 13G | VERASTEM, INC. | 11/21/2025 | The Issuer shall not effect the exercise of any portion of the Pre-Funded Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise. | https://www.sec.gov/Archives/edgar/data/1526119/000117266125005221/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 298 | SCHEDULE 13D/A | COHERENT CORP. | 11/24/202 5 | On November 20, 2025 the Reporting Person and the Issuer entered into a **Conversion Cap** Agreement (the "**Conversion Cap**") applicable to the Reporting Person's Series B Preferred Stock, which is convertible into shares of the Issuer's common stock (the "Common Stock"). Pursuant to the **Conversion Cap**, the Reporting Person is prohibited from converting, and the Issuer will not give effect to any conversion of, any Series B Preferred Stock to the extent that, after giving effect to such conversion, the Reporting Person's beneficial ownership of Common Stock, together with certain affiliates and attribution parties, would exceed 9.99%, as determined in accordance with Rule 13d-3 under the Securities Exchange Act of 1934. | https://www.sec. gov/Archives/ed gar/data/820318/ 00011931252529 4132/xslSCHED ULE_13D_X01/ primary_doc.xml |
| 299 | SCHEDULE 13D | VERRICA PHARMACEUTICALS INC. | 11/24/202 5 | As more fully described in Item 5(a), the Reported Warrants are subject to the 9.99% **Blocker** (as defined in Item 5(a)) and the percentage set forth on row (13) gives effect to the 9.99% **Blocker**. However, rows (8), (10) and (11) show the number of shares of Common Stock that would be issuable upon the full exercise of the Reported Warrants and does not give effect to the 9.99% **Blocker**. Therefore, the actual number of shares of Common Stock beneficially owned by such Reporting Person, after giving effect to the 9.99% **Blocker**, is less than the number of securities reported on rows (8), (10) and (11). . . . Pursuant to the terms of the Reported Warrants, the Reporting Persons cannot exercise any of the Reported Warrants (including the Pre-Funded Warrant and the Series C Warrant) to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Stock (the "9.99% **Blocker**") and the percentage set forth in Row (11) of the cover page for each of the Reporting Persons gives effect to the 9.99% **Blocker**. Consequently, at this time, the Reporting Persons are not able to exercise all of such Reported Warrants due to the 9.99% **Blocker**. | https://www.sec. gov/Archives/ed gar/data/1660334 /0000902664250 05145/xslSCHE DULE_13D_X0 1/primary_doc.x ml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 300 | SCHEDULE 13G | ELEDON PHARMACEUTICALS, INC. | 11/24/2025 | Excludes pre-funded warrants held by the Reporting Persons with a **beneficial ownership limitation** of 4.99%. . . . The calculation of the beneficial ownership of the Reporting Persons is based on 79,630,297 shares outstanding as November 13, 2025, as provided by the Issuer to the Reporting Persons. Excludes pre-funded warrants held by the Reporting Persons with a **beneficial ownership limitation** of 4.99%. | https://www.sec.gov/Archives/edgar/data/1404281/000110465925115374/xslSCHEDULE_13G_X01/primary_doc.xml |
| 301 | SCHEDULE 13G | SENESTECH, INC. | 11/24/2025 | The percentage set forth in this Schedule 13G is calculated based upon an aggregate of 5,223,015 shares of Common Stock outstanding as of November 7, 2025, as reported in the Issuer's Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2025, filed with the Securities and Exchange Commission on November 10, 2025, subject to the 9.99% **Blocker**. [Holder] holds a Series I Common Stock Warrant of the Issuer (the "Warrants"), which contains a 9.99% beneficial ownership **blocker** (the "9.99% **Blocker**"), pursuant to which [Holder] cannot exercise such Warrant to the extent the Reporting Person, [Holder] or any of its or their affiliates, would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Stock and the percentage set forth in Row 11 of the cover page for the Reporting Person gives effect to the 9.99% **Blocker**. Consequently, at this time, the Reporting Person . . . is not able to exercise all of the Warrants . . . due to the 9.99% **Blocker**. In addition, [entity] holds a Warrant which contains a 4.99% beneficial ownership **blocker** (the "4.99% **Blocker**"), pursuant to which. . . | https://www.sec.gov/Archives/edgar/data/1273782/000090266425005143/xslSCHEDULE_13G_X01/primary_doc.xml |

| | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 302 | SCHEDULE 13D/A | DIANTHUS THERAPEUTICS, INC. /DE/ | 11/25/2025 | The securities include (i) . . . , and (ii) pre-funded warrants to purchase up to 2,444 shares of Common Stock (the "Pre-Funded Warrants"), the exercise of which is subject to a **beneficial ownership limitation** of 4.99% of the outstanding Common Stock. The securities exclude shares of Common Stock issuable upon exercise of the Pre-Funded Warrants in excess of the **beneficial ownership limitation**. Row 13 is based on 42,878,549 shares of Common Stock outstanding, consisting of 42,876,015 shares of Common Stock outstanding as of November 3, 2025, as reported in the Company's most recent Quarterly Report on Form 10-Q, and the 2,444 shares of Common Stock underlying the Pre-Funded Warrants owned by the Reporting Persons, subject to the **beneficial ownership limitation**. . . . Item 3 of the Statement is hereby amended and supplemented as follows: In aggregate, the Reporting Persons have voting and dispositive power over 2,139,635 shares of Common Stock of the Company, which is comprised of . . . and (b) Pre-Funded Warrants to purchase up to 2,444 shares of Common Stock, the exercise of which is subject to a **beneficial ownership limitation** of 4.99% of the outstanding Common Stock. The securities exclude shares of Common Stock issuable upon exercise of the Pre-Funded Warrants in excess of the **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1690585/000110465925116119/xslSCHEDULE_13D_X01/primary_doc.xml |
| 303 | SCHEDULE 13D/A | PLYMOUTH INDUSTRIAL REIT, INC. | 11/25/2025 | The number of shares of Common Stock into which the Warrants are exercisable is limited pursuant to the terms of such Warrants to that number of shares of Common Stock that would result in the Reporting Persons and their affiliates having aggregate beneficial ownership of no more than 9.99% of the total issued and outstanding shares of Common Stock (the "Ownership Limitation"). . . . Due to the Ownership Limitation, as of the date of this filing, the Reporting Persons disclaim beneficial ownership with respect to the remaining 6,815,371 shares of Common Stock into which such Warrants would otherwise be exercisable. | https://www.sec.gov/Archives/edgar/data/1515816/000119312525297728/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 304 | SCHEDULE 13D | ENDRA LIFE SCIENCES INC. | 11/26/2025 | The warrants held by [holder] are subject to a **beneficial ownership limitation** of 9.99%, and such limitation restricts [holder] from exercising that portion of the warrants that would result in [holder] and his affiliates owning, after exercise, a number of shares of common stock in excess of the **beneficial ownership limitation**. The beneficial ownership of [holder] reported herein reflects this limitation. . . . The number of shares deemed outstanding in accordance with Rule 13d-3(d)(i) under the Exchange Act (taking into account the number of shares issuable upon the exercise of options warrants held by [holder] that are reported herein, as required by that Rule) is . . . | https://www.sec.gov/Archives/edgar/data/1083544/000089843225000936/xslSCHEDULE_13D_X01/primary_doc.xml |
| 305 | SCHEDULE 13G | FREIGHT TECHNOLOGIES, INC. | 11/26/2025 | Pursuant to the terms of the Pre-Funded Warrant, the Pre-Funded Warrant shall not be exercisable to the extent (and only to the extent) that, after giving effect to such exercise, the Reporting Person together with its affiliates would **beneficially own in excess of** 9.99% of the outstanding Ordinary Shares of the Issuer immediately after giving effect to such exercise (the "Beneficial Ownership **Blocker**"). . . . Based on the quotient obtained by dividing (a) 648,057, the sum of the Ordinary Shares held by the Reporting Person and the shares issuable upon exercise of the Pre-Funded Warrant, taking into account the Beneficial Ownership **Blocker**, by . . . and (iv) 59,804 Ordinary Shares issuable to the Reporting Person pursuant to the exercise of the Pre-Funded Warrant, taking into account the Beneficial Ownership **Blocker**. | https://www.sec.gov/Archives/edgar/data/1687542/000089843225000937/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 306 | SCHEDULE 13D | CEA INDUSTRIES INC. | 11/26/2025 | The Pre-Funded Warrants are immediately exercisable at an initial exercise price equal to $0.00001 per Share and may be exercised at any time until the Pre-Funded Warrants are exercised in full, subject to the **Beneficial Ownership Limitation** (as defined below). . . . Each of the Pre-Funded Warrants, the Stapled Warrants and the Strategic Advisor Warrants either provide, or the holder has elected, that the holder shall not have the right to exercise any portion of any such warrants to the extent that after giving effect to such issuance after exercise, such holder and certain of its affiliates would be deemed to beneficially own, as determined in accordance with Section 13(d) of the Exchange Act, more than 4.99% of the Issuer's then outstanding Shares (the "**Beneficial Ownership Limitations**"). Pursuant to the terms of the Pre-Funded Warrants, the holder may increase or decrease the **Beneficial Ownership Limitation** upon 61 days' notice to the Issuer, provided that such **Beneficial Ownership Limitation** . . . | https://www.sec.gov/Archives/edgar/data/1482541/000092189525003215/xslSCHEDULE_13D_X01/primary_doc.xml |
| 307 | SCHEDULE 13G | DIGITAL CURRENCY X TECHNOLOGY INC. | 11/28/2025 | . . . and excludes 2,383,225 shares of Common Stock issuable upon the exercise of pre-funded warrants, subject to the 4.99% **blocker** (defined below). Pursuant to the terms of the pre-funded warrants, the Reporting Person cannot exercise any of the pre-funded warrants to the extent the Reporting Person would beneficially own, after any such exercise, more than 4.99% of the Issuer's outstanding Common Stock (the "4.99% **Blocker**"). | https://www.sec.gov/Archives/edgar/data/1957413/000149315225025291/xslSCHEDULE_13G_X01/primary_doc.xml |
| 308 | SCHEDULE 13G | MINGZHU LOGISTICS HOLDINGS LTD | 12/1/2025 | The amounts do not include 1,355,323 Pre-Funded Warrants and 2,000,000 Common Warrants, each to purchase Ordinary Shares, which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1702202/000155335025000167/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 309 | SCHEDULE 13G | CN ENERGY GROUP. INC. | 12/1/2025 | [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Class A Ordinary Shares beneficially owned by [LLC] as of the date of this filing was 498,334 shares, which is 9.99% of the 4,988,337 shares outstanding on October 23, 2025 (as reported in the Issuer's Form F1/A filed on October 29, 2025). To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. . . . To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. | https://www.sec.gov/Archives/edgar/data/1780785/000185141625000027/xslSCHEDULE_13G_X01/primary_doc.xml |
| 310 | SCHEDULE 13D | RYVYL INC. | 12/5/2025 | Pursuant to Section 6(d) of the Certificate of Designation of Preferences, Rights and Limitations of Series C Convertible Preferred Stock filed with the Nevada Secretary of State, the Reporting Person was subject to a **Beneficial Ownership Limitation** that prohibited conversion of the Preferred Stock to the extent such conversion would result in the Reporting Person, together with its affiliates and attribution parties, beneficially owning in excess of 4.99% of the outstanding shares of Common Stock. Under Section 6(d) of the Certificate of Designation, any increase in the **Beneficial Ownership Limitation** is not effective until the 61st day after written notice is delivered to the Issuer. On October 6, 2025, the Reporting Person delivered notice to the Issuer requesting increase of the **Beneficial Ownership Limitation.** | https://www.sec.gov/Archives/edgar/data/1419275/000200763125000008/xslSCHEDULE_13D_X01/primary_doc.xml |
| 311 | SCHEDULE 13G | PASITHEA THERAPEUTICS CORP. | 12/5/2025 | The pre-funded warrants contain **provisions preventing** such warrants from being exercised into shares of Common Stock, if such exercise would result in the holder or its affiliates obtaining greater than 9.99% of the Issuer's voting securities. | https://www.sec.gov/Archives/edgar/data/1841330/000121390025118701/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 312 | SCHEDULE 13D/A | CRESCENT BIOPHARMA, INC. | 12/8/2025 | The exercise of the Pre-Funded Warrants is subject to a **beneficial ownership limitation** of 9.99% of the outstanding Ordinary Shares and the exercise of the Series A Preferred Shares is subject to a **beneficial ownership limitation** of 19.99%. The securities exclude Ordinary Shares issuable upon exercise of Pre-Funded Warrants in excess of the **beneficial ownership limitation**. At such time as . . . the **beneficial ownership limitation** with respect to the Series A Preferred Shares will automatically reduce to 9.99%. | https://www.sec.gov/Archives/edgar/data/1253689/000110465925119323/xslSCHEDULE_13D_X01/primary_doc.xml |
| 313 | SCHEDULE 13G | EQUILLIUM, INC. | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 6,083,239 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/1274173/000127417325000335/xslSCHEDULE_13G_X01/primary_doc.xml |
| 314 | SCHEDULE 13G | IMMUNIC, INC. | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 12,016,444 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/1274173/000127417325000336/xslSCHEDULE_13G_X01/primary_doc.xml |
| 315 | SCHEDULE 13G/A | INOVIO PHARMACEUTICALS, INC. | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 6,666,295 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/1055726/000127417325000337/xslSCHEDULE_13G_X01/primary_doc.xml |
| 316 | SCHEDULE 13G/A | LEXEO THERAPEUTICS, INC. | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 7,291,434 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/1274173/000127417325000338/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 317 | SCHEDULE 13G | OVID THERAPEUTICS INC. | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 7,114,114 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/1274173/000127417325000340/xslSCHEDULE_13G_X01/primary_doc.xml |
| 318 | SCHEDULE 13G | PALATIN TECHNOLOGIES INC | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 170,097 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/911216/000127417325000341/xslSCHEDULE_13G_X01/primary_doc.xml |
| 319 | SCHEDULE 13G | PALISADE BIO, INC. | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 14,885,421 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/1274173/000127417325000342/xslSCHEDULE_13G_X01/primary_doc.xml |
| 320 | SCHEDULE 13G | PASITHEA THERAPEUTICS CORP. | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 10,229,652 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/1274173/000127417325000343/xslSCHEDULE_13G_X01/primary_doc.xml |
| 321 | SCHEDULE 13G | TENAX THERAPEUTICS, INC. | 12/8/2025 | [Holder] may be deemed to be the beneficial owner of 623,733 shares, inclusive of certain pre-funded and/or common warrants (the Warrants). The Warrants are only exercisable within 60 days to the extent that, after giving effect to such exercise, the holders thereof and their affiliated persons would not beneficially own more than 9.99% of the outstanding common stock. | https://www.sec.gov/Archives/edgar/data/34956/000127417325000344/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | | |
|---|---|---|---|---|---|
| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\*** | | | | | |
| **#** | **Form** | **Company** | **Filing Date** | **Blocker References - Excerpts from Forms** | **Direct Link to SEC Filing** |
| 322 | SCHEDULE 13G | TOP WEALTH GROUP HOLDING LTD | 12/10/2025 | The amount does not include an additional 136,000 Class A Ordinary Shares issuable upon the exercise of 46,000 Series A Class A Warrants and 90,000 Series B Class A Warrants, the exercise of which are subject to a 9.99% **beneficial ownership limitation**. . . . [GP] may be deemed to beneficially own the: (i) 134,000 Class A Ordinary Shares beneficially owned by [] Capital, and (ii) 136,000 Class A Ordinary Shares issuable upon the exercise of Series A Class A Warrants and Series B Class A Warrants, the exercise of which are subject to a 9.99% **beneficial ownership limitation** owned by [] Capital. | https://www.sec.gov/Archives/edgar/data/1288478/000092189525003312/xslSCHEDULE_13G_X01/primary_doc.xml |
| 323 | SCHEDULE 13G/A | FULCRUM THERAPEUTICS, INC. | 12/10/2025 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**"), which precludes the exercise of the Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. The Fund is currently prohibited from exercising the Pre-Funded Warrants by virtue of the Beneficial Ownership **Blocker**. | https://www.sec.gov/Archives/edgar/data/1346824/000134682425000068/xslSCHEDULE_13G_X01/primary_doc.xml |
| 324 | SCHEDULE 13G/A | ARTEC GLOBAL MEDIA, INC. | 12/10/2025 | [LLC]'s **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's common stock beneficially owned by [LLC] as of the date of this filing was 69,851,831 shares, which is 9.99% of the 699,217,523 shares that were outstanding on that date (as reported in the Issuer's Form 10-Q filed on June 20, 2016). . . . [LLC] has rights, under a Convertible Promissory Note and a series of Warrants, to own an aggregate number of shares of the Issuer's common stock which, except for a contractual cap on the amount of outstanding shares of the Issuer's common stock that [LLC] may own, would exceed such a cap. | https://www.sec.gov/Archives/edgar/data/1561865/000157927125000002/xslSCHEDULE_13G_X01/primary_doc.xml |
| 325 | SCHEDULE 13G | CXAPP INC. | 12/11/2025 | [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Class A common stock beneficially owned by [LLC] as of the date of this filing was 2,860,068 shares, which is 9.99% of the 28,629,315 shares outstanding on November 11, 2025 (as reported in the Issuer's 10-Q filed on November 12, 2025). | https://www.sec.gov/Archives/edgar/data/1820875/000206299625000007/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 326 | SCHEDULE 13G | TOP WEALTH GROUP HOLDING LTD | 12/11/2025 | The amount does not include an additional 136,000 Class A Ordinary Shares issuable upon the exercise of 46,000 Series A Class A Warrants and 90,000 Series B Class A Warrants, the exercise of which are subject to a 9.99% **beneficial ownership limitation**. . . . As of December 9, 2025, [LLC] may be deemed to beneficially own approximately 9.97% of the outstanding Class A Ordinary Shares. . . . Does not include 136,000 Class A Ordinary Shares issuable upon the exercise of Series A Class A Warrants and Series B Class A Warrants, the exercise of which are subject to a 9.99% **beneficial ownership limitation** owned by [LLC]. | https://www.sec.gov/Archives/edgar/data/1978057/000206299625000006/xslSCHEDULE_13G_X01/primary_doc.xml |
| 327 | SCHEDULE 13D/A | KYMERA THERAPEUTICS, INC. | 12/11/2025 | Set forth below in Exhibit 99.1 is the aggregate number of shares of Common Stock directly held by each of the Funds, which may be deemed to be indirectly beneficially owned by the Reporting Persons, as well as shares of Common Stock that may be acquired upon exercise of Prefunded Warrants, subject to the **Beneficial Ownership Limitation** (as defined below). . . . The Prefunded Warrants are only exercisable to the extent that after giving effect to such exercise the holders thereof, together with their affiliates and any members of a Section 13(d) group with such holders, would beneficially own, for purposes of Rule 13d-3 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), no more than 4.99% of the outstanding shares of Common Stock (the "**Beneficial Ownership Limitation**"). By written notice to the Issuer, the Funds may from time to time increase or decrease the **Beneficial Ownership Limitation** applicable to that Fund to any other percentage not in excess of 19.99%. Any such increase will not be effective until the 61st day after such notice is delivered to the Issuer. As a result of this restriction, the number of shares that may be issued upon exercise of the Prefunded Warrants by the above holders may change depending upon changes in the number of outstanding shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1263508/000110465925120356/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 328 | SCHEDULE 13G | XILIO THERAPEUTICS, INC. | 12/11/2025 | The calculation of the beneficial ownership of the Reporting Persons is based on (i) 52,500,328 shares of Common Stock issued and outstanding as of November 11, 2025, as reported by the Issuer in its Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on November 13, 2025, and (ii) 1,013,882 shares of Common Stock issuable upon the exercise of pre-funded warrants held by the Reporting Persons, which reflects the **beneficial ownership limitation** of 9.99%. Excludes pre-funded warrants held by the Reporting Persons in excess of such **beneficial ownership limitation** and Common Stock warrants held by the Reporting Persons with a **beneficial ownership limitation** of 4.99%. | https://www.sec.gov/Archives/edgar/data/1840233/000110465925120365/xslSCHEDULE_13G_X01/primary_doc.xml |
| 329 | SCHEDULE 13G | TOP WEALTH GROUP HOLDING LTD | 12/11/2025 | The amounts in Row (5), (7) and (9) represent 90,000 Class A Ordinary Shares and 39,872 Series A Warrants to purchase Class A Ordinary Shares. The amounts do not include 50,128 Series A Warrants to purchase Class A Ordinary Shares and 90,000 Series B Class A Warrants to purchase Class A Ordinary Shares, each of which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1702202/000107997325001845/xslSCHEDULE_13G_X01/primary_doc.xml |
| 330 | SCHEDULE 13G | TOP WEALTH GROUP HOLDING LTD | 12/12/2025 | . . . which exercises are subject to a 4.99% **beneficial ownership limitation** provision ("**Blocker**"). . . . Beneficial ownership consists of the Ordinary Shares issuable upon exercise of the Warrants held indirectly by the reporting person, which exercises are subject to a **Blocker**. . . . Upon the consummation of the Offering disclosed in the Prospectus, each of the Reporting Persons beneficially owned approximately 6.92% of the outstanding Ordinary Shares due to [LP]'s purchase of (i) 90,000 Ordinary Shares and (ii) Warrants exercisable for up to 180,000 Ordinary Shares, which exercises are subject to a **Blocker**. Subsequent to the Offering and as of the date of this Schedule 13G, the Ordinary Shares purchased by the Reporting Persons in the Offering were disposed, with the Reporting Persons still holding the Warrants, subject to the **Blocker**. Due to the **Blocker**, [LP] may not exercise any of the Warrants as a result of the triggering of the **Blocker** . . . | https://www.sec.gov/Archives/edgar/data/1841619/000175392625001881/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | | |
|---|---|---|---|---|---|
| \# | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 331 | SCHEDULE 13G | PERPETUALS.COM LTD | 12/12/2025 | The reporting person entered into an option agreement with the issuer on December 5, 2025 (the Option Agreement"), . . . the exercise of which is subject to a 9.99% **beneficial ownership limitation** provision (the "**Blocker**"). . . . [LLC] holds the Option, the exercise of which is subject to a **Blocker**. [LLC] may exercise the Option for up to an aggregate of 1,692,878 Ordinary Shares as a result of the triggering of the **Blocker** in the Option Agreement . . . | https://www.sec.gov/Archives/edgar/data/1876295/000175392625001877/xslSCHEDULE_13G_X01/primary_doc.xml |
| 332 | SCHEDULE 13G | ANTELOPE ENTERPRISE HOLDINGS LTD | 12/12/2025 | [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Class A Ordinary Shares beneficially owned by [LLC] as of the date of this filing was 261,396 shares, which is 9.99% of the 2,616,577 shares outstanding on July 22, 2025 (as reported in the Issuer's Form F-3 filed on that date). To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. . . . [LLC] has rights, under a Pre-Paid Purchase #1, to own an aggregate number of shares of the Issuer's Class A Ordinary Shares which, except for a contractual cap on the amount of outstanding shares that [LLC] may own, would exceed such a cap. | https://www.sec.gov/Archives/edgar/data/1470683/000185141625000029/xslSCHEDULE_13G_X01/primary_doc.xml |
| 333 | SCHEDULE 13G | ARRIVE AI INC. | 12/12/2025 | [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Ordinary Shares beneficially owned by [LLC] as of the date of this filing was 3,417,917 shares, which is 9.99% of the 34,213,387 shares outstanding on November 14, 2025 (as reported in the Issuer's 10-Q filed on that date). To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. . . . [LLC] has rights, under a series of Pre-Paid Purchases, to own an aggregate number of shares of the Issuer's Ordinary Shares which, except for a contractual cap on the amount of outstanding shares that [LLC] may own, would exceed such a cap. [LLC]'s current **ownership cap** is 9.99%. | https://www.sec.gov/Archives/edgar/data/1818274/000185141625000030/xslSCHEDULE_13G_X01/primary_doc.xml |

Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 334 | SCHEDULE 13G | FUTURE FINTECH GROUP INC. | 12/15/2025 | [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's common stock beneficially owned by [LLC] as of the date of this filing was 2,013,315 shares, which is 9.99% of the 20,153,311 shares outstanding on November 14, 2025 (as reported in the Issuer's 10-Q filed on that date). To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. | https://www.sec.gov/Archives/edgar/data/1066923/000206299625000008/xslSCHEDULE_13G_X01/primary_doc.xml |
| 335 | SCHEDULE 13G | INTERCONT (CAYMAN) LTD | 12/15/2025 | [LLC] has rights, under a Pre-Paid Purchase #1, to own an aggregate number of shares of the Issuer's Ordinary Shares which, except for a contractual cap on the amount of outstanding shares that [LLC] may own, would exceed such a cap. [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Ordinary Shares beneficially owned by [LLC] as of the date of this filing was 2,928,615 shares, which is 9.99% of the 29,315,471 shares outstanding on November 6, 2025 (as reported in the Issuer's Form 424B4 filed on November 28, 2025). To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. | https://www.sec.gov/Archives/edgar/data/1851416/000185141625000033/xslSCHEDULE_13G_X01/primary_doc.xml |
| 336 | SCHEDULE 13D | OCEANPAL INC. | 12/16/2025 | . . . the Reporting Persons may in the future take such actions with respect to their investment in the Issuer as they deem appropriate including, without limitation: (a) Acquiring additional securities of the Issuer, or disposing of some or all of their securities of the Issuer, subject to the 9.99% beneficial ownership **blocker provisions** in the Pre-Funded Warrants. . . . Beneficial Ownership **Blocker**[:]The Pre-Funded Warrants contain a provision that prevents exercise to the extent that, after giving effect to such exercise, the holder would **beneficially own in excess of** 9.99% of the outstanding Common Stock. This **blocker provision** resulted in the allocation of 3,406,605 shares of Common Stock (just under the 9.99% threshold) with the remainder of the investment allocated to Pre-Funded Warrants. The **blocker** may be waived by the holder upon 61 days' prior notice to the Issuer. | https://www.sec.gov/Archives/edgar/data/1869467/000210008425000001/xslSCHEDULE_13D_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 337 | SCHEDULE 13G | QUOIN PHARMACEUTICALS, LTD. | 12/16/2025 | The pre-funded warrants and ordinary warrants are subject to a 9.99% **beneficial ownership limitation**. . . . The pre-funded warrants and ordinary warrants are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1440771/000093583625000719/xslSCHEDULE_13G_X01/primary_doc.xml |
| 338 | SCHEDULE 13G | ALGORHYTHM HOLDINGS, INC. | 12/16/2025 | Reporting Person [LLC] has rights, under a series of Pre-Paid Purchases, to own an aggregate number of shares of the Issuer's common stock which, except for a contractual cap on the amount of outstanding shares that [LLC] may own, would exceed such a cap. [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's common stock beneficially owned by [LLC] as of the date of this filing was 271,905 shares, which is 9.99% of the 2,721,778 shares outstanding on November 17, 2025 (as reported in the Issuer's 10-Q filed on November 19, 2025). | https://www.sec.gov/Archives/edgar/data/923601/000185141625000034/xslSCHEDULE_13G_X01/primary_doc.xml |
| 339 | SCHEDULE 13G/A | SIONIX CORP | 12/16/2025 | [Inc.]'s current **ownership cap** is 9.99% of the Issuer's outstanding shares. Thus, the number of shares of the Issuer's common stock beneficially owned by [Inc.] as of the date of this filing was 47,336,074 shares, which is 9.99% of the 473,834,579 shares that were outstanding on that date (as reported in the Issuer's Form 10-Q filed on August 27, 2013). | https://www.sec.gov/Archives/edgar/data/764667/000155312425000002/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|------|---------|-------------|------------------------------------------|---------------------------|
| 340 | SCHEDULE 13G | GRI BIO, INC. | 12/17/2025 | The foregoing excludes (I) 2,170,546 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 2,533,334 shares of Common Stock issuable upon exercise of a second warrant to be issued to [] at the closing of the transaction contemplated by the [agreement] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (III) 97,223 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390025123019/xslSCHEDULE_13G_X01/primary_doc.xml |
| 341 | SCHEDULE 13G | C3IS INC. | 12/17/2025 | The amounts do not include 1,431,787 Pre-Funded Warrants to purchase Common Shares, 1,875,000 Series D Warrants to purchase Common Shares and 1,875,000 Series E Warrants to purchase Common Shares, each of which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1702202/000107997325001866/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 342 | SCHEDULE 13G | FUSION FUEL GREEN PLC | 12/18/2025 | The warrants are exercisable immediately, subject to the **Beneficial Ownership Limitation** (as defined below). A holder of the warrants may not exercise any such warrants to the extent that such exercise would result in the number of shares beneficially owned by such holder and his or its affiliates exceeding 4.99% of the total number of shares outstanding immediately after giving effect to the exercise, except that upon at least 61 days' prior notice from the holder to the issuer, the holder may increase **beneficial ownership limitation** to up to 9.99% of the number of shares outstanding immediately after giving effect to the exercise (the "**Beneficial Ownership Limitation**"). The Reporting Persons' **Beneficial Ownership Limitation** is currently set at 4.99% and, accordingly, the Reporting Persons cannot exercise the warrants and do not beneficially own any of the shares underlying the warrants. | https://www.sec.gov/Archives/edgar/data/1819794/000121390025123351/xslSCHEDULE_13G_X01/primary_doc.xml |
| 343 | SCHEDULE 13G | OVID THERAPEUTICS INC. | 12/18/2025 | Due to the Beneficial Ownership **Blocker** listed in the Warrants, each Reporting Person's beneficial ownership percentage is 9.99%. Such percentage is based upon the sum of (i) 130,184,353 shares of common stock outstanding as of December 15, 2025, as reported in the Issuer's Registration Statement on Form S-3 filed with the Securities and Exchange Commission (the "SEC") on December 15, 2025 and . . . | https://www.sec.gov/Archives/edgar/data/1346824/000134682425000079/xslSCHEDULE_13G_X01/primary_doc.xml |
| 344 | SCHEDULE 13G | C3IS INC. | 12/18/2025 | The amounts do not include 1,431,787 Pre-Funded Warrants to purchase Common Shares, 1,875,000 Series D Warrants to purchase Common Shares and 1,875,000 Series E Warrants to purchase Common Shares, each of which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1890802/000107997325001874/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 345 | SCHEDULE 13G/A | ERNEXA THERAPEUTICS INC. | 12/19/2025 | Pursuant to the terms of the Warrants, the Reporting Person cannot exercise either Warrant for Warrant Shares to the extent the Reporting Person would beneficially own, after any such conversion or exercise, more than 9.99% of the outstanding shares of Common Stock (the **"Blocker"**). The table excludes 324,759 shares of Common Stock issuable upon exercise of the Warrants because of the **Blocker** on each Warrant. . . . As noted above, the Warrants each have a **Blocker** and the table excludes 324,759 shares of Common Stock issuable upon exercise of the Warrants because of the **Blocker** on each Warrant. | https://www.sec.gov/Archives/edgar/data/748592/000119312525326739/xslSCHEDULE_13G_X01/primary_doc.xml |
| 346 | SCHEDULE 13D/A | QUANTUM CORP /DE/ | 12/22/2025 | In connection with the issuance of the Convertible Notes, on December 22, 2025, [LLC] delivered to the Issuer a waiver of the limitation on exercise of the Forbearance Warrant that would prevent exercise of the Forbearance Warrant to the extent that [LLC], its affiliates and any other persons whose beneficial ownership of Common Stock would be aggregated with [LLC]'s for purposes of Section 13(d) of the Securities Exchange Act of 1934 would **beneficially own in excess of** 4.99% . . . | https://www.sec.gov/Archives/edgar/data/709283/000094787125001089/xslSCHEDULE_13D_X01/primary_doc.xml |
| 347 | SCHEDULE 13G | ACTELIS NETWORKS INC | 12/22/2025 | The amounts do not include 500,000 Warrants to purchase shares of Common Stock, which is subject to a 4.99% **beneficial ownership limitation**. . . . To the extent [the directors] are deemed to beneficially own such securities, [the directors] disclaim beneficial ownership of these securities except to the extent of its pecuniary interest therein, and the inclusion of these shares in this report shall not be deemed an admission of beneficial ownership of all of the reported shares for purposes of Section 13 and the rules thereunder. | https://www.sec.gov/Archives/edgar/data/1141284/000107997325001888/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 348 | SCHEDULE 13D/A | LEONABIO, INC. | 12/22/2025 | The terms of the Warrants will provide that the Warrants may not be exercised if, after such exercise, the Reporting Persons, together with their Attribution Parties (as defined in the Warrants) would beneficially own, as determined in accordance with Section 13(d) of the Securities Exchange Act of 1934, as amended, . . . after giving effect to such exercise (the "**Beneficial Ownership Limitation**"). . . . The terms of the [] Pre-Funded Warrants will provide that the [] Pre-Funded Warrants may not be exercised if, after such exercise, . . . [holder] would beneficially own, as determined in accordance with Section 13(d) of the Securities Exchange Act of 1934, as amended, more than 4.99% of the shares of Common Stock then issued and outstanding after giving effect to such exercise (the "[] **Beneficial Ownership Limitation**"). The [] **Beneficial Ownership Limitation** may be increased or decreased by [holder] with 61 days' written notice to the Company . . . | https://www.sec.gov/Archives/edgar/data/1224962/000119312528818/xslSCHEDULE_13D_X01/primary_doc.xml |
| 349 | SCHEDULE 13G | IN8BIO, INC. | 12/22/2025 | Comment for Type of Reporting Person:   The securities beneficially owned by the reporting persons consist of (1) 679,421 shares of Common Stock, and (2) Prefunded Warrants to acquire 929,275 shares of Common Stock, subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1796280/000095017025108850/xslSCHEDULE_13D_X01/primary_doc.xml |
| 350 | SCHEDULE 13D/A | TRINITY BIOTECH PLC | 12/23/2025 | . . . then beneficially owned by the holder and its Attribution Parties (as defined in the Conversion Rights Agreement) would exceed the Beneficial **Ownership Cap** (as defined in Item 6). Accordingly, notwithstanding the number of Ordinary Shares reported, the Reporting Person disclaims beneficial ownership of any Ordinary Shares,. . .  to the extent that upon such exercise or conversion the number of Ordinary Shares beneficially owned by all Reporting Persons hereunder, in the aggregate, would exceed the Beneficial **Ownership Cap**. | https://www.sec.gov/Archives/edgar/data/888721/000119312525331083/xslSCHEDULE_13D_X01/primary_doc.xml |

