# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand twenty-six.

---

20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc.,

      Plaintiff - Appellant,

  v.

HBC Investments LLC, Hudson Bay Capital Management LP,

      Defendants - Appellees.

---

**ORDER**

Docket No. 25-2728

The Managed Funds Association seeks leave to file an appendix to its amicus curiae brief. Appellant and Appellees consent to the request.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court