| | | | | | |
|---|---|---|---|---|---|
|  | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** |
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 351 | SCHEDULE 13G | HYPERLIQUID STRATEGIES INC | 12/23/2025 | Each Advisor Warrant is exercisable to purchase an aggregate of 9,131,600 shares of common stock of the Issuer for a period of five years following the Closing, and is subject to a **"blocker"** provision such that it cannot be exercised to the extent that the holder, together with its affiliates and certain other attribution parties, would beneficially own more than 9.99% of the number of shares of common stock of the Issuer outstanding immediately after giving effect to the issuance of the shares issuable upon exercise. | https://www.sec.gov/Archives/edgar/data/2078856/000119312525330279/xslSCHEDULE_13G_X01/primary_doc.xml |
| 352 | SCHEDULE 13G | FOUNDER GROUP LTD | 12/23/2025 | [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Ordinary Shares beneficially owned by [LLC] as of the date of this filing was 2,734,397 shares, which is 9.99% of the 27,371,344 shares outstanding on December 2, 2025 (as reported in the Issuer's Form 144 filed on that date). To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. | https://www.sec.gov/Archives/edgar/data/1851416/000185141625000036/xslSCHEDULE_13G_X01/primary_doc.xml |
| 353 | SCHEDULE 13D/A | IN8BIO, INC. | 12/29/2025 | However, each of the [] Warrants is subject to a restriction on exercise to the extent the beneficial ownership of the Reporting Persons would exceed 9.99% (the **"Beneficial Ownership Limitation"**). . . . Shared voting and dispositive power includes a total of 104,693 Shares issuable upon the exercise of the [] Warrants that are not currently exercisable due to the **Beneficial Ownership Limitation**. . . . The Pre-Funded Warrants have an exercise price of $0.0001 per share, will be exercisable immediately and will be exercisable until the Pre-Funded Warrants are exercised in full.; provided, however, that the exercise of such Pre-Funded Warrants is subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1714576/000171457625000003/xslSCHEDULE_13D_X01/primary_doc.xml |
| 354 | SCHEDULE 13G | ACTELIS NETWORKS INC | 12/29/2025 | The amounts do not include 169,250 Pre-Funded Warrants to purchase shares of Common Stock and 812,500 Warrants to purchase shares of Common Stock, each of which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1141284/000155335025000202/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 355 | SCHEDULE 13G | OLENOX INDUSTRIES INC. | 12/30/2025 | The Holding Company's preferred shares are subject to a **blocker** which prevents the Holding Company from exercising its preferred shares to purchase Shares or otherwise convert such instruments into Shares to the extent that, upon such exercise, the Holding Company, together with its affiliates would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such exercise or conversion (the "**Blocker**"). As such, the percent of class reported herein is giving effect to the **Blocker** and is based upon a statement in the Issuer's Form 10-Q filed on November 14, 2025 that there were 5,688,555 Shares outstanding as of November 12, 2025 plus the approximate total number of Shares that the Reporting Persons can acquire upon the conversion of its preferred shares subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1023994/000194797525000027/xslSCHEDULE_13G_X01/primary_doc.xml |
| 356 | SCHEDULE 13G | ROBO.AI INC. | 12/30/2025 | The Holding Company's convertible debt is subject to a **blocker** which prevents the Holding Company from exercising its convertible debt to purchase Shares or otherwise convert such instruments into Shares to the extent that, upon such exercise, the Holding Company, together with its affiliates would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such exercise or conversion (the "**Blocker**"). As such, the percent of class reported herein is giving effect to the **Blocker** and is based upon a statement in Exhibit 10.2 of the Issuer's Form 6-K filed on December 15, 2025 that there were 301,255,850 Shares outstanding as of December 10, 2025 plus the approximate total number of Shares that the Reporting Persons can acquire upon the conversion of its convertible debt subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1932737/000194797525000025/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 357 | SCHEDULE 13G | DERMATA THERAPEUTICS, INC. | 12/30/2025 | The amount does not include: (i) 415,200 shares of Common Stock issuable upon exercise of Pre-Funded Warrants, which were subject to a 9.99% **beneficial ownership limitation**, (ii) 490,200 shares of Common Stock issuable upon exercise of Series C Warrants, the exercise of which are subject to shareholder approval and a 4.99% **beneficial ownership limitation**, and (iii) 490,200 shares of Common Stock issuable upon exercise of Series D Warrants, the exercise of which are subject to shareholder approval and a 4.99% **beneficial ownership limitation**. . . . The amount does not include: (i) 122,549 shares of Common Stock issuable upon exercise of Series C Warrants, the exercise of which are subject to shareholder approval and a 4.99% **beneficial ownership limitation**, and (ii) 122,549 shares of Common Stock issuable upon exercise of Series D Warrants, the exercise of which are subject to shareholder approval and a 4.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1288478/000092189525002710/xslSCHEDULE_13G_X01/primary_doc.xml |
| 358 | SCHEDULE 13G | VISIONWAVE HOLDINGS, INC. | 12/31/2025 | As of December 15, 2025, [Ltd.] is the beneficial owner of 1,800,000 Shares consisting of (i) 1,500,000 Shares; and (ii) pre-funded warrants to purchase up to 300,000 Shares exercisable within 60 days of December 15, 2025, which are subject to a **beneficial ownership limitation** of 9.99% of the Issuer's issued and outstanding shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/2038439/000117891325004154/xslSCHEDULE_13G_X01/primary_doc.xml |
| 359 | SCHEDULE 13G | MINERVA NEUROSCIENCES, INC. | 12/31/2025 | The Series A Preferred Stock contains a provision that prevents these securities from being converted into shares of Common Stock, if such conversion would result in the holder or its affiliates obtaining greater than 9.99% of the Issuer's voting securities. | https://www.sec.gov/Archives/edgar/data/1598646/000121390025127135/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 360 | SCHEDULE 13D | IN8BIO, INC. | 1/2/2026 | Each of the Series C Warrants and the Pre-Funded Warrants contains a provision (the **"Beneficial Ownership Limitation"**) which precludes exercise of the Warrants to the extent that, following exercise, the holder, together with any other persons whose beneficial ownership of Common Stock could be aggregated with the holder's for purposes of the Exchange Act, would own more than 4.99% of the Common Stock outstanding . . . The Pre-Funded Warrants are subject to the **Beneficial Ownership Limitation**. . . . The Series C Warrants are subject to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1682638/000168263826000002/xslSCHEDULE_13D_X01/primary_doc.xml |
| 361 | SCHEDULE 13G | DERMATA THERAPEUTICS, INC. | 1/2/2026 | The foregoing excludes (I) 147,059 shares of Common Stock issuable upon exercise of a warrant held by [] ("[] Warrant 1") because [] Warrant 1 is not exercisable until the effective date of stockholder approval of the issuance of the shares of Common Stock issuable upon exercise of [] Warrant 1 (and [] Warrant 1 also contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock), (II) 147,059 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 is not exercisable until the effective date of stockholder approval of the issuance of the shares of Common Stock issuable upon exercise of [] Warrant 2 (and [] Warrant 2 also contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock) . . . | https://www.sec.gov/Archives/edgar/data/1646799/000121390026000486/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |
|---|

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 362 | SCHEDULE 13G | SOBR SAFE, INC. | 1/2/2026 | The foregoing excludes (I) 241,290 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock, (II) 430,108 shares of Common Stock issuable upon exercise of a second warrant held by [] ("[] Warrant 2") because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock, (III) 430,108 shares of Common Stock issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof . . . | https://www.sec.gov/Archives/edgar/data/1425627/000121390026000490/xslSCHEDULE_13G_X01/primary_doc.xml |
| 363 | SCHEDULE 13G | GLOBAVEND HOLDINGS LTD | 1/6/2026 | The amounts do not include 84,979 Pre-Funded Warrants to purchase Ordinary Shares, which is subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1702202/000107997326000038/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 364 | SCHEDULE 13D/A | DERMATA THERAPEUTICS, INC. | 1/8/2026 | A holder of Warrants may not exercise any portion of such holder's Warrants to the extent that the holder, together with its affiliates, would beneficially own more than 4.99% (or, at the election of the holder, 9.99%) of the Issuer's outstanding shares of Common Stock immediately after exercise, except that upon at least 61 days' prior notice from the holder to the Issuer, the holder may increase **beneficial ownership limitation** to up to 9.99% of the number of shares of Common Stock outstanding immediately after giving effect to the exercise. | https://www.sec.gov/Archives/edgar/data/1279191/000149315226000967/xslSCHEDULE_13D_X01/primary_doc.xml |
| 365 | SCHEDULE 13G | CRYPTO CO | 1/9/2026 | . . . and (ii) 863,415,563 pre-funded warrants to purchase up to 863,415,563 shares of Common Stock, exercisable within 60 days of December 10, 2025, which are subject to a **beneficial ownership limitation** of 9.99% of the Issuer's issued and outstanding shares of Common Stock . . . | https://www.sec.gov/Archives/edgar/data/1688126/000116169726000025/xslSCHEDULE_13G_X01/primary_doc.xml |
| 366 | SCHEDULE 13G | FREIGHT TECHNOLOGIES, INC. | 1/12/2026 | The Holding Company's Preferred Stock is subject to a **blocker** which prevents the Holding Company from exercising and/or converting its Preferred Stock into Shares to the extent that, upon such exercise or conversion, the Holding Company, together with its affiliates would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such exercise or conversion (the "**Blocker**"). For the sake of clarity, as of the date of this filing, an affiliate of the Reporting Persons holds certain Shares, and such Shares have been excluded for purposes of the beneficial ownership reported herein. As such, the percent of class reported herein is giving effect to the **Blocker** and is based upon the Issuers number of Shares outstanding plus the approximate total number of Shares that the Reporting Persons can acquire upon the exercise and/or conversion of its Preferred Stock subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1687542/000182046526000003/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |
|---|

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 367 | SCHEDULE 13G | GALECTO, INC. | 1/12/2026 | Subject to receiving approval by the Issuer's stockholders of the issuance of shares of Common Stock . . . and the **Beneficial Ownership Limitation** set by the Reporting Person described below, each share of Series C Preferred Stock will automatically convert into 1,000 shares of Common Stock. . . . The shares of Common Stock issuable upon conversion of the shares of Series C Preferred Stock held by the Reporting Person are subject to a **Beneficial Ownership Limitation** of 4.99%. | https://www.sec.gov/Archives/edgar/data/1800315/000119312526010344/xslSCHEDULE_13G_X01/primary_doc.xml |
| 368 | SCHEDULE 13G | GALECTO, INC. | 1/12/2026 | Subject to receiving approval by the Issuer's stockholders of the issuance of shares of Common Stock . . . and the **Beneficial Ownership Limitation** set by the Reporting Person described below, each share of Series C Preferred Stock will automatically convert into 1,000 shares of Common Stock. . . . The shares of Common Stock issuable upon conversion of the shares of Series C Preferred Stock held by the Reporting Person are subject to a **Beneficial Ownership Limitation** of 4.99%. | https://www.sec.gov/Archives/edgar/data/1800315/000119312526010366/xslSCHEDULE_13G_X01/primary_doc.xml |
| 369 | SCHEDULE 13D/A | FOGHORN THERAPEUTICS INC. | 1/13/2026 | The exercise of 2024 Pre-Funded Warrants held by the [holders] is subject to a 9.99% **beneficial ownership limitation**, as previously described in Item 6 of the Schedule 13D . . . | https://www.sec.gov/Archives/edgar/data/1627639/000119312526011881/xslSCHEDULE_13D_X01/primary_doc.xml |
| 370 | SCHEDULE 13G | GRIDAI TECHNOLOGIES CORP. | 1/13/2026 | Each of these securities is subject to a **beneficial ownership limitation** of 4.99% or 9.99% (as applicable) of the Issuer's outstanding Common Stock. As a result of these limitations, the Reporting Person does not have the right to acquire the underlying shares within 60 days if such acquisition would result in beneficial ownership in excess of the applicable limitation. | https://www.sec.gov/Archives/edgar/data/1604191/000121390026003817/xslSCHEDULE_13G_X01/primary_doc.xml |

| | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 371 | SCHEDULE 13D/A | DBV TECHNOLOGIES S.A. | 1/14/2026 | Such Pre-Funded Warrants are only exercisable to the extent that after giving effect or immediately prior to such exercise the holders thereof, their affiliates and any persons who are members of a Section 13(d) group with the holders or one of their affiliates would beneficially own in the aggregate, for purposes of Rule 13d-3 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), no more than 9.99% of the outstanding Ordinary Shares (the "PFW **Beneficial Ownership Limitation**"). The holder, upon notice to the Issuer, may increase or decrease the PFW **Beneficial Ownership Limitation**, provided that (a) to the extent required by law, in the cases of PFW **Beneficial Ownership Limitation** being increased above 9.99%, the holder has obtained certain French regulatory approvals as described in the Terms and Conditions of the Pre-Funded Warrants and (b) the PFW **Beneficial Ownership Limitation** in no event exceeds 19.99% of the number of Ordinary Shares outstanding immediately after giving effect to the issuance of Ordinary Shares upon exercise of the Pre-Funded Warrants held by the Holder. Any increase in the PFW **Beneficial Ownership Limitation** will not be effective until the sixty-first (61st) day after such notice is delivered to the Issuer. | https://www.sec.gov/Archives/edgar/data/1263508/000110465926003806/xslSCHEDULE_13D_X01/primary_doc.xml |
| 372 | SCHEDULE 13G/A | SIGYN THERAPEUTICS, INC. | 1/14/2026 | Comment for Type of Reporting Person: ... (2) Includes (i) 84,608 shares of common stock and (ii) additional shares of common stock issuable upon exercise of warrants (the "Warrants"), Convertible Notes and Convertible Preferred Shares. This amount also excludes a certain amount of shares issuable upon exercise of the Warrants, Convertible Notes and Convertible Preferred Shares since the Warrants, Convertible Notes and Convertible Preferred Shares are not exercisable when the holder beneficially owns in excess of 9.99% of the outstanding shares. | https://www.sec.gov/Archives/edgar/data/1560894/000121390026004186/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 373 | SCHEDULE 13G/A | C3IS INC. | 1/14/2026 | The amounts do not include 1,431,787 Pre-Funded Warrants to purchase Common Shares, 1,875,000 Series D Warrants to purchase Common Shares, and 1,875,000 Series E Warrants to purchase Common Shares, each of which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1909404/000190940426000006/xslSCHEDULE_13G_X01/primary_doc.xml |
| 374 | SCHEDULE 13G | CENTURY THERAPEUTICS, INC. | 1/15/2026 | The Issuer shall not effect the exercise of any portion of the Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise. . . . [LP Fund] is the beneficial owner of 1,918,261 common shares and 959,131 warrants subject to the Maximum Percentage exercise limitation. | https://www.sec.gov/Archives/edgar/data/1850119/000117266126000198/xslSCHEDULE_13G_X01/primary_doc.xml |
| 375 | SCHEDULE 13G/A | IMMUNEERING CORP | 1/15/2026 | The percentage set forth in this Schedule 13G . . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below)). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 4.99% of the outstanding Common Stock (the "**Blocker**") . . . Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1469336/000090266426000247/xslSCHEDULE_13G_X01/primary_doc.xml |
| 376 | SCHEDULE 13G/A | JIUZI HOLDINGS, INC. | 1/15/2026 | The percentage set forth in this Schedule 13G . . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below)). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 4.99% of the outstanding Ordinary Shares (the "**Blocker**"), and the Ordinary Shares listed as beneficially owned in Rows 6, 8 and 9 . . . give effect to the **Blockers**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1469336/000090266426000245/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 377 | SCHEDULE 13G/A | X4 PHARMACEUTICALS, INC | 1/15/2026 | The percentage set forth in this Schedule 13G . . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below)). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding shares of Common Stock (the "**Blocker**"), and the shares of Common Stock listed as beneficially owned in Rows 6, 8 and 9 . . . give effect to the **Blockers**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1469336/000090266426000246/xslSCHEDULE_13G_X01/primary_doc.xml |
| 378 | SCHEDULE 13G | CENTURY THERAPEUTICS, INC. | 1/15/2026 | . . . to the extent that doing so would result in the holder of the Warrants and (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates) beneficially owning more than 9.99 percent of the shares . . . then outstanding immediately after giving effect to such exercise (the **Beneficial Ownership Limitation**) . . . | https://www.sec.gov/Archives/edgar/data/1850119/000119312526014129/xslSCHEDULE_13G_X01/primary_doc.xml |
| 379 | SCHEDULE 13G | ALPHATON CAPITAL CORP | 1/16/2026 | . . . and excludes 2,340,000 Ordinary Shares issuable upon the exercise of pre-funded warrants, subject to the 4.99% **blocker** (defined below). Pursuant to the terms of the pre-funded warrants, the Reporting Person cannot exercise any of the pre-funded warrants to the extent the Reporting Person would beneficially own, after any such exercise, more than 4.99% of the Issuer's outstanding Ordinary Shares (the "4.99% **Blocker**"). | https://www.sec.gov/Archives/edgar/data/1095435/000149315226002581/xslSCHEDULE_13G_X01/primary_doc.xml |
| 380 | SCHEDULE 13G | SIGNING DAY SPORTS, INC. | 1/16/2026 | . . . and excludes 1,127,815 shares of Common Stock issuable upon the exercise of common warrants, subject to the 9.99% **blocker** (defined below). Pursuant to the terms of the common warrants, the Reporting Person cannot exercise any of the common warrants to the extent the Reporting Person would beneficially own, after any such exercise, more than 9.99% of the Issuer's outstanding Common Stock (the "9.99% **Blocker**"). | https://www.sec.gov/Archives/edgar/data/1898474/000149315226002592/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 381 | SCHEDULE 13G | CENTURY THERAPEUTICS, INC. | 1/16/2026 | Due to the Beneficial Ownership **Blocker** listed in the Warrants, each Reporting Person's beneficial ownership percentage is 9.99%. Such percentage is based upon the sum of (i) 87,405,311 shares of common stock outstanding as of November 25, 2025, as reported in the Issuer's definitive proxy statement, filed with the Securities and Exchange Commission (the "SEC") on December 2, 2025 . . . | https://www.sec.gov/Archives/edgar/data/1346824/000134682426000006/xslSCHEDULE_13G_X01/primary_doc.xml |
| 382 | SCHEDULE 13G | SIGNING DAY SPORTS, INC. | 1/20/2026 | The amounts in Row (5), (7) and (9) represent 1,015,000 shares of Common Stock and 394,670 Warrants to purchase shares of Common Stock, which are subject to a 9.99% **beneficial ownership limitation**. The amounts do not include 1,127,830 Warrants to purchase shares of Common Stock, which are subject to a 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1702202/000107997326000102/xslSCHEDULE_13G_X01/primary_doc.xml |
| 383 | SCHEDULE 13D/A | UNIVERSAL SAFETY PRODUCTS, INC. | 1/21/2026 | On September 30, 2025, pursuant to Section 3(d)(i) of the Convertible Notes, [LLC], by notice to the Issuer, increased the **Beneficial Ownership Limitation** (as defined in the Convertible Notes) from 4.99% to 9.99%, effective November 30, 2025. | https://www.sec.gov/Archives/edgar/data/102109/000092189526000121/xslSCHEDULE_13D_X01/primary_doc.xml |
| 384 | SCHEDULE 13G | PRECISION BIOSCIENCES INC | 1/22/2026 | The percentage set forth in this Schedule 13G . . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below)). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding shares of Common Stock (the "**Blocker**"), and the shares of Common Stock listed as beneficially owned in Rows 6, 8 and 9 . . . give effect to the **Blocker**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1357874/000090266426000375/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* |
|---|

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 385 | SCHEDULE 13G | SUPER LEAGUE ENTERPRISE, INC. | 1/22/2026 | The percentage set forth in this Schedule 13G . . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below)). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding shares of Common Stock (the "**Blocker**"), and the shares of Common Stock listed as beneficially owned in Rows 6, 8 and 9 . . . give effect to the **Blocker**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1469336/000090266426000374/xslSCHEDULE_13G_X01/primary_doc.xml |
| 386 | SCHEDULE 13G | SHARPS TECHNOLOGY INC. | 1/26/2026 | Each of the Pre-Funded Warrants and the Stapled Warrants contains a provision (the "Beneficial Ownership **Blockers**") which precludes exercise of the Warrants to the extent that, following exercise . . . together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. . . . Due to the Beneficial Ownership **Blocker** in the Warrants, each Reporting Person's beneficial ownership percentage is 9.99%. | https://www.sec.gov/Archives/edgar/data/1737995/000210695126000003/xslSCHEDULE_13G_X01/primary_doc.xml |
| 387 | SCHEDULE 13D/A | CORVUS PHARMACEUTICALS, INC. | 1/27/2026 | The warrants contained an exercise limitation prohibiting the holder from exercising the warrants until such time as the holder, its affiliates and any other person whose beneficial ownership of Shares would be aggregated with the holder's, would not beneficially own after any such exercise more than 9.99% of the then issued and outstanding Shares (the "**Blocker**"). | https://www.sec.gov/Archives/edgar/data/1055951/000094787126000068/xslSCHEDULE_13D_X01/primary_doc.xml |

| | | | | | |
|---|---|---|---|---|---|
|  | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\*** |
| **#** | **Form** | **Company** | **Filing Date** | **Blocker References - Excerpts from Forms** | **Direct Link to SEC Filing** |
| 388 | SCHEDULE 13G | ROBIN ENERGY LTD. | 1/28/2026 | The percentage set forth in this Schedule 13G . . . assumes exercise of the Warrants (subject to the **Blocker** (as defined below)). Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Shares (the "**Blocker**"), and the Common Shares listed as beneficially owned in Rows 6, 8 and 9 . . . give effect to the **Blocker**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker**. | https://www.sec.gov/Archives/edgar/data/1469336/000090266426000538/xslSCHEDULE_13G_X01/primary_doc.xml |
| 389 | SCHEDULE 13G/A | KARYOPHARM THERAPEUTICS INC. | 1/29/2026 | The Warrants are all subject to a **beneficial ownership limitation** of 9.99% of the number of shares of Common Stock of the Issuer outstanding immediately after giving effect to the issuance of the shares issuable upon exercise of the Warrants (the "**Beneficial Ownership Limitation**"). . . . As of December 31, 2025, the Fund and the Adviser beneficially owned 1,932,373 shares of Common Stock, which amount includes 1,032,798 shares of Common Stock issuable upon the exercise of Warrants after giving effect to the **Beneficial Ownership Limitation**. . . . As of December 31, 2025, the Fund and the Adviser beneficially owned 9.99% of the Common Stock outstanding. . . . The Warrants were limited in their exercise to 1,032,798 shares of Common Stock as of December 31, 2025, after giving effect to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1503802/000131586326000103/xslSCHEDULE_13G_X01/primary_doc.xml |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| 390 | SCHEDULE 13G/A | NEXTCURE, INC. | 1/29/2026 | The Warrants are all subject to a **beneficial ownership limitation** of 9.99% of the number of shares of Common Stock of the Issuer outstanding immediately after giving effect to the issuance of the shares issuable upon exercise of the Warrants (the "**Beneficial Ownership Limitation**"). . . . As of December 31, 2025, the Fund and the Adviser beneficially owned 348,607 shares of Common Stock, which amount includes 101,313 shares of Common Stock issuable upon exercise of Warrants after giving effect to the **Beneficial Ownership Limitation**. . . . As of the date hereof, the Reporting Persons beneficially own approximately 9.99% of the Common Stock outstanding. As of December 31, 2025, the Fund and the Adviser beneficially owned approximately 9.99% of the Common Stock outstanding. . . . The percentages disclosed above are based on 3,489,563 shares of Common Stock of the Issuer outstanding as October 31, 2025, consisting of . . . (c) 101,313 shares of Common Stock issuable upon the exercise of the Warrants, after giving effect to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/1661059/000131586326000104/xslSCHEDULE_13G_X01/primary_doc.xml |
| 391 | SCHEDULE 13G/A | SIGNING DAY SPORTS, INC. | 1/30/2026 | The amounts in Row (5), (7) and (9) represent 1,005,000 Common Shares and 405,795 Warrants to purchase shares of Common Stock, which are subject to a 9.99% **beneficial ownership limitation**. The amounts do not include 1,101,705 Warrants to purchase shares of Common Stock, which are subject to 9.99% **beneficial ownership limitation**. | https://www.sec.gov/Archives/edgar/data/1898474/000190940426000008/xslSCHEDULE_13G_X01/primary_doc.xml |

**Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026\***

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 392 | SCHEDULE 13G | RELIANCE GLOBAL GROUP, INC. | 2/2/2026 | The foregoing excludes (I) 104,983 shares of Common Stock issuable upon exercise of [] Warrant 1 because [] Warrant 1 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 1 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 9.99% of the Common Stock and (II) 2,592,594 shares of Common Stock issuable upon exercise of a second warrant to be issued to [] at the closing of the transaction . . . because [] Warrant 2 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 2 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Common Stock. Without such **blocker provisions**, each of the Reporting Persons may have been deemed to have beneficial ownership of 3,888,891 shares of Common Stock. | https://www.sec.gov/Archives/edgar/data/1646799/000121390026011007/xslSCHEDULE_13G_X01/primary_doc.xml |
| 393 | SCHEDULE 13G | THARIMMUNE, INC. | 2/2/2026 | The aggregate amount beneficially owned does not consist of 920,917 shares of Common Stock, issuable upon the exercise of the Warrants because the Warrants are subject to restrictions included in the Subscription Agreement between the Issuer and the Reporting Person, which include a 9.99% **blocker**. | https://www.sec.gov/Archives/edgar/data/1858209/000119312526034141/xslSCHEDULE_13G_X01/primary_doc.xml |
| 394 | SCHEDULE 13G | NEXMETALS MINING CORP. | 2/3/2026 | ...Securities and Exchange Commission on November 13, 2025, (ii) 14,035,100 Common Shares underlying the units issued in the Issuer's "best efforts" public offering that closed on November 17, 2025, and (iii) 35,575 Common Shares issuable upon the exercise of the Warrants . . . , which are subject to a **"blocker"** agreement (the **"Blocker"**) that limits the combined shareholdings . . . affiliates in the Issuer to less than 10% of the then-outstanding Common Shares of the Issuer. The calculation excludes 3,477,925 Common Shares underlying the Warrants . . . are subject to the **Blocker's** limitations. | https://www.sec.gov/Archives/edgar/data/795800/000110465926009616/xslSCHEDULE_13G_X01/primary_doc.xml |

| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
|---|---|---|---|---|---|
| | | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | |
| 395 | SCHEDULE 13G | TRUGOLF HOLDINGS, INC. | 2/4/2026 | The Holding Company's Preferred Stock is subject to a **blocker** which prevents the Holding Company from exercising and/or converting its Preferred Stock into Shares to the extent that, upon such exercise or conversion, the Holding Company, together with its affiliates would **beneficially own in excess of** *9.99%* of the Shares outstanding as a result of such exercise or conversion (the "**Blocker**"). As such, the percent of class reported herein gives effect to the **Blocker** and is based upon a statement in the Issuer's DEF 14A filed on January 26, 2026 that there were 4,857,445 Shares outstanding as of January 20, 2026 plus the approximate total number of Shares that the Reporting Persons can acquire upon the conversion of its Preferred Stock subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1857086/000194797526000003/xslSCHEDULE_13G_X01/primary_doc.xml |
| 396 | SCHEDULE 13G/A | CELLECTAR BIOSCIENCES, INC. | 2/4/2026 | Beneficial ownership consists of 125,000 shares of Common Stock and 91,130 shares of Common Stock issuable upon exercise of Series A common stock purchase warrants (the "Warrants") directly held by the reporting person, further exercises of which are subject to a 4.99% **beneficial ownership limitation** provision (the "**Blocker**"). . . . Beneficial ownership consists of 125,000 shares of Common Stock and 91,130 shares of Common Stock issuable upon exercise of the Warrants indirectly held by the reporting person, further exercises of which are subject to a **Blocker**. | https://www.sec.gov/Archives/edgar/data/1279704/000175392626000263/xslSCHEDULE_13G_X01/primary_doc.xml |
| 397 | SCHEDULE 13G/A | LM FUNDING AMERICA, INC. | 2/4/2026 | Beneficial ownership consists of 200,000 shares of Common Stock directly held by the reporting person and 526,464 shares of Common Stock issuable upon exercise of common stock purchase warrants (the "Warrants") held directly by the reporting person, further exercises of which are subject to a 4.99% **beneficial ownership limitation** provision (the "**Blocker**"). . . . [LLC] holds (i) 200,000 shares of Common Stock and (ii) Warrants that are now exercisable for up to 1,919,404 shares of Common Stock following the issuer obtaining stockholder approval for their exercise and an increase in the number of shares issuable thereunder upon such stockholder approval, . . . as a result of the triggering of the **Blocker** in the Warrants . . . | https://www.sec.gov/Archives/edgar/data/1640384/000175392626000262/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 398 | SCHEDULE 13G | TIAN RUIXIANG HOLDINGS LTD | 2/4/2026 | The foregoing excludes 2,000,000 Class A Ordinary Shares issuable upon exercise of a third warrant held by [] ("[] Warrant 3") because [] Warrant 3 contains a **blocker provision** under which the holder thereof does not have the right to exercise [] Warrant 3 to the extent (but only to the extent) that such exercise would result in beneficial ownership by the holder thereof, together with the holder's affiliates, and any other persons acting as a group together with the holder or any of the holder's affiliates, of more than 4.99% of the Class A Ordinary Shares. Without such **blocker provision**, each of the Reporting Persons may have been deemed to have beneficial ownership of 5,050,733 Class A Ordinary Shares. | https://www.sec.gov/Archives/edgar/data/1646799/000121390026012251/xslSCHEDULE_13G_X01/primary_doc.xml |
| 399 | SCHEDULE 13G | ENVERIC BIOSCIENCES, INC. | 2/4/2026 | The Warrants include a provision limiting the holder's ability to convert the Warrants if such conversion would cause the holder to beneficially own greater than 9.99% of the Company. | https://www.sec.gov/Archives/edgar/data/890821/000092963826000500/xslSCHEDULE_13G_X01/primary_doc.xml |
| 400 | SCHEDULE 13G | VIRTUIX HOLDINGS INC. | 2/4/2026 | [LLC] has rights, under a Secured Pre-Paid Purchase #1, to own an aggregate number of shares of the Issuer's common stock which, except for a contractual cap on the amount of outstanding shares that [LLC] may own, would exceed such a cap. [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Class A common stock beneficially owned by [LLC] as of the date of this filing was 3,417,940 shares, which is 9.99% of the 34,213,618 shares outstanding on January 26, 2026 (as reported in the Issuer's Form 424(b)4 filed on that date. Additionally, item (11) on this form limits ownership percentages to the tenth decimal place, whereas [LLC]'s beneficial ownership is 9.99%. | https://www.sec.gov/Archives/edgar/data/1606242/000185141626000002/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 401 | SCHEDULE 13G/A | XIAO-I CORP | 2/4/2026 | [LLC]'s current **ownership cap** is 9.99%. Thus, the number of shares of the Issuer's Ordinary Shares beneficially owned by [LLC] as of the date of this filing was 3,191,708 shares, which is 9.99% of the 31,949,038 shares outstanding on December 31, 2024 (as reported in the Issuer's 20-F filed on May 15, 2025). To clarify, the Form line 11 is limited to displaying only the tenth decimal place, but the ownership limitation prescribed in the agreement is 9.99%. | https://www.sec.gov/Archives/edgar/data/1851416/000185141626000003/xslSCHEDULE_13G_X01/primary_doc.xml |
| 402 | SCHEDULE 13G/A | PELTHOS THERAPEUTICS INC. | 2/5/2026 | . . . which conversion is subject to a 9.99% beneficial ownership **blocker** (the "**Blocker**"), and (ii) a senior secured convertible note (the "Note") held directly by the reporting person, which conversion is subject to a **Blocker**. . . . The ownership percentages reported are based on 3,086,681 shares of Common Stock outstanding as of November 24, 2025, as disclosed in the Form 8-K. [LP] holds (i) 213,507 shares of Common Stock (i) 2,000 shares of Preferred Stock, conversions of which are subject to a **Blocker**, and (iii) a Note with an original principal amount of $1,000,000, conversions of which are subject to a **Blocker**. | https://www.sec.gov/Archives/edgar/data/1841619/000175392626000273/xslSCHEDULE_13G_X01/primary_doc.xml |
| 403 | SCHEDULE 13G | THARIMMUNE, INC. | 2/6/2026 | The aggregate amount beneficially owned does not consist of 13,070,680 shares of Common Stock, issuable upon the exercise of the Warrants because the Warrants are subject to restrictions included in the Subscription Agreement between the Issuer and the Reporting Person, which include a 9.99% **blocker**. | https://www.sec.gov/Archives/edgar/data/1383312/000114036126004166/xslSCHEDULE_13G_X01/primary_doc.xml |
| 404 | SCHEDULE 13G | PROMIS NEUROSCIENCES INC. | 2/6/2026 | The Issuer shall not effect the exercise of any portion of the Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise. | https://www.sec.gov/Archives/edgar/data/1374339/000117266126000524/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | | |
|---|---|---|---|---|---|
|  | **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** |
| **#** | **Form** | **Company** | **Filing Date** | **Blocker References - Excerpts from Forms** | **Direct Link to SEC Filing** |
| 405 | SCHEDULE 13G | ALX ONCOLOGY HOLDINGS INC | 2/6/2026 | This total excludes 3,050,159 shares of Common Stock subject to Pre-Funded Warrants (the Pre-Funded Warrants) which are not exercisable within 60 days of this Statement because the Pre-Funded Warrants may not be exercised to the extent that doing so would result in the holder of the Pre-Funded Warrants (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates) beneficially owning more than 9.99 percent of the shares of Common Stock then outstanding immediately after giving effect to such exercise (the **Beneficial Ownership Limitation**). | https://www.sec.gov/Archives/edgar/data/1810182/000119312526041306/xslSCHEDULE_13G_X01/primary_doc.xml |
| 406 | SCHEDULE 13G | PERSPECTIVE THERAPEUTICS, INC. | 2/9/2026 | ...(the "Issuer"), which is subject to a **beneficial ownership limitation** of 9.99% (the "**Beneficial Ownership Limitation**"). The foregoing excludes 995,075 shares of Common Stock underlying the Pre-Funded Warrant, which is subject to the **Beneficial Ownership Limitation**. . . . Ownership percentages are based on 113,914,078 shares of Common Stock reported as issued and outstanding on February 3, 2026, in the Issuer's Rule 424(b)(5) Prospectus Supplement filed with the Securities and Exchange Commission on February 3, 2026, plus 5,602,971 shares of Common Stock which the Filers may acquire upon the exercise of the Pre-Funded Warrant, subject to the **Beneficial Ownership Limitation**. | https://www.sec.gov/Archives/edgar/data/728387/000183194226000003/xslSCHEDULE_13G_X01/primary_doc.xml |
| 407 | SCHEDULE 13G | ALX ONCOLOGY HOLDINGS INC | 2/9/2026 | The Pre-Funded Warrants contain a provision (the "Beneficial Ownership **Blocker**") which precludes exercise of the Pre-Funded Warrants to the extent that, following exercise, the Fund, together with its affiliates and other attribution parties, would own more than 9.99% of the common stock outstanding. . . . Due to the Beneficial Ownership **Blocker** listed in the Pre-Funded Warrants, each Reporting Person's beneficial ownership percentage is 9.99%. Such percentage is based upon the sum of . . . | https://www.sec.gov/Archives/edgar/data/1346824/000134682426000010/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 408 | SCHEDULE 13D/A | LB PHARMACEUTICALS INC | 2/10/2026 | Under the terms of the Pre-Funded Warrants held by the Reporting Persons, the Issuer may not effect the exercise of any such Pre-Funded Warrant, and a holder will not be entitled to exercise any portion of any such Pre-Funded Warrant (i) if immediately prior to the exercise, the Reporting Persons (together with its affiliates), beneficially owns an aggregate number of shares of Common Stock greater than 9.99%, as applicable (the "Maximum Percentage"), of the total number of issued and outstanding shares of Common Stock of the Issuer without taking into account any Warrant Shares, or (ii) to the extent that immediately following the exercise, the holder (together with its affiliates) would **beneficially own in excess of** the Maximum Percentage of the number of shares of Common Stock outstanding immediately after giving effect to the issuance of such shares of Common Stock. . . . However, due to the Maximum **Percentage ownership limitation** described above, none of the Pre-Funded Warrants held by the Reporting Persons are currently exercisable . . . | https://www.sec.gov/Archives/edgar/data/1691082/000119312526044781/xslSCHEDULE_13D_X01/primary_doc.xml |
| 409 | SCHEDULE 13G | OCULAR THERAPEUTIX, INC | 2/10/2026 | The Issuer shall not effect the exercise of any portion of the Pre-Funded Warrants, to the extent that after giving effect to such exercise, the holder collectively would **beneficially own in excess of** 9.99% (the "Maximum Percentage") of the number of Common Stock outstanding immediately after giving effect to such exercise. | https://www.sec.gov/Archives/edgar/data/1393434/000117266126000581/xslSCHEDULE_13G_X01/primary_doc.xml |

| | | | | | |
|---|---|---|---|---|---|
| **Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026*** | | | | | |
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 410 | SCHEDULE 13G | PRECISION BIOSCIENCES INC | 2/10/2026 | The percentage reported on this Schedule 13G is calculated based upon 22,897,665 Common Shares outstanding as of December 30, 2025 . . . plus 410,490 Common Shares issuable upon exercise of the Warrants (subject to the **Blocker**, as defined below). . . . Pursuant to the terms of the Warrants, the Reporting Persons cannot exercise the Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 9.99% of the outstanding Common Shares (the "**Blocker**"), and the Common Shares listed as beneficially owned in Rows 6, 8 and 9 of the cover page for each Reporting Person and the percentage set forth in Row 11 of the cover page for each Reporting Person give effect to the **Blocker**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Warrants due to the **Blocker** and does not beneficially own the Common Shares underlying the warrants in excess of such **Blocker** limitation. | https://www.sec.gov/Archives/edgar/data/1357874/000121465926001399/xslSCHEDULE_13G_X01/primary_doc.xml |

162a

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 411 | SCHEDULE 13D/A | DELCATH SYSTEMS, INC. | 2/10/2026 | . . . the shares of Preferred Stock and Warrants are subject to a 9.99% **blocker**, and the percentage set forth in row (13) gives effect to such **blockers**. The securities reported in rows (8), (10) and (11) show the number of shares of Common Stock that would be issuable upon full conversion and exercise of such reported securities and do not give effect to such **blockers**. . . . Pursuant to the terms of (i) the certificate of designations containing the terms of the Reported Preferred Stock, the Reporting Persons cannot convert the Reported Preferred Stock to the extent the Reporting Persons would beneficially own, after any such conversion, more than 9.99 percent of the outstanding shares of Common Stock (the Preferred Stock **Blockers**) and (ii) the Reported Warrants, the Reporting Persons cannot exercise the Reported Warrants to the extent the Reporting Persons would beneficially own, after any such exercise, more than 4.99 percent of the outstanding shares of Common Stock (the Warrant **Blockers** and collectively with the Preferred Stock **Blockers**, the **Blockers**), and the percentage set forth in Row 11 of the cover page for each Reporting Person gives effect to the **Blockers**. Consequently, as of the date of the event which requires the filing of this statement, the Reporting Persons were not able to exercise all of the Reported Preferred Stock or any of the Reported Warrants due to the **Blockers**. | https://www.sec.gov/Archives/edgar/data/872912/000162262726000001/xslSCHEDULE_13D_X01/primary_doc.xml |
| 412 | SCHEDULE 13G | PROMIS NEUROSCIENCES INC. | 2/10/2026 | . . . which contain an issuance limitation that prohibits the holder from exercising the Warrants to the extent that after giving effect to such issuance after the exercise, the holder (together with the holder's affiliates and any other persons acting as a group together with the holder or any of the holder's affiliates, including the other Filers) would **beneficially own in excess of** 9.99% of the Shares outstanding immediately after giving effect to the issuance of the Shares issuable upon exercise of the Warrants. | https://www.sec.gov/Archives/edgar/data/1374339/000149315226005965/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 413 | SCHEDULE 13G | IPOWER INC. | 2/11/2026 | The Holding Company's Convertible Debt is subject to a **blocker** which prevents the Holding Company from exercising and/or converting its Convertible Debt into Shares to the extent that, upon such exercise or conversion, the Holding Company, together with its affiliates would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such exercise or conversion (the "**Blocker**"). As such, the percent of class reported herein gives effect to the **Blocker** and is based upon a statement in the Issuer's Prospectus filed on January 21, 2026 that there were 1,146,443 Shares outstanding as of January 12, 2026 plus the approximate total number of Shares that the Reporting Persons can acquire upon the conversion and/or exercise of its Convertible Debt subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1830072/000194797526000006/xslSCHEDULE_13G_X01/primary_doc.xml |
| 414 | SCHEDULE 13G | ONFOLIO HOLDINGS, INC | 2/11/2026 | The Holding Company's Convertible Debt and Rights Shares are subject to a **blocker** which prevents the Holding Company from exercising and/or converting its Convertible Debt and Rights Shares into Shares to the extent that, upon such exercise or conversion, the Holding Company, together with its affiliates would **beneficially own in excess of** 9.99% of the Shares outstanding as a result of such exercise or conversion (the "**Blocker**"). As such, the percent of class reported herein gives effect to the **Blocker** and is based upon a statement in the Issuer's Form S-1/A filed on January 28, 2026 that there were 5,127,396 Shares outstanding as of January 26, 2026 plus the approximate total number of Shares that the Reporting Persons can acquire upon the conversion and/or exercise of its Convertible Debt and Rights Shares subject to the **Blocker** in accordance with Rule 13d-3(d)(1)(i) under the Act. | https://www.sec.gov/Archives/edgar/data/1825452/000194797526000008/xslSCHEDULE_13G_X01/primary_doc.xml |
| 415 | SCHEDULE 13G | APIMEDS PHARMACEUTICALS US, INC. | 2/11/2026 | The issuable shares of Common Stock related to the conversion of the Notes are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000149315226006136/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 416 | SCHEDULE 13G | ASCENT SOLAR TECHNOLOGIES, INC. | 2/11/2026 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1350102/000149315226006139/xslSCHEDULE_13G_X01/primary_doc.xml |
| 417 | SCHEDULE 13G | C3IS INC. | 2/11/2026 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000149315226006140/xslSCHEDULE_13G_X01/primary_doc.xml |
| 418 | SCHEDULE 13G | ENVOY MEDICAL, INC. | 2/11/2026 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000149315226006132/xslSCHEDULE_13G_X01/primary_doc.xml |
| 419 | SCHEDULE 13G | GENPREX, INC. | 2/11/2026 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1595248/000149315226006147/xslSCHEDULE_13G_X01/primary_doc.xml |
| 420 | SCHEDULE 13G | GEOVAX LABS, INC. | 2/11/2026 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 4.99% and 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/832489/000149315226006148/xslSCHEDULE_13G_X01/primary_doc.xml |
| 421 | SCHEDULE 13G | MULTISENSOR AI HOLDINGS, INC. | 2/11/2026 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000149315226006152/xslSCHEDULE_13G_X01/primary_doc.xml |
| 422 | SCHEDULE 13G | NVNI GROUP LTD | 2/11/2026 | The issuable shares of Common Stock related to the exercise of the Warrants and conversion of the Notes are both subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000149315226006153/xslSCHEDULE_13G_X01/primary_doc.xml |

| Disclosed Blockers in Schedule 13G and 13D Filings - SEC EDGAR Filings Dated 08/11/2025 – 02/11/2026* | | | | | |
|---|---|---|---|---|---|
| # | Form | Company | Filing Date | Blocker References - Excerpts from Forms | Direct Link to SEC Filing |
| 423 | SCHEDULE 13G | ORIGIN MATERIALS, INC. | 2/11/2026 | The issuable shares of Common Stock related to the conversion of the Notes are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1698148/000149315226006155/xslSCHEDULE_13G_X01/primary_doc.xml |
| 424 | SCHEDULE 13G/A | TRAWS PHARMA, INC. | 2/11/2026 | The issuable shares of Common Stock related to the exercise of the Warrants are subject to a 9.99% beneficial ownership **blocker**. | https://www.sec.gov/Archives/edgar/data/1130598/000149315226006134/xslSCHEDULE_13G_X01/primary_doc.xml |
| 425 | SCHEDULE 13G | WRAP TECHNOLOGIES, INC. | 2/11/2026 | . . . the Preferred Shares (as defined in Item 4) and certain Warrants are subject to a 4.99% Beneficial Ownership **Blocker** and the Pre-Funded Warrants and certain Warrants are subject to a 9.99% Beneficial Ownership **Blocker**, and the percentage set forth in row (11) gives effect to such Beneficial Ownership **Blockers** (as defined in Item 4). The shares reported in rows (6), (8) and (9) show the number of shares of Common Stock issuable upon conversion and/or exercise of such reported securities, giving effect to the Beneficial Ownership **Blockers**. . . . The Reporting Persons' ownership of the Issuer's securities includes: . . . (ii) 1,410,344 shares of Common Stock . . . (subject to a 4.99% Beneficial Ownership **Blocker** (defined below)) . . . (iii) 825,000 shares of Common Stock issuable upon conversion of 1,237.5 shares of the Company's Series B Convertible Preferred Stock (subject to a 4.99% Beneficial Ownership **Blocker**) . . . (iv) 3,643,966 shares of Common Stock issuable upon exercise of certain Warrants (subject to a 4.99% Beneficial Ownership **Blocker**) . . . (v) 375,000 shares of Common Stock issuable upon exercise of certain Pre-Funded Warrants (subject to a 9.99% Beneficial Ownership **Blocker** (defined below)) held by [holder] and 425,000 shares of Common Stock issuable upon exercise of certain Pre-Funded Warrants (subject to a 9.99% Beneficial Ownership **Blocker**) | https://www.sec.gov/Archives/edgar/data/1481867/000093041326000391/xslSCHEDULE_13G_X01/primary_doc.xml |